**Fill in this information to identify the case:**

Debtor Name: Frank Theatres Bayonne/South Cove, LLC, *et al.*
United States Bankruptcy Court for the: District of New Jersey

☐  **Check if this is an Amended filing**

CASE NUMBER (if known):

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Holding 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes.[1] Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kite Realty Group, LP PO Box 743806 Atlanta, GA 30374 | Kite Realty Group, LP Attn: Dave Buell 30 S. Meridian Street Suite 1100 Indianapolis, IN 46204 Telephone: 317-713-5647 | Landlord | CUD | | | $801,765.12 |
| Moss Adams LLP 8750 N Central Expwy Dallas, TX 75231 | Moss Adams LLP Attn: Christopher Lang 8750 N Central Expwy Dallas, TX 75231 Telephone: 469-453-7199 | Professional Fees | | | | $288,463.53 |
| Paragon Management, LLC 2461 Hillsboro Blvd. Deerfield Beach, FL 33442 | Paragon Management, LLC Attn: Mike Whalen 2461 Hillsboro Blvd. Deerfield Beach, FL 33442 Telephone: 954-320-7112 Ext.. 2525 | Professional Fees | | | | $284,008.29 |

---

[1] The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure by the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim. Additionally, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the "Consolidated List of Creditors Holding 30 Largest Unsecured Claims" have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Debtor   **Frank Theatres Bayonne/South Cove, LLC, *et al.***          Case Number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JTL Rock Hill, LLC 8201 Preston Road Suite 700 Dallas, TX 75225 | JTL Rock Hill, LLC Attn: Anita Clark 8201 Preston Road Suite 700 Dallas, TX 75225 Telephone: 803-324-1711 | Landlord | CUD | | | $157,200.00 |
| IMAX Corporation 2525 Speakman Dr. Mississauga, Ontario, Canada, L5K 1B1 | IMAX Corporation 2525 Speakman Dr. Mississauga, Ontario, Canada, L5K 1B1 Telephone: 905-403-6500 | Trade debt | | | | $150,981.70 |
| Staples Credit Plan PO BOX405386 Atlanta, GA 30384-5386 | Staples Credit Plan 500 Staples Drive Framingham, MA 01702 Telephone: 800-767-1291 | Trade debt | | | | $115,590.35 |
| First Run LLC 350 N. LaSalle Drive Suite 1100 Chicago, IL 60654 | First Run LLC 350 N. LaSalle Drive Suite 1100 Chicago, IL 60654 Telephone | Landlord | CUD | | | $107,430.79 |
| Frank Investments, Inc. 1003 W. Indiantown Road Suite 210 Jupiter, FL 33458 | Frank Investments, Inc. 1003 W. Indiantown Road Suite 210 Jupiter, FL 33458 Telephone. | Landlord | CUD | | | $96,375.11 |
| Roadside Attractions 7920 Sunset Blvd. Suite 402 Los Angeles, CA 90046 | Roadside Attractions Attn: Eddie Dotson 7920 Sunset Blvd. Suite 402 Los Angeles, CA 90046 Telephone: 323.882.8490 | Trade debt | | | | $90,912.58 |
| Deluxe Echostar LLC P.O. BOX 88042 Chicago, IL 60680-1042 | Deluxe Echostar LLC 2400 W. Empire Avenue Suite 200 Burbank, CA 91504 Telephone: 800-328-0304 | Trade debt | | | | $89,511.30 |
| Sysco of South East Florida 1999 Martin Luther King Blvd. Riviera Beach, FL 33404 | Sysco of South East Florida 1999 Martin Luther King Blvd. Riviera Beach, FL 33404 Telephone: 561- 881-8031 | Trade debt | | | | $88,631.02 |
| Bonita Marie International 1960 Rutgers University Blvd. Box 2015 Lakewood, NJ 08701 | Bonita Marie International 1960 Rutgers University Blvd. Lakewood, NJ 08701 Telephone: 732-363-0212 | Trade debt | | | | $66,976.77 |

Debtor    **Frank Theatres Bayonne/South Cove, LLC, *et al.***          Case Number (if known)    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Entertainment Supply & Technologies, LLC 3820 Northdale Blvd. # 308B Tampa, FL 33624 | Entertainment Supply & Technologies, LLC 3820 Northdale Blvd. # 308B Tampa, FL 33624 Telephone: 813-960-1646 | Trade debt | | | | $65,621.68 |
| Entertainment Studios Motion Pictures, LLC 1925 Century Park East 10th Floor, Los Angeles, CA 90067 | Entertainment Studios Motion Pictures, LLC Attn: Griselda Gonzales 1925 Century Park East 10th Floor, Los Angeles, CA 90067 Telephone: 310-277.3500 | Trade debt | | | | $64,408.65 |
| Blacksburg APF Partners LLC 226 Wexler Street Suite 200 Kingsport, TN 37600 | Blacksburg APF Partners LLC 226 Wexler Street Suite 200 Kingsport, TN 37600 | Landlord | CUD | | | $62,646.67 |
| Dorsey Whitney LLP 300 Crescent Court Suite 400 Dallas, TX 75201 | Dorsey Whitney LLP 300 Crescent Court Suite 400 Dallas, TX 75201 Telephone | Professional Fees | | | | $57,470.72 |
| Cinema Scene Marketing 9200 Indian Creek Pkwy # 200 Overland Park, KS 66210 | Cinema Scene Marketing 9200 Indian Creek Pkwy # 200 Overland Park, KS 66210 Telephone: 913-825-0574 | Trade debt | | | | $53,671.12 |
| Vistar Corporation 1700 Avenue B Kissimmee, FL 34758 | Vistar Corporation 1700 Avenue B Kissimmee, FL 34758 | Trade debt | | | | $51,366.12 |
| S V Media Works, LLC 40875 Hayrake Place Aldie, VA 20105 | S V Media Works, LLC 40875 Hayrake Place Aldie, VA 20105 | Trade debt | | | | $51,163.65 |
| 20th Century Fox Film Corp. 5799 Collection Center Drive Chicago, IL 60693 | 20th Century Fox Film Corp. 5799 Collection Center Drive Chicago, IL 60693 | Trade debt | | | | $48,960.37 |
| The Weinstein Company, LLC Dept. CH 17365 Palatine, IL 60055-7365 | The Weinstein Company, LLC 345 Hudson Street, 13th Floor New York, NY 10014 | Trade debt | | | | $48,074.63 |
| Saucon Valley Square Condo Association 1208 Route 34, Suite 19 Aberdeen, NJ 07747 | Saucon Valley Square Condo Association 1208 Route 34, Suite 19 Aberdeen, NJ 07747 | Landlord | CUD | | | $41,949.94 |
| The ICEE Company PO BOX 515723, Los Angeles, CA 90051-5203 | The ICEE Company 1205 S. DuPont Avenue Ontario, CA 91761-7817 Telephone: 818-727-0369 | Trade debt | | | | $40,392.94 |

Debtor    __Frank Theatres Bayonne/South Cove, LLC, *et al.*__    Case Number (if known) _____

　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A24 Films LLC 31 W. 27th St., 11th floor New York, NY 10001 | A24 Films LLC 31 W. 27th St., 11th floor New York, NY 10001 Telephone: | Trade debt | | | | $40,392.94 |
| Card Services PO BOX 13337 Philadelphia, PA 19101-3337 | Card Services Express Mail Remittance Processing 20500 Belshaw Avenue Carson, CA 90746 | Trade debt | | | | $36,290.69 |
| Direct TV 1025 Lenox Park Blvd. Atlanta, GA 30319 | Direct TV 1025 Lenox Park Blvd. Atlanta, GA 30319 | Trade debt | | | | $35,049.32 |
| Water Tower Square Associates 350 Sentry Parkway Building 630, Suite 300 Blue Bell, PA 19422 | Water Tower Square Associates 350 Sentry Parkway Building 630, Suite 300 Blue Bell, PA 19422 | Trade debt | | | | $33,184.14 |
| Visa Entertainment Solutions US Ltd. 6300 Wilshire Blvd. Suite 940 Los Angeles, CA 90048 | Visa Entertainment Solutions US Ltd. 6300 Wilshire Blvd. Suite 940 Los Angeles, CA 90048 | Trade debt | | | | $30,637.31 |
| Sidley Austin LLP 2201 McKinney Avenue #2000 Dallas, TX 75201 | Sidley Austin LLP 2201 McKinney Avenue #2000 Dallas, TX 75201 | Professional Fees | | | | $30,404.25 |
| Betson Enterprises 303 Paterson Plank Road Carlstadt, NJ 07072-2307 | Betson Enterprises 303 Paterson Plank Road Carlstadt, NJ 07072-2307 | Trade debt | | | | $28,187.60 |