# EXHIBIT A

**Frank Entertainment Group**
*13-Week Cash Flow Projection*

| Week Count | 51 | 52 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | 12/14 - 12/20 | 12/21 - 12/27 | 12/28 - 1/3 | 1/4 - 1/10 | 1/11 - 1/17 | 1/18 - 1/24 | 1/25 - 1/31 | 2/1 - 2/7 | 2/8 - 2/14 | 2/15 - 2/21 | 2/22 - 2/28 | 3/1 - 3/7 | 3/8 - 3/14 | 3/15 - 3/21 |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Beginning Cash Balance** | $ 251,518 | $ 691,758 | $ 571,304 | $ 394,165 | $ 296,482 | $ 307,873 | $ 38,574 | $ 192,633 | $ 160,354 | $ 13,769 | $ (19,851) | $ 75,780 | $ (58,305) | (281,165) |
| Actual/Projected Cash in | 894,219 | 1,261,705 | 1,063,642 | 874,275 | 814,665 | 688,961 | 615,966 | 751,975 | 701,994 | 741,379 | 649,994 | 748,209 | 601,673 | 601,673 |
| Film Rent | 467,312 | 271,572 | 253,184 | 280,560 | 290,636 | 259,343 | 263,984 | 219,683 | 200,567 | 216,097 | 231,649 | 240,763 | 216,893 | 204,741 |
| COGS | 73,701 | 101,777 | 72,052 | 72,052 | 97,113 | 137,838 | 89,918 | 79,128 | 73,733 | 61,144 | 55,749 | 50,477 | 54,515 | 56,534 |
| Payroll and Related | 12,000 | 344,972 | 12,000 | 283,014 | 12,000 | 228,059 | 11,000 | 196,790 | 11,000 | 145,237 | 11,000 | 144,942 | 11,000 | 141,904 |
| Current Rent Paid | - | - | 151,356 | - | 659,640 | - | - | 120,000 | 439,092 | - | - | 120,000 | 439,092 | - |
| Real Estate Taxes | 117,436 | - | 82,039 | - | - | - | - | 25,658 | - | - | - | 35,051 | - | - |
| Sales Taxes | - | 275,579 | 175,579 | - | 98,422 | 98,422 | - | - | - | 113,739 | 113,739 | - | - | 79,686 |
| Utilities | 61,521 | 30,760 | - | 66,996 | 66,996 | 33,498 | - | - | 53,267 | 53,267 | 26,633 | - | 26,942 | 26,942 |
| Security and other misc expenses | 49,240 | 67,935 | 148,684 | 35,448 | 57,579 | 67,212 | 61,578 | 214,567 | 50,493 | 52,089 | 80,165 | 103,005 | 46,036 | 57,962 |
| HQ Payroll & Other | 11,562 | 34,562 | 10,887 | 33,887 | 10,887 | 33,887 | 10,427 | 33,427 | 10,427 | 33,427 | 10,427 | 43,056 | 20,056 | 43,056 |
| **Total Cash Out Operating** | $ 792,771 | $ 1,127,158 | $ 905,781 | $ 771,957 | $ 1,293,274 | $ 858,260 | $ 436,907 | $ 889,254 | $ 838,579 | $ 675,000 | $ 529,363 | $ 737,294 | $ 814,533 | 610,826 |
| **Net Projected Operational Cash Flow** | $ 101,448 | $ 134,547 | $ 157,860 | $ 102,317 | $ (478,610) | $ (169,298) | $ 179,059 | $ (137,279) | $ (136,585) | $ 66,379 | $ 120,632 | $ 10,915 | $ (212,860) | (9,153) |
| **Financing Payments** | | | | | | | | | | | | | | |
| Interest Payment on 1st Lien Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payment on 2nd Lien Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Financing Payments** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Restructuring Expenses** | | | | | | | | | | | | | | |
| Restructuring Advisors (MA) | | | (75,000) | | | | | (75,000) | | | | (75,000) | | |
| Industry and Real Estate Advisors (Paragon) | | | (70,000) | | | | | (70,000) | | | | (70,000) | | |
| Independent Director Fees | (10,000) | | | | (10,000) | | | | (10,000) | | | | (10,000) | |
| Utilities Deposit | | (60,000) | | | | | | | | | | | | |
| D&O Insurance | (45,000) | | | | | | | | | | | | | |
| US Trustee | | | (30,000) | | | | | | | | | | | |
| Claims Agent (Prime Clerk) | (25,000) | | | (25,000) | | | | (25,000) | | | | | | |
| Other Professionals | (40,000) | | (50,000) | | | | | | | | | | | |
| Critical Vendor Payments | | (100,000) | | (100,000) | | | | (100,000) | | | | | | |
| DIP Lender Professionals (Neligan) | | (75,000) | | (75,000) | | | | (75,000) | | | | | | |
| UCC Professionals | | | | | | | (25,000) | | | | (25,000) | | | |
| Debtor's Counsel (Lowenstein) | (41,208) | | (100,000) | | (100,000) | | | | | (100,000) | | | | |
| Store Closure Costs | | (20,000) | (10,000) | | | | | (50,000) | | | | | | |
| **Total Restructuring Expense** | $ (161,208) | $ (255,000) | $ (335,000) | $ (200,000) | $ (10,000) | $ (100,000) | $ (25,000) | $ (395,000) | $ (10,000) | $ (100,000) | $ (25,000) | $ (145,000) | $ (10,000) | - |
| **Net Working Capital Cash Flow** | $ (59,760) | $ (120,453) | $ (177,140) | $ (97,683) | $ (488,610) | $ (269,298) | $ 154,059 | $ (532,279) | $ (146,585) | $ (33,621) | $ 95,632 | $ (134,085) | $ (222,860) | (9,153) |
| **Working Capital Draw (Payment)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Cash After Working Capital** | $ 191,758 | $ 571,304 | $ 394,165 | $ 296,482 | $ (192,127) | $ 38,574 | $ 192,633 | $ (339,646) | $ 13,769 | $ (19,851) | $ 75,780 | $ (58,305) | $ (281,165) | (290,317) |
| **Capital Expenditures** | | | | | | | | | | | | | | |
| Retrofit/Upgrade Capex | - | - | (750,000) | - | - | - | (750,000) | - | - | - | - | - | - | - |
| Maintenance Capex | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Capital Expenditures** | $ - | $ - | $ (750,000) | $ - | $ - | $ - | $ (750,000) | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Capex Escrow Draw (Payment)** | $ - | $ - | $ 750,000 | $ - | $ - | $ - | $ 750,000 | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Total Drawdown on Capex Escrow** | $ 535,348 | $ 535,348 | $ 1,285,348 | $ 1,285,348 | $ 1,285,348 | $ 1,285,348 | $ 2,035,348 | $ 2,035,348 | $ 2,035,348 | $ 2,035,348 | $ 2,035,348 | $ 2,035,348 | $ 2,035,348 | 2,035,348 |
| **Net Cash Flow** | $ (59,760) | $ (120,453) | $ (177,140) | $ (97,683) | $ (488,610) | $ (269,298) | $ 154,059 | $ (532,279) | $ (146,585) | $ (33,621) | $ 95,632 | $ (134,085) | $ (222,860) | (9,153) |
| **Ending Cash Balance, Bank** | $ 191,758 | $ 571,304 | $ 394,165 | $ 296,482 | $ (192,127) | $ 38,574 | $ 192,633 | $ (339,646) | $ 13,769 | $ (19,851) | $ 75,780 | $ (58,305) | $ (281,165) | (290,317) |
| Plus DIP Loan Proceeds | 500,000 | - | - | - | 500,000 | - | - | 500,000 | - | - | - | - | - | - |
| **Ending Cash Balance, Bank Adjusted** | $ 691,758 | $ 571,304 | $ 394,165 | $ 296,482 | $ 307,873 | $ 38,574 | $ 192,633 | $ 160,354 | $ 13,769 | $ (19,851) | $ 75,780 | $ (58,305) | $ (281,165) | (290,317) |
| **Cumulative DIP Loan Balance** | $ 4,434,508 | $ 4,434,508 | $ 4,434,508 | $ 4,434,508 | $ 4,934,508 | $ 4,934,508 | $ 4,934,508 | $ 5,434,508 | $ 5,434,508 | $ 5,434,508 | $ 5,434,508 | $ 5,434,508 | $ 5,434,508 | 5,434,508 |
| DIP Loan Commitment | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 |
| **Excess DIP Loan Availability** | $ 1,065,492 | $ 1,065,492 | $ 1,065,492 | $ 1,065,492 | $ 565,492 | $ 565,492 | $ 565,492 | $ 65,492 | $ 65,492 | $ 65,492 | $ 65,492 | $ 65,492 | $ 65,492 | 65,492 |