| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Joseph J. DiPasquale, Esq.<br>Eric S. Chafetz, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | **Order Filed on December 20, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>(Joint Administration Requested) |

### ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: December 20, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

Page:     2
Debtors:  Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No:  18-34808 (SLM)
Caption:  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters

---

After review of the Debtors' Application for Expedited Consideration of First Day Matters, and for good cause shown;

**IT IS ORDERED** that the following applications and motions (collectively, the "Motions") are scheduled for hearing before the Honorable Stacey L. Meisel in Courtroom # 3A located at Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, NJ 07102 on the date(s) and time(s) set forth below:

| **MATTER** | | **Hearing Date and Time** |
|---|---|---|
| 1. | Debtors' Motion for an Order Pursuant to Bankruptcy Rule 1015 Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 4] | December 21, 2018 at 10:00 a.m. |
| 2. | Application for Designation as a Complex Chapter 11 Case [Docket No. 5] | December 21, 2018 at 10:00 a.m. |
| 3. | Debtors' Motion for Entry of an Order Extending the Debtors' Time to File Their Schedules and Statements [Docket No. 6] | December 21, 2018 at 10:00 a.m. |
| 4. | Debtors' Motion for Interim and Final Orders (I) Authorizing, But Not Directing the Debtors to (A) Pay Prepetition Wages, Salaries, and Related Obligations, (B) Pay and Remit Prepetition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 7] | December 21, 2018 at 10:00 a.m. |
| 5. | Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue their Cash Management System, (II) Honor Certain Related Prepetition Obligations, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions; (B) Authorizing and Directing the Debtors' Banks to Honor All Related Payment Requests; (C) Granting Interim and Final Waivers of the Debtors' Compliance with Section 345(b) of the Bankruptcy Code; (D) Scheduling a Final Hearing; and (E) Granting Related Relief [Docket No.8] | December 21, 2018 at 10:00 a.m. |

Page:  3
Debtors:  Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No:  18-34808 (SLM)
Caption:  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters

| | **MATTER** | **Hearing Date and Time** |
|---|---|---|
| 6. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program, (B) Pay any Prepetition Premiums and Related Obligations, and (C) Renew or Enter Into New Insurance Arrangements, and (II) Granting Related Relief [Docket No. 9] | December 21, 2018 at 10:00 a.m. |
| 7. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 10] | December 21, 2018 at 10:00 a.m. |
| 8. | Motion of the Debtors for Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Resolving Requests for Additional or Different Adequate Assurance of Payment, and (D) Scheduling a Final Hearing to Consider Entry of the Proposed Final Order [Docket No. 11] | December 21, 2018 at 10:00 a.m. |
| 9. | Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 1107, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Continue Other Government Programs and Related Obligations [Docket No. 12] | December 21, 2018 at 10:00 a.m. |
| 10. | Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a), and 1108 and Fed. R. Bankr. P. 6003 and 6004, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto Docket No. 13] | December 21, 2018 at 10:00 a.m. |
| 11. | Debtors' Motion for an Order (I) Granting the Debtors an Extension of Time to File Their List of Creditors; (II) Authorizing the Debtors and/or Their Agent to (A) Prepare a Consolidated List of Creditors in Lieu of a Mailing List and (B) Mail Initial Notices; and (III) Granting Related Relief [Docket No. 14] | December 21, 2018 at 10:00 a.m. |

Page: 4
Debtors: Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No: 18-34808 (SLM)
Caption: Order Regarding Debtors' Application for Expedited Consideration of First Day Matters

| **MATTER** | | **Hearing Date and Time** |
|---|---|---|
| 12. | Debtors' Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the Dip Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 15] | December 21, 2018 at 10:00 a.m. |
| 13. | Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 16] | December 21, 2018 at 10:00 a.m. |

**IT IS FURTHER ORDERED,** that service of this Order must be made under D.N.J. LBR 9013-5(f).

**IT IS FURTHER ORDERED,** that objections and/or responses to the Motions, if any, may be made under D.N.J. LBR 9013-5(d).