| **Fill in this information to identify the case:** | |
|---|---|
| **Debtor Name:** Frank Theatres Bayonne/South Cove, LLC, *et al.*<br>**United States Bankruptcy Court for the:** District of New Jersey<br>**CASE NUMBER (if known):** 18-34808 (SLM) | ☑  **Check if this is an Amended filing** |

# Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Holding 30 Largest Unsecured Claims and Are Not Insiders (AMENDED)** 12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes.[1] Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kite Realty Group, LP<br>PO Box 743806<br>Atlanta, GA 30374 | Kite Realty Group, LP<br>Attn: Dave Buell<br>30 S. Meridian Street<br>Suite 1100<br>Indianapolis, IN 46204<br>Telephone: 317-713-5647<br>E-mail: dbuell@kiterealty.com | Landlord | CUD | | | $801,765.12 |
| JTL Rock Hill, LLC<br>8201 Preston Road<br>Suite 700<br>Dallas, TX 75225 | JTL Rock Hill, LLC<br>Attn: Anita Clark<br>8201 Preston Road<br>Suite 700<br>Dallas, TX 75225<br>Telephone: 803-324-1711<br>E-mail: anita.clark@rhgalleria.com | Landlord | CUD | | | $157,200.00 |

---

[1] The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure by the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim. Additionally, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the "Consolidated List of Creditors Holding 30 Largest Unsecured Claims" have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Debtor **Frank Theatres Bayonne/South Cove, LLC, *et al.*** Case Number (if known) **18-34808 (SLM)**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IMAX Corporation<br>2525 Speakman Dr.<br>Mississauga, Ontario, Canada, L5K 1B1 | IMAX Corporation<br>2525 Speakman Dr.<br>Mississauga, Ontario, Canada, L5K 1B1<br>Telephone: 905-403-6500 | Trade debt | | | | $150,981.70 |
| Staples Credit Plan<br>PO BOX405386<br>Atlanta, GA 30384-5386 | Staples Credit Plan<br>500 Staples Drive<br>Framingham, MA 01702<br>Telephone: 800-767-1291 | Trade debt | | | | $115,590.35 |
| First Run LLC<br>350 N. LaSalle Drive<br>Suite 1100<br>Chicago, IL 60654 | First Run LLC<br>350 N. LaSalle Drive<br>Suite 1100<br>Chicago, IL 60654<br>E-mail:<br>preferredequities@aol.com | Landlord | CUD | | | $107,430.79 |
| Frank Investments, Inc.<br>1003 W. Indiantown Road<br>Suite 210<br>Jupiter, FL 33458 | Frank Investments, Inc.<br>1003 W. Indiantown Road<br>Suite 210<br>Jupiter, FL 33458<br>E-mail:<br>bfrank@frankcompanies.com | Landlord | CUD | | | $96,375.11 |
| Roadside Attractions<br>7920 Sunset Blvd.<br>Suite 402<br>Los Angeles, CA 90046 | Roadside Attractions<br>Attn: Eddie Dotson<br>7920 Sunset Blvd.<br>Suite 402<br>Los Angeles, CA 90046<br>Telephone: 323.882.8490 | Trade debt | | | | $90,912.58 |
| Deluxe Echostar LLC<br>P.O. BOX 88042<br>Chicago, IL 60680-1042 | Deluxe Echostar LLC<br>2400 W. Empire Avenue<br>Suite 200<br>Burbank, CA 91504<br>Telephone: 800-328-0304 | Trade debt | | | | $89,511.30 |
| Sysco of South East Florida<br>1999 Martin Luther King Blvd.<br>Riviera Beach, FL 33404 | Sysco of South East Florida<br>1999 Martin Luther King Blvd.<br>Riviera Beach, FL 33404<br>Telephone: 561- 881-8031 | Trade debt | | | | $88,631.02 |
| Bonita Marie International<br>1960 Rutgers University Blvd.<br>Box 2015<br>Lakewood, NJ 08701 | Bonita Marie International<br>1960 Rutgers University Blvd.<br>Lakewood, NJ 08701<br>Telephone: 732-363-0212 | Trade debt | | | | $66,976.77 |

Debtor    **Frank Theatres Bayonne/South Cove, LLC, *et al.***    Case Number (if known)    **18-34808 (SLM)**
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Entertainment Supply & Technologies, LLC<br>3820 Northdale Blvd. # 308B<br>Tampa, FL 33624 | Entertainment Supply & Technologies, LLC<br>3820 Northdale Blvd. # 308B<br>Tampa, FL 33624<br>Telephone: 813-960-1646 | Trade debt | | | | $65,621.68 |
| Entertainment Studios Motion Pictures, LLC<br>1925 Century Park East<br>10th Floor, Los Angeles, CA 90067 | Entertainment Studios Motion Pictures, LLC<br>Attn: Griselda Gonzales<br>1925 Century Park East<br>10th Floor, Los Angeles, CA 90067<br>Telephone: 310-277.3500 | Trade debt | | | | $64,408.65 |
| Blacksburg APF Partners LLC<br>226 Wexler Street<br>Suite 200<br>Kingsport, TN 37600 | Blacksburg APF Partners LLC<br>226 Wexler Street<br>Suite 200<br>Kingsport, TN 37600<br>E-mail: nate@chrysolite.biz | Landlord | CUD | | | $62,646.67 |
| Cinema Scene Marketing<br>9200 Indian Creek Pkwy<br># 200<br>Overland Park, KS 66210 | Cinema Scene Marketing<br>9200 Indian Creek Pkwy<br># 200<br>Overland Park, KS 66210<br>Telephone: 913-825-0574 | Trade debt | | | | $53,671.12 |
| Vistar Corporation<br>1700 Avenue B<br>Kissimmee, FL 34758 | Vistar Corporation<br>1700 Avenue B<br>Kissimmee, FL 34758 | Trade debt | | | | $51,366.12 |
| The Weinstein Company, LLC<br>Dept. CH 17365<br>Palatine, IL 60055-7365 | The Weinstein Company, LLC<br>345 Hudson Street, 13th Floor<br>New York, NY 10014 | Trade debt | | | | $48,074.63 |
| Saucon Valley Square Condo Association<br>1208 Route 34, Suite 19<br>Aberdeen, NJ 07747 | Saucon Valley Square Condo Association<br>1208 Route 34, Suite 19<br>Aberdeen, NJ 07747<br>E-mail: hlobello@firstnationalrealtypartners.com | Landlord | CUD | | | $41,949.94 |
| The ICEE Company<br>PO BOX 515723, Los Angeles, CA 90051-5203 | The ICEE Company<br>1205 S. DuPont Avenue<br>Ontario, CA 91761-7817<br>Telephone: 818-727-0369 | Trade debt | | | | $40,913.74 |
| A24 Films LLC<br>31 W. 27th St., 11th floor<br>New York, NY 10001 | A24 Films LLC<br>31 W. 27th St., 11th floor<br>New York, NY 10001<br>Telephone: | Trade debt | | | | $40,392.94 |
| Card Services<br>PO BOX 13337<br>Philadelphia, PA 19101-3337 | Card Services<br>Express Mail Remittance Processing<br>20500 Belshaw Avenue<br>Carson, CA 90746 | Trade debt | | | | $36,290.69 |

Debtor   **Frank Theatres Bayonne/South Cove, LLC, et al.**         Case Number (if known)   **18-34808 (SLM)**
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Direct TV  1025 Lenox Park Blvd.  Atlanta, GA 30319 | Direct TV  1025 Lenox Park Blvd. Atlanta, GA 30319 | Trade debt | | | | $35,039.32 |
| Florida Power and Light  FPL General Mail Facility  Miami FL 33188-0001 | FPL General Mail Facility  Miami FL 33188-0001 | Trade debt | | | | $34,334.89 |
| Water Tower Square Associates  350 Sentry Parkway  Building 630, Suite 300  Blue Bell, PA 19422 | Water Tower Square Associates  350 Sentry Parkway  Building 630, Suite 300  Blue Bell, PA 19422  E-mail: eknopping@goldenberggroup.com | Trade debt | | | | $33,184.14 |
| Visa Entertainment Solutions US Ltd.  6300 Wilshire Blvd.  Suite 940  Los Angeles, CA 90048 | Visa Entertainment Solutions US Ltd.  6300 Wilshire Blvd.  Suite 940  Los Angeles, CA 90048 | Trade debt | | | | $30,637.31 |
| Sidley Austin LLP  2201 McKinney Avenue  #2000  Dallas, TX 75201 | Sidley Austin LLP  2201 McKinney Avenue  #2000  Dallas, TX 75201 | Professional Fees | | | | $30,404.25 |
| Betson Enterprises  303 Paterson Plank Road  Carlstadt, NJ 07072-2307 | Betson Enterprises  303 Paterson Plank Road  Carlstadt, NJ 07072-2307 | Trade debt | | | | $28,187.60 |
| Relativity Media | Relativity Media  9242 Beverly Blvd. Ste 300,  Beverly Hills, CA. 90210  kelly.haney@relativitymedia.com | Trade debt | | | | $27,932.00 |
| Strong Technical Services, Inc. | Strong Technical Services, Inc.  13710 FNB Pkwy # 400  Omaha, NE 68154  Darlene.Korisko@btn-inc.com | Trade debt | | | | $27,485.33 |
| Sysco Virginia LLC | Sysco Virginia LLC  5081 South Valley Pike  Harrisonburg, VA 22801  moser.kelly@va.sysco.com | Trade debt | | | | $27,475.36 |
| Oracle America Inc. | Oracle America Inc.  500 Oracle Parkway,  Redwood City, CA 94065  CloudRenewals@Oracle.com | Trade debt | | | | $26,649.05 |