**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2019 JAN -7 P 2: 29
JEANNE A. NAUGHTON
BY
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1] | Case No. 18-34808 (SLM) |
| Debtors. | Jointly Administered |

### NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES
### AND THE MEETING OF CREDITORS

On December 19, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors, their respective addresses, and case numbers are as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

| **DEBTOR** | **ADDRESS** | **CASE NO.** | **TAXPAYER ID NO.** |
|---|---|---|---|
| Frank Theatres Bayonne/South Cove, LLC | 191 Lefante Way<br>Bayonne, NJ 07002 | 18-34808 | 26-1383162 |
| Frank Entertainment Group, LLC | 3801 PGA Blvd.<br>Suite 600<br>Palm Beach Gardens, FL 33410 | 18-34812 | 46-5153966 |
| Frank Management LLC | 3801 PGA Blvd.<br>Suite 600<br>Palm Beach Gardens, FL 33410 | 18-34818 | 20-5060186 |
| Frank Theatres, LLC | 3801 PGA Blvd.<br>Suite 600<br>Palm Beach Gardens, FL 33410 | 18-34820 | 46-5153966 |
| Frank All Star Theatres, LLC | 3801 PGA Blvd.<br>Suite 600<br>Palm Beach Gardens, FL 33410 | 18-34822 | 20-5060420 |
| Frank Theatres Blacksburg LLC | 1614 South Main St.<br>Blacksburg, VA 24060 | 18-34823 | 38-3932964 |
| Frank Theatres Delray, LLC | 14775 Lyons Road<br>Delray Beach, FL 33446 | 18-34824 | 26-1777655 |
| Frank Theatres Kingsport LLC | 3801 PGA Blvd.<br>Suite 600<br>Palm Beach Gardens, FL 33410 | 18-34825 | 38-3895083 |
| Frank Theatres Montgomeryville, LLC | 750 Montgomery Glen Drive<br>Lansdale, PA 19446 | 18-34826 | 26-1780692 |
| Frank Theatres Parkside Town Commons LLC | 1140 Parkside Main St.<br>Cary, NC 27519 | 18-34828 | 26-2139724 |
| Frank Theatres Rio, LLC | 3801 Route 9 South<br>Suite 1<br>Rio Grande, NJ 08242 | 18-34816 | 26-1381591 |
| Frank Theatres Towne, LLC | 3801 PGA Blvd.<br>Suite 600<br>Palm Beach Gardens, FL 33410 | 18-34830 | 26-1381528 |
| Frank Theatres York, LLC | 2067 Springwood Road<br>York, PA 17403 | 18-34832 | 26-1777779 |

| DEBTOR | ADDRESS | CASE NO. | TAXPAYER ID NO. |
|---|---|---|---|
| Frank Theatres Mt. Airy, LLC | 605 Bluemont Road Mt. Airy, NC 27030 | 18-34833 | 26-1767429 |
| Frank Theatres Southern Pines, LLC | 104 Brucewood Road Southern Pines, NC 28387 | 18-34837 | 26-1202508 |
| Frank Theatres Sanford, LLC | 1351 Douglas Drive Sanford, NC 27330 | 18-34839 | 26-1767475 |
| Frank Theatres Shallotte, LLC | 5200 Bridger Road Shallotte, NC 28470 | 18-34840 | 26-1767548 |
| Revolutions at City Place LLC | 477 S. Rosemary Ave. West Palm Beach, FL 33401 | 18-34841 | 36-4716048 |
| Revolutions of Saucon Valley LLC | 3717 Route 378 Bethlehem, PA 18015 | 18-34844 | 38-3881135 |
| Frank Entertainment Rock Hill LLC | 2225 Dave Lyle Blvd Rock Hill, SC 29730 | 18-34845 | 38-3880753 |
| Frank Entertainment PSL, LLC | 3801 PGA Blvd. Suite 600 Palm Beach Gardens, FL 33410 | 18-34846 | 61-1737033 |
| Frank Hospitality Saucon Valley LLC | 3717 Route 378 Bethlehem, PA 18015 | 18-34844 | 80-0848570 |
| Frank Hospitality York LLC | 2067 Springwood Road York, PA 17403 | 18-34848 | 26-4226617 |
| Galleria Cinema, LLC | 2111 Tamiami Trail Venice, FL 34293 | 18-34849 | 20-4402529 |

**MEETING OF CREDITORS**. Pursuant to section 341 of the Bankruptcy Code, a meeting of creditors has been scheduled for **Wednesday, January 30, 2019 at 10:00 a.m. (ET)** at the following address:

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard
Suite 1401
Newark, NJ 07102

**DEADLINE TO FILE A PROOF OF CLAIM.** Subject to court approval,[2] the deadline for all claimants (including but not limited to those asserting claims of setoff or recoupment and claims arising under section 503(b)(9) of the Bankruptcy Code), other than governmental entities, to file proofs of claim shall be **February 4, 2019, at 5:00 p.m. (ET)**; the deadline for governmental entities to file proofs of claim shall be **June 17, 2019 at 5:00 p.m. (ET)**.

**COUNSEL FOR THE DEBTORS.**

Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068

**COMMENCEMENT OF CASES.** A petition for reorganization under chapter 11 of the Bankruptcy Code has been filed in this Court by each of the Debtors listed above. You will not receive notice of all documents filed in the Debtors' bankruptcy cases. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court once filed. In addition, such documents may be available at https://cases.primeclerk.com/frankentertainment/.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors, including an automatic stay prohibiting creditors from taking certain action. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice.

**CLAIMS. Additional details regarding the deadlines to file proofs of claim, procedures for filing proofs of claim, and the proof of claim forms are provided in the Bar Date Motion referenced in footnote 2 below.**

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

---

[2] The Debtors have filed a motion for entry of an order establishing the deadlines for filing proofs of claim and granting related relief (the "Bar Date Motion") [Docket No. 87], which can be accessed via the online docket managed by Prime Clerk LLC, available at: https://cases.primeclerk.com/frankentertainment/Home-DocketInfo. The Bar Date Motion is scheduled to be considered for approval by the Bankruptcy Court on January 22, 2019, at 11:00 a.m. (ET). The deadline to file objections to the Bar Date Motion (if any) is January 15, 2019, at 4:00 p.m. (ET).