UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Fran.B.Steele@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Frank Theatres Bayonne/South Cove, LLC., *et al.*,[1] | : | Case No. 18-34808 (SLM) |
| | : | *Jointly Administered* |
| Debtors. | : | |
| | : | The Honorable Stacey L. Meisel |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints effective January 3, 2019, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| **South Cove Development IV, LLC** | **Vistar Corporation** | **Roadside Attractions, LLC** |
|---|---|---|
| 85 East 2nd Street | 188 Inverness Drive West | 7920 Sunset Blvd. |
| Bayonne, NJ 07002 | Suite 700 | Suite 402 |
| Tel.: 201-437-0703 | Englewood, CO 80112 | Los Angeles, CA 90046 |
| Fax: 201-437-0158 | Tel.: 303-662-7121 | Tel.: 323-882-8490 |
| Attn: Vincent Alessi | Attn: Bradley Boe, *Chairperson* | Fax: 323-882-8493 |
| | | Attn: Howard Cohen |

---

[1] The Debtors in these jointly administered cases are: Frank Theatres Bayonne/South Cove, LLC (18-34808 SLM); Frank Entertainment Group, LLC (18-34812 SLM); Frank Theatres Rio, LLC (18-34816 SLM); Frank Management, LLC (18-34818 SLM) Frank Theatres, LLC (18-34820 SLM); Frank All Star Theatres, LLC (18-34822 SLM); Frank Theatres Blacksburg, LLC (18-34823 SLM); Frank Theatres Delray, LLC (No. 18-34824 SLM); Frank Theatres Kingsport, LLC (18-34825 SLM); Frank Theatres Montgomeryville, LLC (18-34826 SLM); Frank Theatres Parkside Town Commons, LLC (18-34828 SLM); Frank Theatres Towne, LLC (18-34830 SLM); Frank Theatres York, LLC (18-34832 SLM); Frank Theatres Mt. Airy, LLC (18-34833 SLM); Frank Theatres Southern Pines, LLC (18-34837 SLM); Frank Theatres Sanford, LLC, (18-34839 SLM); Frank Theatres Shallottee, LLC (18-34840 SLM); Revolutions at City Place, LLC (18-34841 SLM); Revolutions at Saucon Valley, LLC (18-34844 SLM); Frank Entertainment Rock Hill, LLC (18-34845 SLM); Frank Entertainment PSL, LLC (18-34846 SLM); Frank Hospitality Saucon Valley, LLC (18-34847 SLM); Frank Hospitality York, LLC (18-34848 SLM); and Galleria Cinema, LLC(18-34849 SLM).

Page 2
**Frank Theatres Bayonne/South Cove, LLC.,** *et al*
**Appointment of Official Committee of Unsecured Creditors**

**Blacksburg APF Partners, LLC**
c/o Chrysolite Management Group
3855 Memorial Blvd.
Kingsport, TN 37664
Tel.: 423-246-0009
Fax: 423-246-0018
Attn: Nathan A, Kiser

**KRG Parkside II, LLC**
30 S. Meridian Street
Suite 1100
Indianapolis, IN 46204
Tel.: 317-713-7711
Fax: 317-577-5605
Attn: Scott  E. Murray

**Counsel for Committee**
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Pachulski, Stang, Ziehl & Jones
780 Third Avenue, 34th Street
New York, New York10017-2024
Tel.: 212-561-7700
Fax: 212-561-7777

**Local Counsel for Committee**
Joseph Schwartz, Esq.
Riker Danzig
1 Speedwell Avenue
Morristown, NJ 07962
Tel.: 973-451-8506
Fax: 973-538-1984

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        REGION 3

        */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Fran B. Steele
        Trial Attorney

Date: January 7, 2019