**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1] | Case No. 18-34808 (SLM) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 28, 2019 AT 10:00 A.M. (ET)

## CONTESTED MATTERS GOING FORWARD

1.  Debtors' Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the DIP Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 15; Filed 12/19/18].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

Related Document(s):

a)      Interim Order (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the DIP Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001[Docket No. 48; Entered 12/21/18]

b)      Affidavit of Service [Docket No. 34; filed 12/20/18]

c)      Second Interim Order (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the DIP Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 (the "Second Interim Order") [Docket No. 120; Entered 1/15/19]

d)      Affidavit of Service [Docket No. 142; filed 1/18/19]

Objection Deadline:          January 7, 2019 at 4:00 p.m. (ET) for all parties other than the Official Committee of Unsecured Creditors (the "Committee")

                             Extended to January 25, 2019 at 4:00 p.m. (ET) for the Committee

Response(s) Received:        Informal comments from the Committee and the Subordinated Lenders (as defined in the Second Interim Order).

Status:          This matter is going forward.  The parties are working toward a consensual resolution. The Debtors intend to submit a proposed final order at the hearing.

## CONTINUED MATTERS

2.      Debtors' Motion for Entry of An Order (A) Establishing Deadlines to File Proofs of Claim Against the Debtors Including but not Limited to Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Notice of the Bar Dates, (C) Authorizing Publication of the Bar Dates, and (D) Granting Related Relief [Docket No. 87; filed 12/31/18].

Related Document(s):

a)        Affidavit of Service [Docket No. 93; filed 1/4/19]

b)        Determination of Adjournment Request [Docket No. 143; filed 1/17/19]

Objection Deadline:        January 15, 2019 at 4:00 p.m. (ET) for all parties other than the Committee;

Extended to January 17, 2019 at 12:00 p.m. (ET) for the Committee;

Extended to five (5) days before the hearing date for the Office of the United States Trustee.

Response(s) Received:

a)        Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of An Order (A) Establishing Deadlines to File Proofs of Claim Against the Debtors Including but not Limited to Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Notice of the Bar Dates, (C) Authorizing Publication of the Bar Dates, and (D) Granting Related Relief [Docket No. 129; filed 1/17/19].

Status:        The Debtors are requesting an adjournment of this matter to February 4, 2019 at 10:00 a.m. (ET) or as soon as possible thereafter depending on the Court's availability.

Dated: January 24, 2019        Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Michael Papandrea*
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
krosen@lowenstein.com
jdipasquale@lowenstein.com
echafetz@lowenstein.com
mpapandrea@lowenstein.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*

-3-