**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael T. Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1] | Case No. 18-34808 (SLM) |
| Debtors. | Jointly Administered |

**FIRST MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD OF DECEMBER 19, 2018 THROUGH DECEMBER 31, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this first monthly fee statement for the period of December 19, 2018 through December 31, 2018 (the "First Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

entered on January 22, 2019 [Docket No. 152] (the "<u>Administrative Order</u>").  Pursuant to the

Administrative Order, responses to the First Fee Statement, if any, are due by February 8, 2019.


Dated:  January 25, 2019                    Respectfully submitted,

                                            **LOWENSTEIN SANDLER LLP**

                                            /s/  *Joseph J. DiPasquale*
                                            Kenneth A. Rosen, Esq.
                                            Joseph J. DiPasquale, Esq.
                                            Eric S. Chafetz, Esq.
                                            Michael T. Papandrea, Esq.
                                            One Lowenstein Drive
                                            Roseland, New Jersey 07068
                                            (973) 597-2500 (Telephone)
                                            (973) 597-2400 (Facsimile)

                                            *Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | |
|---|---|---|
| IN RE: <u>Frank Theaters Bayonne/South Cove, LLC, *et al.*</u>[1] | APPLICANT: | <u>Lowenstein Sandler LLP</u> |
| CASE NO.: <u>18-34808 (SLM)</u> | CLIENT: | <u>Chapter 11 Debtors</u> |
| CHAPTER: <u>11</u> | CASE FILED: | <u>December 19, 2018</u> |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### RETENTION ORDER(S) ATTACHED

## FIRST MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD OF DECEMBER 19, 2018 THROUGH DECEMBER 31, 2018

## SECTION I
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$ 0.00** | **$0.00** |
| TOTAL FEES ALLOWED TO DATE: | **$ 0.00** | **$0.00** |
| TOTAL RETAINER REMAINING[2] | **$9,349.31** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK | **$ 0.00** | **$0.00** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER | **$ 0.00** | **$0.00** |

---

[1] The Debtors in these chapter 11 cases (the "<u>Chapter 11 Cases</u>") and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

[2] Shortly prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and is holding a retainer in the amount of $9,349.31 (the "<u>Retainer</u>") for services and expenses incurred during these Chapter 11 Cases.

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $116,134.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $    395.18 |
| TOTAL FEE APPLICATION | $116,529.68 |
| MINUS 20% HOLDBACK | -  23,226.90 |
| AMOUNT SOUGHT AT THIS TIME | $ 93,302.78 |

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| DiPasquale, Joseph J. | 1994 | Partner/Bankruptcy | 45.40 | $860.00 | $39,044.00 |
| *DiPasquale, Joseph J. - Travel Time | 1994 | Partner/Bankruptcy | 1.10 | $430.00 | $473.00 |
| Chafetz, Eric S. | 2004 | Counsel/Bankruptcy | 68.90 | $690.00 | $47,541.00 |
| *Chafetz, Eric S. - Travel Time | 2004 | Counsel/Bankruptcy | 0.90 | $345.00 | $310.50 |
| Brooks, Alexander E. | 2014 | Associate/Corporate | 1.50 | $510.00 | $765.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 52.10 | $435.00 | $22,663.50 |
| *Papandrea, Michael T. - Travel Time | 2015 | Associate/Bankruptcy | 1.00 | $217.50 | $217.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 8.50 | $260.00 | $2,210.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 10.50 | $240.00 | $2,520.00 |
| Michaud, Zoraida | N/A | Research Services | 1.50 | $260.00 | $390.00 |
| **Total Fees** | | | **191.40** | | **$116,134.50** |
| **Attorney Blended Rate** | | | | **$649.59** | |
| *** Reflects 50% rate reduction due to non-working travel time** | | | | | |

## SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 14.30 | $6,463.50 |
| Asset Disposition | 0.40 | $327.00 |
| Relief from Stay/Adequate Protection Proceedings | 0.20 | $138.00 |
| Meetings of and Communication with Creditors | 0.80 | $586.00 |
| Fee/Employment Applications | 1.50 | $1,162.50 |
| Employment and Retention Applications - Others | 8.10 | $5,903.50 |
| Fee Applications and Invoices - Others | 4.70 | $2,935.50 |
| Assumption/Rejection of Leases and Contracts | 17.20 | $11,443.00 |

| | | |
|---|---|---|
| Other Contested Matters (excluding assumption/rejection motions) | 8.40 | $2,860.00 |
| Non-Working Travel | 3.00 | $1,001.00 |
| Business Operations | 7.60 | $4,793.50 |
| Employee Benefits/Pensions | 0.70 | $483.00 |
| Financing/Cash Collateral | 3.10 | $1,903.00 |
| Claims Administration and Objections | 19.50 | $10,932.00 |
| Plan and Disclosure Statement (including Business Plan) | 33.10 | $23,191.50 |
| Court Hearings | 66.60 | $40,459.50 |
| Schedules and Statements | 0.20 | $138.00 |
| Other - Insurance Matters | 2.00 | $1,414.00 |
| **TOTAL:** | **191.40** | **$116,134.50** |

### SECTION III - SUMMARY OF DISBURSEMENTS

| | **AMOUNT** |
|---|---|
| Messenger and delivery charges | $86.35 |
| Bulk rate/special postage | $35.64 |
| Computerized legal research | $7.90 |
| Travel | $117.66 |
| Meals | $147.63 |
| **TOTAL DISBURSEMENTS** | **$395.18** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)    DATE CASE FILED: December 19, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION:  January 24, 2019, effective as of December 19, 2018 [Docket No. 156].  *See* Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)    Lowenstein Sandler prepared extensively for and attended the first day hearing;

-3-

b)      Lowenstein Sandler prepared for the initial debtor interview and had significant communications with the Office of the United States Trustee concerning the Debtors' bankruptcy cases;

c)      Lowenstein Sandler attended to potential stay violations due to post-petition collection efforts, and prepared suggestion of bankruptcy letters to opposing counsel, judges and clerks of the court in litigation matters where the Debtors are a party;

d)      Lowenstein Sandler conferred with potential committee counsel regarding the committee formation meeting;

e)      Lowenstein Sandler attended to the retention of itself and the Debtors' other professionals, including the Debtors' chief restructuring officer and claims and noticing agent;

f)      Lowenstein Sandler drafted and filed the Debtors' motion for interim compensation procedures;

g)      Lowenstein Sandler attended to the Debtors' rejection of various leases, including negotiating with the counterparties to the leases;

h)      Lowenstein Sandler addressed various inquiries concerning the Debtors' utility and critical vendor motions;

i)      Lowenstein Sandler attended to various issues in connection the Debtors' use of post-petition financing, including reviewing the updated cash flow analysis and budget;

j)      Lowenstein Sandler attended to claims issues, including preparing a motion to fix the claims bar date and related notices;

k)      Lowenstein Sandler prepared and filed a motion to assume the Debtors' restructuring support agreement;

l)      Lowenstein Sandler drafted and revised the Debtors' combined plan and disclosure statement;

m)      Lowenstein Sandler attended to various insurance issues; and

n)      Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

(A)   ADMINISTRATION EXPENSES:          (unknown at this time)
(B)   SECURED CREDITORS:                (unknown at this time)
(C)   PRIORITY CREDITORS:               (unknown at this time)
(D)   GENERAL UNSECURED CREDITORS:      (unknown at this time)

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2019                        _/s/ *Joseph J. DiPasquale*_____
                                              Joseph J. DiPasquale, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on January 24,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In re:

FRANK THEATRES BAYONNE/SOUTH
COVE, LLC, *et al.*,[1]

Debtors.

Chapter 11

Case No. 18-34808 (SLM)

(Jointly Administered)

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED**.

**DATED: January 24, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

35986/2
01/04/2019 203219471.1

Page:      2
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18-34808 (SLM)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (December 19, 2018), and upon consideration of the Rosen Declaration and the Lang Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Rosen Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey as amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18-34808 (SLM)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred. Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by attorneys in larger chapter 11 cases effective as of November 1, 2013 (the "Revised UST Guidelines), both in connection with this application and the interim and final fee applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.

4.      Lowenstein Sandler shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

### EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2018

In re: Chapter 11 Bankruptcy

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| DiPasquale, Joseph J. | 1994 | Partner/Bankruptcy | 45.40 | $860.00 | $39,044.00 |
| *DiPasquale, Joseph J. - Travel Time | 1994 | Partner/Bankruptcy | 1.10 | $430.00 | $473.00 |
| Chafetz, Eric S. | 2004 | Counsel/Bankruptcy | 68.90 | $690.00 | $47,541.00 |
| *Chafetz, Eric S. - Travel Time | 2004 | Counsel/Bankruptcy | 0.90 | $345.00 | $310.50 |
| Brooks, Alexander E. | 2014 | Associate/Corporate | 1.50 | $510.00 | $765.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 52.10 | $435.00 | $22,663.50 |
| *Papandrea, Michael T. - Travel Time | 2015 | Associate/Bankruptcy | 1.00 | $217.50 | $217.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 8.50 | $260.00 | $2,210.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 10.50 | $240.00 | $2,520.00 |
| Michaud, Zoraida | N/A | Research Services | 1.50 | $260.00 | $390.00 |
| **TOTAL FEES** | | | **191.40** | | **$116,134.50** |
| **Attorney Blended Rate** | | | | | **$649.59** |

\*        Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Frank Entertainment Group LLC                                                                    Page 2
Invoice No.: 887142                                                                    January 24, 2019

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 12/20/18 | DC | Retrieve filed copies of first day pleadings and update electronic folders | 0.60 | $156.00 |
| B110 | 12/20/18 | DC | Prepare critical dates memo | 1.00 | $260.00 |
| B110 | 12/20/18 | DC | Exchange e-mails with Lowenstein team re: preparation of matrix for service of 341 notice of commencement of cases | 0.40 | $104.00 |
| B110 | 12/20/18 | EBL | Prepare core party service list for PrimeClerk | 0.80 | $192.00 |
| B110 | 12/20/18 | EBL | Tend to Court Solutions registration for first day hearing for the Debtors' independent director, D. Mack; discussions with E. Chafetz re: same | 0.90 | $216.00 |
| B110 | 12/22/18 | ESC | Confer with A. Brooks re:  notice to Bruce Frank re: bankruptcy filing | 0.10 | $69.00 |
| B110 | 12/26/18 | ESC | Confer with LS team re:  various case issues (second day motions, bar dates, weekly calls, etc.) | 0.30 | $207.00 |
| B110 | 12/26/18 | ESC | Confer with counsel for first lien lenders re:  various post filing issues | 0.40 | $276.00 |
| B110 | 12/26/18 | JJD | Review draft notice of action of the board | 0.30 | $258.00 |
| B110 | 12/26/18 | JJD | Conference with Lowenstein team re: upcoming deadlines, motions, and next steps | 0.30 | $258.00 |
| B110 | 12/26/18 | JJD | Correspond with J. Stives re: information requested for initial debtor interview | 0.30 | $258.00 |
| B110 | 12/26/18 | JJD | Review notice of appearance from J. Kurtzman re: water tower square association | 0.10 | $86.00 |
| B110 | 12/26/18 | MTP | E-mails with E. Chafetz and J. Gaither re: 341 meeting | 0.10 | $43.50 |
| B110 | 12/26/18 | MTP | Office meeting with J. DiPasquale and E. Chafetz re: general chapter 11 strategy and next steps | 0.30 | $130.50 |
| B110 | 12/27/18 | EBL | Update attorney calendars re: formation meeting, 341 meeting and other upcoming dates | 0.20 | $48.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC

Invoice No.: 887142

January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 12/27/18 | ESC | Confer with A. Brooks re: notice of bankruptcy filing to be provided to Bruce Frank | 0.20 | $138.00 |
| B110 | 12/27/18 | ESC | Confer with counsel for first lien lenders re: various post filing issues | 0.10 | $69.00 |
| B110 | 12/27/18 | JJD | Correspond with Moss Adams re: request for information for initial debtor interview | 0.30 | $258.00 |
| B110 | 12/27/18 | JJD | Correspond with C. Lang re: initial debtor interview issues | 0.20 | $172.00 |
| B110 | 12/27/18 | MTP | Review/respond to various e-mails with Lowenstein team and client re: general case strategy and upcoming filings (.2); calendar critical dates re: same and circulate dial-in for weekly conference calls (.1) | 0.30 | $130.50 |
| B110 | 12/28/18 | EBL | Prepare 341 meeting notice | 0.30 | $72.00 |
| B110 | 12/28/18 | JJD | Telephone call with E. Chafetz re: status of case, initial debtor interview, formation meeting of creditors, and other issues | 0.20 | $172.00 |
| B110 | 12/28/18 | MTP | E-mails with Prime Clerk and Lowenstein teams re: notice of commencement and 341 meeting | 0.20 | $87.00 |
| B110 | 12/30/18 | ESC | Phone call with J. Gaither re: various case issues | 0.50 | $345.00 |
| B110 | 12/30/18 | JJD | Correspond with C. Lang re: review of documents to produce to U.S. Trustee's Office for initial debtor interview | 0.60 | $516.00 |
| B110 | 12/30/18 | JJD | Correspond with J. Gaither re: status of case | 0.20 | $172.00 |
| B110 | 12/30/18 | MTP | Review/revise notice of commencement and 341 meeting (.3); draft, review, and respond to various e-mails with Lowenstein team re: same (.6); draft, review, and revise e-mail to US trustee re: same (.6) | 1.50 | $652.50 |
| B110 | 12/31/18 | DC | Download interim orders and first day pleadings and update electronic files | 1.00 | $260.00 |
| B110 | 12/31/18 | DC | Compile documents responsive to UST request, organize and bates-stamp same into binder for production | 2.00 | $520.00 |
| B110 | 12/31/18 | ESC | Address various issues with initial Debtor interview | 0.30 | $207.00 |
| B110 | 12/31/18 | MTP | Review/revise calendar and critical dates | 0.30 | $130.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC

Page 4

Invoice No.: 887142

January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B110 - Case Administration** | 14.30 | $6,463.50 |

<u>B130 Asset Disposition</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 12/19/18 | JJD | Review docket re: update on Rio Mall sale | 0.30 | $258.00 |
| B130 | 12/20/18 | ESC | Confer with counsel for potential asset purchaser re: case issues | 0.10 | $69.00 |
| | | | **Total B130 - Asset Disposition** | 0.40 | $327.00 |

<u>B140 Relief from Stay/Adequate Protection Proceedings</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 12/20/18 | ESC | Confer with creditor re:  potential stay violations due to collection efforts | 0.10 | $69.00 |
| B140 | 12/22/18 | ESC | Confer with the CRO re:  collection notice from Bonita Marie International | 0.10 | $69.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.20 | $138.00 |

<u>B150 Meetings of and Communication with Creditors</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 12/26/18 | ESC | Confer with firm seeking to pitch the committee | 0.10 | $69.00 |
| B150 | 12/26/18 | JJD | Telephone call with J. Schwartz re: background case information re: potential committee counsel | 0.20 | $172.00 |
| B150 | 12/28/18 | ESC | Confer with counsel interested in potentially pitching for committee counsel role | 0.10 | $69.00 |
| B150 | 12/30/18 | ESC | Address various issues with firms seeking to pitch committee | 0.20 | $138.00 |
| B150 | 12/31/18 | ESC | Confer with potential committee counsel re: formation meeting | 0.20 | $138.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.80 | $586.00 |

<u>B160 Fee/Employment Applications</u>

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC

Invoice No.: 887142

Page 5

January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 12/26/18 | JJD | Review and revise Lowenstein's application, certification and proposed form of order authorizing Debtors' retention of counsel | 1.20 | $1,032.00 |
| B160 | 12/31/18 | MTP | Review/revise Lowenstein's retention application (.2); e-mails with Lowenstein team re: same (.1) | 0.30 | $130.50 |
| | | | **Total B160 - Fee/Employment Applications** | 1.50 | $1,162.50 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 12/27/18 | ESC | Confer with potential conflicts' counsel re:  case issues | 0.20 | $138.00 |
| B165 | 12/29/18 | ESC | Address various issues with LS, Moss Adams and Paragon retention applications | 0.30 | $207.00 |
| B165 | 12/29/18 | JJD | Prepare retention application, declaration, and order to authorize Debtors' retention of Moss Adams LLP and C. Lang as CRO | 1.70 | $1,462.00 |
| B165 | 12/30/18 | ESC | Address various issues with Paragon Consulting retention application | 0.10 | $69.00 |
| B165 | 12/30/18 | ESC | Phone call with Moss Adams and LS team re:  case strategy and retention issues | 0.70 | $483.00 |
| B165 | 12/30/18 | JJD | Prepare retention application for Paragon | 1.90 | $1,634.00 |
| B165 | 12/30/18 | JJD | Review management agreement with Paragon | 0.50 | $430.00 |
| B165 | 12/30/18 | JJD | Correspond with C. Lang re: CRO retention pleadings | 0.30 | $258.00 |
| B165 | 12/30/18 | JJD | Correspond with M. Whalen re: Paragon engagement letter | 0.30 | $258.00 |
| B165 | 12/30/18 | MTP | Various e-mails with Lowenstein, Moss Adams and Paragon teams re: retention applications | 0.30 | $130.50 |
| B165 | 12/31/18 | ESC | Address various issues with Moss Adams' retention application | 0.20 | $138.00 |
| B165 | 12/31/18 | MTP | Further review/revise CRO retention application and related pleadings (1.0); draft and respond to e-mails with Lowenstein team re: same (.4); various e-mails with Moss Adams team re: same (.2) | 1.60 | $696.00 |
| | | | **Total B165 - Employment and Retention** | 8.10 | $5,903.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Applications - Others** | | |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 12/26/18 | MTP | Review draft interim compensation motion (.2); discussion with J. DiPasquale re: same (.1) | 0.30 | $130.50 |
| B175 | 12/27/18 | ESC | Address various issues with interim compensation motion | 0.10 | $69.00 |
| B175 | 12/27/18 | JJD | Review and revise motion authorizing interim compensation | 1.60 | $1,376.00 |
| B175 | 12/27/18 | JJD | Review and further revise motion for interim compensation | 0.30 | $258.00 |
| B175 | 12/27/18 | JJD | Review and revise notice of motion for administrative fee order | 0.20 | $172.00 |
| B175 | 12/27/18 | MTP | Review/revise interim compensation motion and order (.8); review/respond to e-mails from Lowenstein team re: same (.4) | 1.20 | $522.00 |
| B175 | 12/28/18 | ESC | Address various issues with interim compensation motion | 0.10 | $69.00 |
| B175 | 12/31/18 | DC | Tend to filing of interim compensation motion | 0.30 | $78.00 |
| B175 | 12/31/18 | MTP | Final review/revisions to interim compensation procedures motion (.5); e-mails with Lowenstein team re: filing same (.1) | 0.60 | $261.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 4.70 | $2,935.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 12/20/18 | ESC | Address various issues with the First Run property leases | 0.10 | $69.00 |
| B185 | 12/20/18 | MTP | Draft, review, and revise lease rejection motion and proposed order re: same (2.1); e-mails with client team and Lowenstein team re: same (.4) | 2.50 | $1,087.50 |
| B185 | 12/21/18 | ESC | Address various issues with lease rejection motion | 0.20 | $138.00 |
| B185 | 12/21/18 | ESC | Review lease issues (.4); confer with M. Whalen re: same (.7) | 1.10 | $759.00 |

Frank Entertainment Group LLC

Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 12/21/18 | JJD | Review and revise motion to authorize debtors to reject certain leases | 1.20 | $1,032.00 |
| B185 | 12/21/18 | JJD | Correspond with G. Hirsch re: possible rejection of client's lease | 0.20 | $172.00 |
| B185 | 12/21/18 | JJD | Telephone call with G. Hirsch re: Blacksburg lease | 0.30 | $258.00 |
| B185 | 12/21/18 | MTP | Telephone call with M. Whalen re: lease rejection motion (.2); review/respond to e-mails with M. Whalen, Moss Adams, D. Mack, and Lowenstein team re: same (.1); final review/revisions to same (.6); e-mails with landlord's counsel re: same (.1) | 1.00 | $435.00 |
| B185 | 12/22/18 | ESC | Address various issue with treatment of Blacksburg lease and related FF&E | 0.20 | $138.00 |
| B185 | 12/22/18 | ESC | Confer with M. Papandrea re: lease rejection / assumption strategy | 0.10 | $69.00 |
| B185 | 12/22/18 | ESC | Review overview of Paragon's experience re: lease negotiations and case strategy | 0.10 | $69.00 |
| B185 | 12/22/18 | ESC | Address various issues with Delray and Carey lease cross collateralization | 0.20 | $138.00 |
| B185 | 12/23/18 | ESC | Review updates on Parkside / Cary lease negotiations | 0.20 | $138.00 |
| B185 | 12/24/18 | ESC | Confer with M. Whalen and D. Mack re: lease renegotiation strategy | 0.70 | $483.00 |
| B185 | 12/24/18 | ESC | Confer with M. Whalen and C. Lang re: lease issues | 0.10 | $69.00 |
| B185 | 12/25/18 | ESC | Confer with LS team re: update on lease rejections (1.7); confer with M. Whalen re: lease rejection motion (.1) | 1.80 | $1,242.00 |
| B185 | 12/25/18 | MTP | Review e-mails with Lowenstein team re: lease negotiations | 0.20 | $87.00 |
| B185 | 12/26/18 | ESC | Address various issues with Saucon Valley lease/claim | 0.10 | $69.00 |
| B185 | 12/26/18 | ESC | Confer with CRO re: issues with Revolutions properties | 0.20 | $138.00 |
| B185 | 12/26/18 | ESC | Address various issues with Rock Hill / Galleria lease re: negotiations | 0.10 | $69.00 |
| B185 | 12/26/18 | JJD | Correspond with J. Weiner re: landlord issues | 0.30 | $258.00 |
| B185 | 12/26/18 | JJD | Review update on lease issues | 0.20 | $172.00 |

Frank Entertainment Group LLC
Invoice No.: 887142

Page 8
January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 12/27/18 | ESC | Confer with D. Mack and M. Whalen re:  weekly call to discuss developments with lease negotiations (.2); review e-mail to the group re:  same (.1) | 0.30 | $207.00 |
| B185 | 12/27/18 | ESC | Confer with M. Whalen re:  issues with Carey/Parkside and Delray leases | 0.30 | $207.00 |
| B185 | 12/27/18 | ESC | Confer with C. Lang re:  issues with lease renegotiations | 0.10 | $69.00 |
| B185 | 12/27/18 | ESC | Confer with counsel for Carey landlord re:  lease renegotiation issues | 0.20 | $138.00 |
| B185 | 12/27/18 | JJD | Correspond with M. Bogdanowicz re: Parkside lease issues | 0.30 | $258.00 |
| B185 | 12/27/18 | JJD | Correspond with G. Hirsch re: notice of appearance for Blacksburg AFP Partners | 0.10 | $86.00 |
| B185 | 12/28/18 | ESC | Address various issues with the First Run properties | 0.30 | $207.00 |
| B185 | 12/28/18 | ESC | Phone call with  counsel for lenders re:  lease renegotiation status | 0.60 | $414.00 |
| B185 | 12/28/18 | ESC | Confer with counsel for first lien lenders re:  call to discuss lease re-negotiation status | 0.10 | $69.00 |
| B185 | 12/28/18 | ESC | Address various issues with lease renegotiation status | 0.40 | $276.00 |
| B185 | 12/28/18 | ESC | Confer with J. DiPasquale re:  case issues (lease rejections, initial debtor interview, 341 meeting, committee formation meeting, critical vendor payments and schedules/SOFAs) | 0.30 | $207.00 |
| B185 | 12/28/18 | ESC | Confer with C. Lang re: leases (First Run and Saucon Valley) and vendor dispute | 0.30 | $207.00 |
| B185 | 12/28/18 | ESC | Review updates on Rock Hill lease | 0.10 | $69.00 |
| B185 | 12/28/18 | ESC | Call with Dorsey (E. Schnabel), C. Lang and M. Whalen re:  OCP assistance with lease re negotiations (.3); confer with LS team re:  same (.2) | 0.50 | $345.00 |
| B185 | 12/28/18 | ESC | Address issues with potential rejection of supplier contract | 0.20 | $138.00 |
| B185 | 12/28/18 | JJD | Telephone call with G. Hirsch re: Blacksburg location and related lease issues | 0.40 | $344.00 |
| B185 | 12/28/18 | JJD | Correspond with G. Hirsch re: Blacksburg location and related lease issues | 0.20 | $172.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 12/29/18 | ESC | Confer with Dorsey (E. Schnabel), C. Lang and M. Whalen re:  OCP assistance with lease re: negotiations (.1); confer with counsel for ad hoc group of first lien lenders re:  same (.1) | 0.10 | $69.00 |
| B185 | 12/29/18 | ESC | Address various issues with Rio lease discussions | 0.20 | $138.00 |
| B185 | 12/29/18 | ESC | Address various issues with Saucon Valley lease/claim | 0.60 | $414.00 |
| B185 | 12/29/18 | MTP | E-mails with Lowenstein, Moss Adams and Paragon teams re: lease negotiations | 0.10 | $43.50 |
| B185 | 12/30/18 | ESC | Address various issues with Rio lease | 0.20 | $138.00 |
| B185 | 12/31/18 | ESC | Address various issues with Montgomeryville lease rejection and facility closure | 0.10 | $69.00 |
| B185 | 12/31/18 | ESC | Confer with J. Gaither re:  treatment of Rock Hill lease | 0.10 | $69.00 |
| **Total B185 - Assumption/Rejection of Leases and Contracts** | | | | 17.20 | $11,443.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 12/20/18 | DC | Respond to e-mails re: pending litigation and forward files to E. Lawler for suggestions of bankruptcy | 0.20 | $52.00 |
| B190 | 12/21/18 | EBL | Research party address information, prepare and send suggestion of bankruptcy letters for all litigation plaintiff attorneys | 3.20 | $768.00 |
| B190 | 12/21/18 | EBL | Prepare and send letter to B. Shraiberg re: FEG suggestion of bankruptcy | 0.60 | $144.00 |
| B190 | 12/21/18 | ESC | Confer with E. Lawler re:  filing suggestions of bankruptcy in all pending litigations and in the Rio bankruptcy case (.2); confer with counsel for Rio Mall re:  same (.1) | 0.30 | $207.00 |
| B190 | 12/21/18 | MTP | Review/respond to e-mails with Lowenstein team re: suggestions of bankruptcy (.1); review suggestions of bankruptcy (.1); discussions with B. Lawler re: same (.2) | 0.40 | $174.00 |
| B190 | 12/21/18 | ZM | Search for contact information for plaintiff's attorney, judges and court clerk for cases in memo provided per B. Lawler (suggestions of bankruptcies) | 1.00 | $260.00 |
| B190 | 12/22/18 | ESC | Address various issues with suggestions of bankruptcy directed at litigation counter parties | 0.10 | $69.00 |

Frank Entertainment Group LLC
Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 12/26/18 | ESC | Confer with representative of B. Frank re: notice of bankruptcy filing | 0.20 | $138.00 |
| B190 | 12/26/18 | JJD | Review and revise suggestion of bankruptcy correspondence to certain vendors and potential automatic stay violation | 0.40 | $344.00 |
| B190 | 12/26/18 | JJD | Correspond with B. Vanderwoude re: litigation and lawsuits where the debtors are a party | 0.20 | $172.00 |
| B190 | 12/27/18 | EBL | Prepare suggestion of bankruptcy packages to all judges and clerks of the court where the debtors are involved in pending litigation | 1.10 | $264.00 |
| B190 | 12/27/18 | ESC | Address various issues with suggestions of bankruptcy | 0.10 | $69.00 |
| B190 | 12/28/18 | ESC | Address various issues with notice to B. Frank about bankruptcy filings | 0.10 | $69.00 |
| B190 | 12/28/18 | ZM | Search for the judge assigned to the matter of Centennial Bank v. Frank Investments per B. Lawler | 0.50 | $130.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 8.40 | $2,860.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 12/21/18 | ESC | Travel to and from first day hearing | 0.90 | $310.50 |
| B195 | 12/21/18 | JJD | Travel to and from Bankruptcy Court to attend hearing on first day motions | 1.10 | $473.00 |
| B195 | 12/21/18 | MTP | Commute to/from courthouse for first day hearing | 1.00 | $217.50 |
| | | | **Total B195 - Non-Working Travel** | 3.00 | $1,001.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 12/19/18 | MTP | Review/respond to e-mails with F. Steele re: critical vendor motion (.2); e-mails with CRO team re: same (.1) | 0.30 | $130.50 |
| B210 | 12/20/18 | ESC | Confer with C. Lang re: vendor credit issues | 0.10 | $69.00 |

Frank Entertainment Group LLC
Invoice No.: 887142

Page 11
January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 12/21/18 | ESC | Confer with vendor re:  questions about bankruptcy filing | 0.10 | $69.00 |
| B210 | 12/21/18 | JJD | Correspond with A. Brody re: critical vendor issue | 0.20 | $172.00 |
| B210 | 12/22/18 | ESC | Review e-mail to vendors re:  notice of bankruptcy filing | 0.10 | $69.00 |
| B210 | 12/22/18 | ESC | Address various issues with critical vendor payments | 0.20 | $138.00 |
| B210 | 12/22/18 | MTP | Review/respond to various e-mails from Lowenstein and client teams re: operational and first day matters | 0.30 | $130.50 |
| B210 | 12/24/18 | ESC | Review weekly box office update from M. Whalen | 0.10 | $69.00 |
| B210 | 12/24/18 | ESC | Review UST inquiry for financial information | 0.10 | $69.00 |
| B210 | 12/26/18 | ESC | Address various issues with Blacksburg utility disruption | 0.10 | $69.00 |
| B210 | 12/26/18 | ESC | Address issues with Republic Services inquiry about overdue payments | 0.10 | $69.00 |
| B210 | 12/26/18 | ESC | Address various issues with notices of default received by SV Media | 0.20 | $138.00 |
| B210 | 12/26/18 | ESC | Confer with vendor re:  questions about bankruptcy filing | 0.10 | $69.00 |
| B210 | 12/26/18 | JJD | Correspond with J. Weiner re: utility and critical vendor issues | 0.20 | $172.00 |
| B210 | 12/26/18 | MTP | Review utility provider information (.1); telephone call with All Points Waste re: utility order and motion (.1) | 0.20 | $87.00 |
| B210 | 12/27/18 | ESC | Address inquiry from attorney concerning soft drink contract | 0.10 | $69.00 |
| B210 | 12/27/18 | ESC | Address various issues with Applicable Fire Arm relationship | 0.10 | $69.00 |
| B210 | 12/27/18 | ESC | Address various issues with UST financial information requests | 0.20 | $138.00 |
| B210 | 12/27/18 | ESC | Confer with representative of Bonita Maria re: post-filing collection efforts | 0.10 | $69.00 |
| B210 | 12/27/18 | JJD | Correspond with D. Mack and M. Whelan re: weekend box office results | 0.20 | $172.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC

Page 12

Invoice No.: 887142

January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 12/28/18 | MTP | Review all first day orders and related documents re: operational requirements (1.4); calendar critical dates re: same for Lowenstein and client teams (.3); e-mails with Moss Adams team re: same (.1) | 1.80 | $783.00 |
| B210 | 12/30/18 | ESC | Review updates on weekly box office | 0.10 | $69.00 |
| B210 | 12/30/18 | JJD | Telephone call with C. Lang, J. Weiner, and E. Chafetz re: status of case, sales, formation meeting of creditors, initial debtor interview, and other issues | 0.70 | $602.00 |
| B210 | 12/30/18 | JJD | Correspond with C. Lang re: movie distributor issues | 0.20 | $172.00 |
| B210 | 12/31/18 | ESC | Confer with independent director, CRO, industry consultant and LS team re:  case strategy (operations, lease rejections, etc.) | 0.50 | $345.00 |
| B210 | 12/31/18 | ESC | Call with C. Lang re:  critical vendor and operational issues | 0.20 | $138.00 |
| B210 | 12/31/18 | JJD | Telephone call with D. Mack, M. Whelan, C. Lang, E. Chafetz, and M. Papandrea re: status of case and outstanding issues, lease negotiations, box office sales, and other issues | 0.50 | $430.00 |
| B210 | 12/31/18 | MTP | Conference call with Lowenstein team, C. Lang, M. Whalen, and D. Mack re: various operational issues | 0.50 | $217.50 |
| | | | **Total B210 - Business Operations** | 7.60 | $4,793.50 |

B220 Employee Benefits/Pensions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B220 | 12/19/18 | ESC | Review wages motion in preparation for first day hearing | 0.60 | $414.00 |
| B220 | 12/27/18 | ESC | Address various issues with Sandhills theater employee questions | 0.10 | $69.00 |
| | | | **Total B220 - Employee Benefits/Pensions** | 0.70 | $483.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 12/19/18 | AEB | Teleconference and correspond re: open corporate issues | 1.50 | $765.00 |
| B230 | 12/19/18 | ESC | Address various issues with DIP budget | 0.70 | $483.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 12/22/18 | ESC | Address issues with final hearing notice for DIP approval | 0.10 | $69.00 |
| B230 | 12/30/18 | JJD | Correspond with J. Weiner re: cash management order | 0.20 | $172.00 |
| B230 | 12/31/18 | ESC | Review updated cash flow analysis | 0.60 | $414.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 3.10 | $1,903.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 12/21/18 | ESC | Address various issues with section 503(b)(9) claims | 0.10 | $69.00 |
| B310 | 12/21/18 | MTP | Telephone call with J. Weiner re: inquiries from various creditors (.1); review/respond to e-mails from J. Weiner re: same (.2) | 0.30 | $130.50 |
| B310 | 12/22/18 | ESC | Confer with LS team re:  bar date motion including section 503(b)(9) claims | 0.10 | $69.00 |
| B310 | 12/23/18 | ESC | Confer with LS team re:  updated top 30 creditor list and interim compensation motion | 0.10 | $69.00 |
| B310 | 12/26/18 | ESC | Confer with Moss Adams re:  revised top 30 creditor list | 0.10 | $69.00 |
| B310 | 12/26/18 | JJD | Review revised top 30 list of creditors | 0.20 | $172.00 |
| B310 | 12/26/18 | MTP | Draft, review, and revise bar date motion and related pleadings (1.8); discussions with E. Chafetz and J. DiPasquale re: same (.1) | 1.90 | $826.50 |
| B310 | 12/27/18 | EBL | Prepare, e-flle and coordinate service of amended Top 30 creditor list | 0.90 | $216.00 |
| B310 | 12/27/18 | ESC | Address various issues with revised top 30 creditor list | 0.10 | $69.00 |
| B310 | 12/27/18 | JJD | Review amended top 30 list of creditors | 0.20 | $172.00 |
| B310 | 12/27/18 | JJD | Review and revise motion to fix bar date for filing of section 503(b)(9) claims | 0.90 | $774.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 12/27/18 | MTP | Further draft, review and revise bar date motion and related pleadings (1.3); draft e-mail to J. DiPasquale and E. Chafetz re: same (.4); telephone call with J. DiPasquale re: same (.1); e-mails with B. Lawler re: same (.1) | 1.90 | $826.50 |
| B310 | 12/27/18 | MTP | Telephone calls and e-mails with F. Steele re: top 30 list (.1); e-mails with Moss Adams team re: same (.1) | 0.20 | $87.00 |
| B310 | 12/28/18 | EBL | Revisions to bar date motion publication notice and mailing notice | 0.70 | $168.00 |
| B310 | 12/28/18 | ESC | Address various issues with amended top 30 creditors list | 0.10 | $69.00 |
| B310 | 12/28/18 | ESC | Address various issues with bar date motion including review of pleading | 0.70 | $483.00 |
| B310 | 12/28/18 | JJD | Review and confer with Lowenstein team re: notice of bar date to file proof of claims and timeline of case | 0.60 | $516.00 |
| B310 | 12/28/18 | JJD | Telephone call with F. Steele re: formation meeting of creditors and bar date for creditors to file proof of claims | 0.30 | $258.00 |
| B310 | 12/28/18 | JJD | Correspond with Prime Clerk re: section 341 notice and bar date | 0.30 | $258.00 |
| B310 | 12/29/18 | ESC | Confer with LS team re:  motion to fix section 503(b)(9) claims bar date | 0.20 | $138.00 |
| B310 | 12/29/18 | JJD | Confer with M. Papandrea re: revised claims bar date motion | 0.30 | $258.00 |
| B310 | 12/29/18 | MTP | Various e-mails with Lowenstein team re: bar date motion, 341 meeting and related issues (.1); telephone call with J. DiPasquale re: same (.2) | 0.30 | $130.50 |
| B310 | 12/30/18 | ESC | Address various issues with bar date motion | 0.20 | $138.00 |
| B310 | 12/30/18 | JJD | Correspond with F. Steele re: notice of commencement of case, 341 hearing and claims bar date | 0.30 | $258.00 |
| B310 | 12/30/18 | JJD | Review and further revise notice of 341 hearing and bar date for filing proof of claims | 0.40 | $344.00 |
| B310 | 12/30/18 | MTP | Review and respond to further e-mails with Lowenstein team re: bar date motion | 0.40 | $174.00 |
| B310 | 12/31/18 | DC | Discussion with M. Papandrea re: timing of bar date motion and exchange e-mails with Prime Clerk re: service of same | 0.20 | $52.00 |
| B310 | 12/31/18 | ESC | Further review and comment on bar date motion papers | 0.60 | $414.00 |

Frank Entertainment Group LLC

Page 15

Invoice No.: 887142

January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 12/31/18 | JJD | Correspond with F. Steele re: bar date and notice of commencement | 0.30 | $258.00 |
| B310 | 12/31/18 | JJD | Correspond with T. Oppelt re: bar date and section 341 notice | 0.20 | $172.00 |
| B310 | 12/31/18 | JJD | Review and revise motion to fix bar date for creditors to file proofs of claim and attend to various related issues | 1.20 | $1,032.00 |
| B310 | 12/31/18 | MTP | Further review/revise bar date motion, proposed order, and exhibits (2.9); e-mails and discussions with ad agency re: publication notice re: same (.7); telephone call with S. Perry re: bar date motion (.2); e-mails with Prime Clerk re: same (.3); various discussions and e-mails with Lowenstein team members re: same (1.1) | 5.20 | $2,262.00 |
| | | | **Total B310 - Claims Administration and Objections** | 19.50 | $10,932.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 12/20/18 | EBL | Finalize, (.3); e-file (.3), coordinate service of (.2) FEG's motion to assume restructuring support agreement; prepare (.2) notice of hearing re: same; discussions with J. DiPasquale re: same (.2) | 1.20 | $288.00 |
| B320 | 12/20/18 | JJD | Review and revise motion to authorize the Debtors to assume the RSA | 3.40 | $2,924.00 |
| B320 | 12/22/18 | ESC | Confer with LS team re:  plan and other retention issues | 0.10 | $69.00 |
| B320 | 12/26/18 | ESC | Continue drafting joint plan and disclosure statement | 3.40 | $2,346.00 |
| B320 | 12/27/18 | ESC | Continue drafting joint plan and disclosure statement | 5.40 | $3,726.00 |
| B320 | 12/27/18 | JJD | Review and revise motion to combine hearing for plan of reorganization and disclosure statement | 2.30 | $1,978.00 |
| B320 | 12/27/18 | MTP | Review RSA and motion to approve same (.3); calendar critical dates re: same (.2) | 0.50 | $217.50 |
| B320 | 12/28/18 | ESC | Further revisions to joint plan and disclosure statement | 4.90 | $3,381.00 |
| B320 | 12/28/18 | JJD | Correspond with D. Mack re: plan related issues | 0.30 | $258.00 |
| B320 | 12/29/18 | ESC | Further revisions to joint plan and disclosure statement | 3.30 | $2,277.00 |
| B320 | 12/30/18 | ESC | Continue drafting combined plan and disclosure statement | 5.40 | $3,726.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 12/31/18 | ESC | Continue revising combined plan and disclosure statement | 2.90 | $2,001.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 33.10 | $23,191.50 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 12/19/18 | ESC | Address various post filing issues in preparation for first day hearing, including review of various filed first day pleadings | 4.70 | $3,243.00 |
| B430A | 12/19/18 | ESC | Phone call with M. Papandrea re: strategy to address wage motion at first day hearing | 0.30 | $207.00 |
| B430A | 12/19/18 | ESC | Confer with counsel for the first lien lenders re: preparation for first day hearing | 0.30 | $207.00 |
| B430A | 12/19/18 | ESC | Confer with M. Papandrea and J. DiPasquale re: preparation for first day hearing | 0.80 | $552.00 |
| B430A | 12/19/18 | JJD | Review of file re: first day hearing preparation | 7.80 | $6,708.00 |
| B430A | 12/19/18 | JJD | Telephone call with C. Lang and E. Chafetz re: preparation for hearing on first day motions | 0.30 | $258.00 |
| B430A | 12/19/18 | MTP | Review various first day pleadings and related documents re: preparation for first day hearing (7.2); various e-mails, office meetings and discussions with Lowenstein team re: same (2.2); research re: same (1.1); review/respond to e-mails from US trustee re: same (.3); review/respond to various e-mails from parties in interest re: same (.9); review/respond to various e-mails from client re: same (1.3); discussions with client team re: same (.4) | 13.40 | $5,829.00 |
| B430A | 12/19/18 | MTP | Various e-mails and discussions with Lowenstein team re: service of first day pleadings and preparation of hearing binders for first day hearing | 0.40 | $174.00 |
| B430A | 12/20/18 | DC | Prepare first day hearing binders and hand deliver copies for Judge and United States Trustee | 2.00 | $520.00 |
| B430A | 12/20/18 | DC | Exchange e-mails with Prime Clerk re: instructions and confirmation of service of first day pleadings | 0.30 | $78.00 |
| B430A | 12/20/18 | DC | Discussions with T. Oppelt in the UST's office and forward e-mail addresses for top 30 creditors | 0.30 | $78.00 |

Frank Entertainment Group LLC

Invoice No.: 887142

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 12/20/18 | ESC | Review various documents in preparation for first day hearing including preparation of talking points for hearing (introduction and DIP financing) (4.9); confer with various parities in interest re: case strategy and committee formation issues (1.4); address UST inquiries re: first day motions (.2) | 6.50 | $4,485.00 |
| B430A | 12/20/18 | ESC | Confer with M. Papandrea and J. DiPasquale re: UST comments to first day motions | 0.20 | $138.00 |
| B430A | 12/20/18 | ESC | Confer with the CRO re: first day hearing preparation | 0.50 | $345.00 |
| B430A | 12/20/18 | JJD | Review of file and prepare for hearings on first day motions | 4.30 | $3,698.00 |
| B430A | 12/20/18 | JJD | Telephone call with F. Steele re: comments to certain first day motions | 0.50 | $430.00 |
| B430A | 12/20/18 | MTP | Review various documents, motions, and orders re: preparation for first day hearing (2.4); various e-mails and discussions with Lowenstein team members re: same (.8); various e-mails and discussions with Moss Adams team re: same (.7); various e-mails with interested parties re: first day hearing matters (.2); telephone call with F. Steele re: first day orders (.5); revise order extending time to file statements and schedules and e-mail same to F. Steele (.1) | 4.70 | $2,044.50 |
| B430A | 12/21/18 | ESC | Prepare for first day hearing | 3.20 | $2,208.00 |
| B430A | 12/21/18 | ESC | Meet with other professionals in preparation for first day hearing | 1.00 | $690.00 |
| B430A | 12/21/18 | ESC | Participate in first day hearing (1.4); follow up meeting with professionals re: first day hearing (.2) | 1.60 | $1,104.00 |
| B430A | 12/21/18 | JJD | Prepare for hearing on first day motions | 1.00 | $860.00 |
| B430A | 12/21/18 | JJD | Attend hearing on first day motions and meet with DIP lenders' and other professionals' counsel | 2.80 | $2,408.00 |
| B430A | 12/21/18 | JJD | Review and revise form of first day orders to submit to the court for entry | 0.30 | $258.00 |
| B430A | 12/21/18 | MTP | Further prepare for first day hearing (1.7); e-mails with Lowenstein team re: same (.3); appearance at first day hearing (2.8); review/revise first day orders and prepare for submission to the court (1.5); draft e-mail to chambers re: entry of proposed orders (.4) | 6.70 | $2,914.50 |
| B430A | 12/26/18 | MTP | E-mails with D. Claussen re: various filings for 1/22/19 hearing date | 0.10 | $43.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

Page 18
January 24, 2019

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 12/28/18 | EBL | Prepare hearing binder re: motion to assume RSA | 0.60 | $144.00 |
| B430A | 12/28/18 | MTP | Telephone call with chambers' staff re: hearing binders for 1/22 hearing (.1); e-mails with B. Lawler re: same (.1) | 0.20 | $87.00 |
| B430A | 12/28/18 | MTP | Review/respond to various e-mails with Lowenstein team re: pleadings to be filed for 1/22 hearing date (.8); review/revise various pleadings re: same (.8) | 1.60 | $696.00 |
| B430A | 12/31/18 | DC | Draft letter to Judge Meisel enclosing hearing binder for hand delivery | 0.20 | $52.00 |
| | | | **Total B430A - Court Hearings** | 66.60 | $40,459.50 |

B440 Schedules and Statements

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B440 | 12/26/18 | ESC | Confer with C. Lang re:  schedules and SOFAs | 0.20 | $138.00 |
| | | | **Total B440 - Schedules and Statements** | 0.20 | $138.00 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 12/19/18 | ESC | Address various issues with Coastal insurance dispute | 0.60 | $414.00 |
| B460 | 12/26/18 | ESC | Address various issues with D&O insurance binder | 0.40 | $276.00 |
| B460 | 12/26/18 | JJD | Correspond with T. O'Malley re: D&O insurance binder | 0.20 | $172.00 |
| B460 | 12/28/18 | ESC | Confer with CRO re:  various insurance and critical vendor issues | 0.60 | $414.00 |
| B460 | 12/29/18 | ESC | Address various issues with Coastal insurance claims | 0.20 | $138.00 |
| | | | **Total B460 - Other - Insurance Matters** | 2.00 | $1,414.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Frank Entertainment Group LLC
Invoice No.: 887142

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 14.30 | $6,463.50 |
| B130 | Asset Disposition | 0.40 | $327.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | $138.00 |
| B150 | Meetings of and Communication with Creditors | 0.80 | $586.00 |
| B160 | Fee/Employment Applications | 1.50 | $1,162.50 |
| B165 | Employment and Retention Applications - Others | 8.10 | $5,903.50 |
| B175 | Fee Applications and Invoices - Others | 4.70 | $2,935.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 17.20 | $11,443.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 8.40 | $2,860.00 |
| B195 | Non-Working Travel | 3.00 | $1,001.00 |
| B210 | Business Operations | 7.60 | $4,793.50 |
| B220 | Employee Benefits/Pensions | 0.70 | $483.00 |
| B230 | Financing/Cash Collateral | 3.10 | $1,903.00 |
| B310 | Claims Administration and Objections | 19.50 | $10,932.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 33.10 | $23,191.50 |
| B430A | Court Hearings | 66.60 | $40,459.50 |
| B440 | Schedules and Statements | 0.20 | $138.00 |
| B460 | Other - Insurance Matters | 2.00 | $1,414.00 |
| | **Total** | **191.40** | **$116,134.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

Frank Entertainment Group LLC
Invoice No.: 887142

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Messenger and delivery charges | $86.35 |
| Bulk rate/special postage | $35.64 |
| Computerized legal research | $7.90 |
| Travel | $117.66 |
| Meals | $147.63 |
| **Total Disbursements** | **$395.18** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 12/31/18 | Federal Express  VENDOR: Federal Express INVOICE#: 642026209 DATE: 1/4/2019   REFERENCE: 35986.3 TRACKING #: 466876225905 SEND FROM:Chafetz Eric S. Lowenstein sandler  1251 Avenue of the americas 18 NEW YORK CITY NY 10020   SEND TO: BRUCE FRANK C/O FEC HOLDINGS LLC 1003 W. INDIANTOWN ROAD  JUPITER FL 33458 US | $37.35 |
| 12/31/18 | External Messenger Service  VENDOR: Betsko, Robert; INVOICE#: 2019-01; DATE: 1/7/2019 R/T US bankruptcy Court | $49.00 |
| 12/21/18 | Meals (local)  VENDOR: Chafetz, Eric S. INVOICE#: 3006690212280203 DATE: 12/28/2018   ; 12/21/18; Lunch with Chris Lang, John Gaither, Eric Chafetz; Frank Entertainment- lunch after first day of hearing with C. Lang of Moss Adams and J. Gaither of Neligan, LLC | $126.63 |
| 12/21/18 | Meals (local)  VENDOR: Chafetz, Eric S. INVOICE#: 3006690212280203 DATE: 12/28/2018   ; 12/21/18; Lunch with Chris Lang, John Gaither, Eric Chafetz; Frank Entertainment- lunch after first day of hearing with C. Lang of Moss Adams and J. Gaither of Neligan, LLC  (Receipt attached above) | $21.00 |
| 12/21/18 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 3009001812300203 DATE: 12/30/2018   ; 12/21/18; Parking; Parking at court house re: Frank Entertainment Group | $19.00 |
| 12/21/18 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 3009001812300203 DATE: 12/30/2018   ; 12/21/18; Mileage; FROM: Summit; TO: Court House; Round trip mileage from Summit to court house re: Frank Entertainment Group | $13.63 |
| 12/21/18 | Local Travel  VENDOR: Chafetz, Eric S. INVOICE#: 3006690212280203 DATE: 12/28/2018   ; 12/21/18; Taxi/Car Service; FROM: Penn Station; TO: Courthouse; Frank Entertainment- Cab to court house for first day of hearing | $12.00 |
| 12/21/18 | Local Travel  VENDOR: DiPasquale, Joe INVOICE#: 3001778612261524 DATE: 12/26/2018   ; 12/21/18; Parking; Attend first day hearing | $19.00 |
| 12/21/18 | Local Travel  VENDOR: DiPasquale, Joe INVOICE#: 3004506312270203 DATE: 12/27/2018   ; 12/21/18; Mileage; FROM: Home; TO: Court; Attend first day hearing. | $20.06 |
| 12/26/18 | Local Travel  VENDOR: Chafetz, Eric S. INVOICE#: 3006731912310201 DATE: 12/31/2018   ; 12/26/18; Taxi/Car Service; FROM: Essex Co. Courthouse; TO: 78 Ferry St. (Lunch); UBER from first day of hearing to lunch | $7.68 |
| 12/26/18 | Local Travel  VENDOR: Chafetz, Eric S. INVOICE#: 3006731912310201 DATE: 12/31/2018   ; 12/26/18; Taxi/Car Service; FROM: Essex Co. Court; TO: Home; UBER home from first day of hearing | $26.29 |
| 12/31/18 | Computerized legal research: Pacer:  VENDOR: Pacer | $7.90 |

Frank Entertainment Group LLC
Invoice No.: 887142

Service Center INVOICE#: 4586608-Q42018 DATE:
1/14/2019    Date: 12/31/2018 Court: NJBK Pages: 79

Bulk rate/special postage                                                          $35.64

Total Disbursements                                                               $395.18

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**