**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>Jointly Administered |

### CERTIFICATION OF PUBLICATION

I, Michael Papandrea, am an attorney employed by Lowenstein Sandler LLP, counsel to the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases.

This Certification of Publication verifies that the notice of deadlines for filing proofs of claim against the Debtors [Docket No. 87-4], substantially in the form approved by the Court's order entered on February 14, 2019 [Docket No. 253] and as conformed for publication, was published on February 19, 2019 in *USA Today*, as described in the sworn statement attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  February 20, 2019 				*/s/ Michael Papandrea*
						Michael Papandrea, Esq.

## Exhibit A

Verification of Publication
*USA Today*



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Justine Madden says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit and is fully acquainted with the facts stated herein: on **Tuesday, February 19, 2019**, the following legal advertisement – **In re: FRANK THEATRES BAYONNE/SOUTH COVE, LLC** – was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
February 19, 2019

This 19th day of February month 2019 year.

Robin Sue Purcell
Notary Public
Commission expires
31 oct 2019

# Holmes last man standing at Riviera

**Geoff Shackelford**
Golfweek | USA TODAY Network

PACIFIC PALISADES, Calif. – J.T. versus J.B.

Louisville versus Campbellsville.

A clash of Kentuckians that emerged at cool, wet and rain-delayed Riviera ended with J.B. Holmes taking the Genesis Open by one stroke over fellow Bluegrass state native Justin Thomas. Holmes, 36, erased a four-stroke deficit over the final 18 holes to record his fifth PGA Tour win and first since the 2015 Shell Houston Open.

"The wind was really blowing hard, it was hard putting," Holmes said after a 1-under-par 70 to finish 14 under. "It was the way you want to win. You want to come down the end and be able to hit shots and make some key putts."

There were few signs Holmes was in winning form, with his lone top-10 finish in 2018-19 coming in September's Safeway Open. The Genesis Open marked his eighth start of the season, and he ranked 202nd in strokes gained putting when he arrived at Riviera. Holmes led the Genesis Open field in that statistic for the week, gaining 8.17 strokes on the field with his 111 putts.

"We spent a lot of time this week with the coach and getting on the green and trying to find the right ball position and how it set up and putting through some gates, making sure I was starting the ball online," Holmes said, crediting coach Matt Killen for adjustments. "In the morning we changed our routine, and we had a string and a mirror and just made sure that everything was dialed in, and then I could trust it and go out there and make confident strokes."

J.B. Holmes, with son Tucker, is congratulated by tournament host Tiger Woods on his victory Sunday in the Genesis Open. GARY A. VASQUEZ/USA TODAY SPORTS

Blasted on social media for his pace of play a year after an episode at the Farmers Insurance Open, Holmes noted he had never been put on the clock all week and fired back at critics.

"You play in 25-mile-an-hour gusty winds and see how fast you play when you're playing for the kind of money and the points and everything that we're playing for," he said.

In 13 starts at Riviera, Holmes has shown signs of an affinity for the course, highlighted by a run from 2008 to 2012 in which he finished no worse than 12th, and he posted another T-11 in 2016. Still, given how many players developed strong records at "Hogan's Alley," Holmes was hardly anyone's pre-tournament pick.

For Thomas, it was painful to lose the lead on a course he first played during the NCAA Championships while with Alabama in 2012.

"I feel like I should have won that thing," Thomas said following a final-round 75. "Hit some great shots the last four holes."

Thomas took command early Sunday, finishing off a third-round 65 that was more impressive considering he had to overcome a cold shank at the par-4 ninth hole. Faced with a 152-yard approach, his ball veered immediately right off the club, tracked by the broadcast's shot tracer, and landed in the 10th fairway. With 54 yards to go, Thomas played a wedge to 4 feet and, before heading to the green, waved at the group in front who was taking in the unusual locale for someone 15-under at the time.

After a brief break between rounds, a final-round duel with Holmes emerged and included two-shot swings at the 10th, 11th and 13th holes, where Thomas four-putted.

"I think it was just more I really struggled putting in that wind out there," Thomas said. "It's something that I've needed to get better at, and it unfortunately just kind of showed a flaw in my game. I really didn't play that bad."

# MARKETPLACE TODAY

To view more Classified listings, visit: www.classifieds.usatoday.com

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

## NOTICES

## LEGAL NOTICES

AT&T

The AT&T contracts with programmers for the content displayed on U-verse TV service periodically expire, or may be terminated, but are usually re-negotiated or extended with no interruption or change for our U-verse members. Additionally, from time to time it is necessary to change channel line-ups as well as television package contents. The programming changes set forth below may occur as follows:

February 2019

As previously noticed, the AT&T contract with the programmer for the following channels is set to expire. While these channels will continue to be available to U-verse members so long as AT&T has the rights to carry them, if a reasonable agreement cannot be reached with the programmer the programming will no longer be available. AT&T may modify the channel location for the programming by moving them from their current channel location to a channel between 9501 – 9599, and if a reasonable longer term agreement cannot be reached with the programmers, we may lose the rights to carry them (listed in alphabetical order) on or after February 2019: EVINE Live and EVINE Live in HD; GMA Pinoy (channel 3683); Heroes & Icons (channel 137 and 1137 in HD); MBC America (channel 3643); MeTV (channel 23, 136 and 1023 and 1136 in HD); NHK World TV HD (channels 1221, 1379); Sony Entertainment Television (SET Asia) (channel 3704).

As previously noticed:

1) Austin, TX area, KNVA (channel 12 and 1012 in HD);
2) Chicago, IL area, WWME (channel 24), WCIU (channel 10 and 1010 in HD), WMEU (channel 48) and WMEU-CA (channel 49);
3) Dayton, OH area, WBDT (channel 26 and 1026 in HD);
4) Lansing, MI area, WLAJ (channel 53 and 1053 in HD) and WLAJD2 (channel 54 and 1054 in HD);
5) Los Angeles, CA area, KAZA (channel 54 and 1054 in HD);
6) Louisville, KY area, WDRB (channel 41 and 1041 in HD), WBKI (channel 58 and 1058 in HD);
7) Lubbock, TX area, KMYL (channel 14 and 1014 in HD), KJTV (channel 32 and 1032 in HD), KJTV (channel 34 and 1034 in HD), K31MXD (channel 44), KXTQ (channel 46 and 1046 in HD), KLBB channel 48), KXTQ (channel 3007), KLCW (channel 22 and 1022 in HD);
8) Monterey, CA area, KCBA (channel 35 and 1035 in HD);
9) Sacramento, CA area, KCSO (channel 25, 3007, and 1025 in HD);
10) South Bend, IN area, WCWW (channel 25 and 1025 in HD), WBND (channel 57 and 1057 in HD) and WMYS (channel 69 and 1069 in HD);
11) Saint Louis, MO area, KNLC (channel 24 and 1024 in HD);
12) Topeka, KS area, KTKA (channel 49 and 1049 in HD) and KTKAD3 (channel 50);
13) Milwaukee, WI area, WBME CA (channel 19), WDJT (channel 5 and 1005 in HD), WMLW (channel 7 and 1007 in HD) and WYTU channel 27, 3007 and 1027in HD).

In addition: Huntsville, AL area, WAAYHD (channel 1032 in HD).

And, U-verse TV subscribers will no longer have access to the My Coupons TV Offers application using the On Demand – VOD Menu or via Channel 199 beginning 2/25/2019.

March 2019

As previously noticed, the AT&T contract with the programmer for the following channels is set to expire. While these channels will continue to be available to U-verse members so long as AT&T has the rights to carry them, if a reasonable agreement cannot be reached with the programmer the programming will no longer be available. AT&T may modify the channel location for the programming by moving them from their current channel location to a channel between 9501 – 9599, and if a reasonable longer term agreement cannot be reached with the programmers, we may lose the rights to carry them (listed in alphabetical order) on or after March 2019: NFL Network (channel 630 and 1630 in HD); NFL RedZone (channel 1629 in HD); World Fishing Network (channel 1679 in HD).

As well as the following:

1) Champaign, IL area, WBUI (channel 23 and 1023 in HD), WCCU (channel 26 and 1026 in HD), WRSP (channel 55 and 1055 in HD);
2) Charleston, SC area, WTAT (channel 24 and 1024 in HD);
3) Chattanooga, TN area, WFLI (channel 6 and 1006 in HD);
4) Columbus OH area, WTTE (channel 28 and 1028 in HD) and WWHO (channel 5 and 1005 in HD);
5) Dayton, OH area, WRGT (channel 45 and 1045 in HD);
6) Flint, MI area, WBSF (channel 46 and 1046 in HD), WEYI (channel 25 and 1025 in HD);
7) Gainesville, FL area, WNBW (channel 9 and 1009 in HD);
8) Greenville SC area, WMYA (channel 40 and 1040 in HD);
9) Jackson, MS area, WLOO (channel 35 and 1035 in HD);
10) Mobile, AL area, WPMI (channel 15 and 1015 in HD), WJTC (channel 44 and 1044 in HD);
11) Nashville, TN area, WNAB (channel 58 and 1058 in HD);
12) Reno, NV area, KAME (channel 21 and 1021 in HD), KRNV (channel 4 and 1004 in HD);
13) San Antonio, TX area, KMYS (channel 35 and 1035 in HD);
14) Wichita, KS area, KMTW (channel 36 and 1036 in HD).

In addition, we may lose the rights to carry the following channels on or after March 22, 2019:
BET (Black Entertainment Television) (channel 155 and 1155 in HD); BET (Black Entertainment Television) - West (channel 156 and 1156 in HD); BET Gospel (channel 516); BET Her (channel 515); BET Jams (channel 508); BET Soul (channel 522); CMT (Country Music Television) (channel 525 and 1524 in HD); CMT – West (Country Music Television) (channel 526 and 1526 in HD); CMT Music (channel 527); Comedy Central East (channel 140 and 1140 in HD); Comedy Central West (channel 141 and 1141 in HD); LOGO East (channel 183); LOGO West (channel 184); MTV (Music Television) (channel 502 and 1502 in HD); MTV Live (channel 1505 in HD); MTV West (Music Television) - West (channel 503 and 1503 in HD); MTV Classic (channel 520); MTV Classic - West (channel 521); MTV2 (channel 504 and 1504 in HD); MTV2 West (channel 505 and 1505 in HD); mtvU (channel 510); Nick Jr. (channel 320 and 1320 in HD); Nick Jr. West (channel 320); Nick2 (channel 316); Nickelodeon East (channel 314 and 1314 in HD); Nickelodeon West (channel 315 and 1315 in HD); NickMusic (channel 509); Nicktoons (channel 318 and 1318 in HD); Nicktoons West (channel 318 and 1318 in HD); Paramount Network East (channel 145 and 1145 in HD); Paramount Network West (channel 146 and 1146 in HD); TeenNick (channel 322); TeenNick - West (channel 322); Tr3s (channel 506 and 3142 in HD); Tr3s - West (channel 507 and 3144 in HD); TV Land East (channel 138 and 1138 in HD); TV Land West (channel 139 and 1139 in HD); VH1 (channel 518 and 1518 in HD); VH1 – West (channel 519 and 1519 in HD); World Fishing Network (channel 1679 in HD).

Plus, in the Dallas, TX area, KTXD (channel 1047 in HD).

April 2019

The AT&T contract with the programmer for the following channels is set to expire. While these channels will continue to be available to U-verse members so long as AT&T has the rights to carry them, if a reasonable agreement cannot be reached with the programmer the programming will no longer be available. AT&T may modify the channel location for the programming by moving them from their current channel location to a channel between 9501 – 9599, and if a reasonable longer term agreement cannot be reached with the programmers, we may lose the rights to carry them (listed in alphabetical order) on or after April 2019: A&E (channel 132 and 1132 in HD); A&E – West (channel 132 and 1132 in HD); Crime & Investigation Network (channel 163 and 1163 in HD); FYI (channel 272 and 1272 in HD); FYI - West (channel 272 and 1272 in HD); History (channel 256 and 1256 in HD); History – West (channel 256 and 1256 in HD); History en Espanol (channel 3104 in HD); Lifetime Real Women (channel 364); Lifetime Television (channel 360 and 1360 in HD); Lifetime Television - West (channel 361 and 1361 in HD); LMN (channel 362 and 1362 in HD); LMN – West (channel 362 and 1362 in HD); Military History Channel (channel 276); Pursuit HD (channel 1644 in HD); Sportsman Channel (channel 642 and 1642 in HD); Telemiami (channel 20 and channel 1020 in HD); Viceland (channel 257 and 1257 in HD); Viceland - West (channel 257 and 1257 in HD).

In addition: Effective April 30, 2019, the following U-verse applications will no longer by available to U-verse customers:
1) FITFUSION TV Featuring Jillian Michaels STB application (Ch. 440/633 and 1440/1633) and Interactive Menu
2) Tumblebooks STB TV application (Ch. 345/1345 and Interactive Menu
3) U-verse Games STB TV application (Ch. 93/1093 and 321/1321) and Interactive Menu

## LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | |
|---|---|
| In re: FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 18-50757 (AMK)<br>(Jointly Administered)<br>Hon. Judge Alan M. Koschik |

**NOTICE OF DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On February 11, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement for the Joint Plan of Reorganization of FirstEnergy Solutions Corp.,* et. al., *Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, modified or supplemented, the "Disclosure Statement") [Docket No. 2119] with the United States Bankruptcy Court for the Northern District of Ohio (the "Court"). The Debtors submitted the Disclosure Statement pursuant to section 1125 of the Bankruptcy Code for use in the solicitation of votes on the *Joint Plan of Reorganization of FirstEnergy Solutions Corp.,* et. al., *Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2120] (as modified, amended or supplemented from time to time, the "Plan").[2] The Debtors reserve the right to amend, supplement, or modify such documents prior to the Disclosure Statement Hearing (as defined below).

2. A hearing is scheduled before the Honorable Alan M. Koschik, United States Bankruptcy Judge for the Northern District of Ohio, for **10:00 a.m. (prevailing Eastern Time) on March 19, 2019** (the "Disclosure Statement Hearing") at the John F. Seiberling Federal Building and U.S. Courthouse, 455 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308, to consider the entry of an order approving, among other things, (i) the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (ii) procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan: (iii) the form of ballots, notices, and certain other documents to be distributed in connection with the solicitation of the Plan; (iv) the deadlines contained in the solicitation and confirmation procedures: and (v) the procedures for notice of the confirmation hearing and filing objections to confirmation of the Plan.

**PLEASE BE ADVISED THAT THE DISCLOSURE STATEMENT HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT.**

3. Copies of the Disclosure Statement and Plan may be obtained (i) from Prime Clerk LLC (a) at www.primeclerk.com/FES, (b) upon request by mail to FirstEnergy Solutions Corp. Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022, or (c) upon request by calling the FES restructuring hotline at (855) 934-8766 or (ii) for a fee via PACER at https://ecf.ohnb.uscourts.gov/ (a PACER login and password are required to access documents on the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). A copy of the Disclosure Statement and the Plan is also on file with the Office of the Clerk of Court, United States Bankruptcy Court for the Northern District of Ohio, John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308 and may be examined by any party in interest during normal business hours.

4. **EQUITY ELECTION RECORD DATE**. Holders of certain classes of Claims against FirstEnergy Solutions Corp., FirstEnergy Generation, LLC, FirstEnergy Nuclear Generation, LLC, and FirstEnergy Nuclear Operating Company, as applicable, may be eligible to elect to receive equity in the Reorganized Debtors, rather than Cash, in satisfaction of their Claims (an "**Equity Election**") under the Plan. **The date of record for purposes of making an Equity Election was January 23, 2019, or such later date as agreed by the Debtors with the consent of the Requisite Supporting Parties and the Committee (each as defined in the Plan (such date, the "Equity Election Record Date").** All Holders of General Unsecured Claims wishing to make an Equity Election with respect to eligible Claims will be required to certify on their ballots to accept or reject the Plan, or by such other method acceptable to the Debtors with the consent of the Requisite Supporting Parties (as defined in the Restructuring Support Agreement (the "RSA")) and the Committee, that they were (i) the beneficial holder of such Claims as of the applicable Equity Election Record Date and have not sold, transferred, or provided a participation in such Claims, or directly or implicitly agreed to do so following the Equity Election Record Date or (ii) are otherwise a party to the RSA and the beneficial holder of such Claims and such Claims were subject to the RSA as of the applicable Equity Election Record Date.

Notwithstanding the foregoing, no Holder of a General Unsecured Claim shall be prohibited from selling its General Unsecured Claim at any time after the Equity Election Record Date, *provided* that the transferee of any such General Unsecured Claim will not be eligible to receive an equity distribution unless such Claim is subject to the RSA.

5. **SETTLEMENT, RELEASE, INJUNCTION AND RELATED PROVISIONS**. The Plan contains certain release, injunction, and exculpation provisions, including third party releases, which are subject to approval by the Court and may be found at Article VIII of the Plan and Article V.I of the Disclosure Statement.

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, INJUNCTION AND EXCULPATION PROVISIONS, INCLUDING **THIRD PARTY RELEASES IN ARTICLES VIII.E AND VIII.F.** THUS, YOU SHOULD REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER WITH RESPECT TO THE DEBTOR PARTIES' AND OTHER RELEASED PARTIES' THIRD PARTY RELEASES.

6. **THIRD PARTY RELEASES**. The Third Party Releases under the Plan comprise (i) the FE Non-Debtor Parties' Third Party Releases and (ii) the Debtor Released Parties' and Other Released Parties' Third Party Releases.

**All Holders are bound by the FE Non-Debtor Parties' Third Party Releases and do not have the option to opt out of the FE Non-Debtor Parties' Third-Party Releases.**

**Any Holder of a Claim that (i) votes to accept the Plan, (ii) is deemed to have accepted the Plan, (iii) is entitled to vote, but fails to vote to accept or reject the Plan, or (iv) rejects the Plan but does not elect to opt out of the Debtor Released Parties' and Other Released Parties' Third Party Releases, shall be deemed to have granted the Debtor Released Parties' and Other Released Parties' Third Party Releases.**

**Holders may elect to opt out of the Debtor Released Parties' and Other Released Parties' Third Party Releases contained in Article VIII.F of the Plan only if they check the box on their Ballots and vote to reject the Plan.**

7. Responses and objections, if any, to the approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with approval of the Disclosure Statement, **must** be filed together with proof of service, with the Clerk of Court, United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, John F. Seiberling Federal Building and U.S. Courthouse, 455 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308 and served so that they are received by the following parties: (i) counsel for the Debtors; (ii) the Office of the United States Trustee; and (iii) all other parties in interest that have filed a notice of appearance in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in the Debtors' chapter 11 cases on or before on or before **4:00 p.m. (prevailing Eastern Time) on March 12, 2019**.

8. IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

9. Upon approval of the Disclosure Statement by the Court, holders of Claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Court.

**If you have any questions related to this notice, please call the Debtors' restructuring hotline at (855) 934-8766 or email fesballots@primeclerk.com.**
**Please note that Prime Clerk LLC is not authorized to provide, and will not provide, legal advice.**

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or Disclosure Statement, as the context so requires.

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: FRANK THEATRES BAYONNE/ SOUTH COVE, LLC, *et al.*, Debtors. | Chapter 11<br>Case No. 18-34808 (SLM)<br>Jointly Administered |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS**

**TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE ENTITIES LISTED BELOW**

**DEBTOR, ADDRESS, CASE NO., TAXPAYER ID NO.:** Frank Theatres Bayonne/South Cove, LLC, 191 Lefante Way, Bayonne, NJ 07002, 18-34808, 26-1383162; Frank Entertainment Group, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34812, 46-5153966; Frank Management LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34818, 20-5060186; Frank Theatres, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34820, 46-5153966; Frank All Star Theatres, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34822, 20-5060420; Frank Theatres Blacksburg LLC, 1614 South Main St., Blacksburg, VA 24060, 18-34823, 38-3932964; Frank Theatres Delray, LLC, 14775 Lyons Road, Delray Beach, FL 33446, 18-34824, 26-1777655; Frank Theatres Kingsport LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34825, 38-3895083; Frank Theatres Montgomeryville, LLC, 750 Montgomery Glen Drive, Lansdale, PA 19446, 18-34826, 26-1780692; Frank Theatres Parkside Town Commons LLC, 1140 Parkside Main St., Cary, NC 27519, 18-34828, 26-2139724; Frank Theatres Rio, LLC, 3801 Route 9 South, Suite 1, Rio Grande, NJ 08242, 18-34816, 26-1381591; Frank Theatres Towne, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34830, 26-1381528; Frank Theatres York, LLC, 2067 Springwood Road, York, PA 17403, 18-34832, 26-1777779; Frank Theatres Mt. Airy, LLC, 605 Bluemont Road, Mt. Airy, NC 27030, 18-34833, 26-1767429; Frank Theatres Southern Pines, LLC, 104 Brucewood Road, Southern Pines, NC 28387, 18-34837, 26-1202508; Frank Theatres Sanford, LLC, 1351 Douglas Drive, Sanford, NC 27330, 18-34839, 26-1767475; Frank Theatres Shallotte, LLC, 5200 Bridger Road, Shallotte, NC 28470, 18-34840, 26-1767548; Revolutions at City Place LLC, 477 S. Rosemary Ave., West Palm Beach, FL 33401, 18-34841, 36-4716048; Revolutions of Saucon Valley LLC, 3717 Route 378, Bethlehem, PA 18015, 18-34844, 38-3881135; Frank Entertainment Rock Hill LLC, 2225 Dave Lyle Blvd, Rock Hill, SC 29730, 18-34845, 38-3880753; Frank Entertainment PSL, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410, 18-34846, 61-1737033; Frank Hospitality Saucon Valley LLC, 3717 Route 378, Bethlehem, PA 18015, 18-34844, 80-0848570; Frank Hospitality York LLC, 2067 Springwood Road, York, PA 17403, 18-34848, 26-4226617; Galleria Cinema, LLC, 2111 Tamiami Trail, Venice, FL 34293, 18-34849, 20-4402529

The United States Bankruptcy Court for the District of New Jersey (the "Court") has established deadlines to file proofs of claim against the debtors listed above (collectively, the "Debtors"). The applicable deadlines (each such deadline, a "Bar Date" and collectively, the "Bar Dates") are:

| DEADLINE | APPLICABLE TO |
|---|---|
| March 13, 2019, at 5:00 p.m. (ET) | All Creditors (Except Governmental Units) |
| June 17, 2019, at 5:00 p.m. (ET) | All Governmental Units |

Any person or entity (including governmental units) asserting a claim against the Debtors that arose or is deemed to have arisen on or prior to December 19, 2018 (the "Petition Date") must file a proof of claim on or before the applicable Bar Date noted above.

The following persons or entities are **not required** to file a proof of claim on or before the applicable Bar Date: (a) Any person or entity that has already filed a proof of claim in the Chapter 11 Cases with the Clerk of the Bankruptcy Court for the District of New Jersey or the Claims Agent (defined below) in a form substantially similar to Official Bankruptcy Form 410; (b) A person or entity whose claim is listed in the Schedules of Assets and Liabilities (the "Schedules") filed by the Debtors with the Court if (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated;" (ii) you do not disagree with the amount and priority of the claim as set forth in the Schedules; and (iii) such person or entity does not dispute that its claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules; (c) Any person or entity whose claim is based on an equity interest in any of the Debtors, other than a claim of the type described in section 510(b) of the Bankruptcy Code; (d) A holder of a claim that has previously been allowed by order of the Court; (e) A holder of a claim that has been paid in full by the Debtors; (f) A holder of a claim for which a specific, different deadline has previously been fixed by the Court; (g) Any holder of a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtors' estates, provided, however, that any holder of a claim entitled to priority pursuant to section 503(b)(9) of the Bankruptcy Code must file a proof of claim on or before the applicable Bar Date; or (h) A professional retained by the Debtors or the Official Committee of Unsecured Creditors pursuant to an order of the Court who asserts an administrative claim for fees and expenses subject to the Court's approval pursuant to section 330 or 331 of the Bankruptcy Code.

All proofs of claim must be filed with the Debtors' claims and noticing agent, Prime Clerk LLC (the "Claims Agent") so as to be **actually received on or before the applicable Bar Date.** Proofs of claim may be delivered to the Claims Agent by mail, by hand delivery, or by overnight courier to the address below: Frank Theatres Bayonne/South Cove, LLC Claims Processing Center, c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

Proofs of claim may also be filed electronically using the interface available on the Claims Agent's website at https://cases.primeclerk.com/frankentertainment/EPOC-Index. A working e-mail address is required for online submission of proofs of claim.

**Proofs of claim may not be delivered by facsimile, telecopy or electronic mail (other than electronically filing using the interface described in the paragraph above). Each proof of claim must be written in English and be denominated in United States currency.**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPT FROM FILING A PROOF OF CLAIM, AS SET FORTH ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, FROM VOTING WITH RESPECT TO SUCH CLAIM ON ANY CHAPTER 11 PLAN FILED IN THE DEBTORS' CHAPTER 11 CASES, AND FROM PARTICIPATING IN ANY PAYMENT OR DISTRIBUTION TO CREDITORS IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, UNLESS OTHERWISE ORDERED BY THE COURT.

A proof of claim form approved for use in the Debtors' chapter 11 cases may be obtained by requesting a copy from the Claims Agent by (i) telephone: 844-205-7386 (toll-free) or 347-576-1553, or (ii) e-mail: frankentertainmentinfo@primeclerk.com.

Dated: February 14, 2019 **BY ORDER OF THE COURT**

**LOWENSTEIN SANDLER LLP,** Kenneth A. Rosen, Esq., Joseph J. DiPasquale, Esq., Eric S. Chafetz, Esq., Michael Papandrea, Esq., One Lowenstein Drive, Roseland, New Jersey 07068, (973) 597-2500 (Telephone), (973) 597-2400 (Facsimile), *Counsel to the Debtors and Debtors-in-Possession*

ONE CALL DOES IT ALL!
Call Today! (800) 397-0070
Your Ad in Print, Online Classifieds, & Internet Banners Too!

CLASSIFIED

