**MOSES & SINGER LLP**
John V. Baranello (NJ Bar No. 033262009)
Richard J. Corbi, Esq. (admitted *pro hac vice*)
Mark M. Parry, Esq. (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

*Proposed Conflicts Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 25, 2019 at 10:00 a.m. (ET)** |

**NOTICE OF FILING REVISED ORDER FOR THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF A CERTAIN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY, (II) AUTHORIZING THE ABANDONMENT OF RELATED PROPERTY, (III) ESTABLISHING A CLAIMS BAR DATE, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**

1. On January 25, 2019, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed a *Motion for Entry of an Order (I) Authorizing the Rejection of*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

1

4199576 018810.0150

*a Certain Unexpired Lease of Non-Residential Real Property, (II) Authorizing the Abandonment of Related Property, (III) Establishing a Claims Bar Date and (IV) Granting Related Relief* (the "Motion") [Docket No. 160]. Since the Debtors filed the Motion, the Debtors and various objectors impacted by the Motion have negotiated a stipulation, agreement and order (the "Order") to resolve the Motion on a consensual basis.

2. Attached hereto as **Annex A** is a revised draft of the Order.

3. Attached hereto as **Annex B** is a blacklined version of the Order that reflects the changes made to the order originally attached to the Motion filed on January 25, 2019.

Dated: February 22, 2019

Respectfully submitted,

**MOSES & SINGER LLP**

*/s/ Richard J. Corbi*
John V. Baranello (NJ Bar No. 033262009)
Richard J. Corbi, Esq. (admitted *pro hac vice*)
Mark M. Parry, Esq. (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700
jbaranello@mosessinger.com
rcorbi@mosessinger.com
mparry@mosessinger.com

*Proposed Conflicts Counsel to the Debtors and Debtors-in-Possession*