**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

**Order Filed on July 24, 2019 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*<br><br>                    Debtors. | Case No. 18-34808-SLM<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Hon. Stacey L. Meisel |

**STIPULATION AND CONSENT ORDER ALLOWING AND PROVIDING FOR
PAYMENT OF CLAIMS UNDER THE FEDERAL PERISHABLE AGRICULTURAL
COMMODITIES ACT AND 11 U.S.C. § 503(b)(9)**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby

**ORDERED**.

**DATED: July 24, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor: | Frank Theatres Bayonne/South Cove, LLC, *et al.* |
| Case No. | 18-34808 (SLM) |
| Caption: | Stipulation and Consent Order Allowing and Providing for Payment of Claims Under the Federal Perishable Agricultural Commodities Act and <u>11 U.S.C. § 503(b)(9)</u> |

The above-captioned debtors (collectively, the "<u>Debtors</u>") and creditors Sysco Raleigh, LLC ("<u>Sysco Raleigh</u>"), Sysco Southeast Florida, LLC ("<u>Sysco Southeast Florida</u>"), Sysco Charlotte, LLC ("<u>Sysco Charlotte</u>") and Sysco Virginia, LLC ("<u>Sysco Virginia</u>", and together with Sysco Raleigh, Sysco Southeast Florida and Sysco Charlotte, "<u>Sysco</u>") jointly file this stipulation to allow and provide for payment of Sysco's claims under the federal Perishable Agricultural Commodities Act, <u>7 U.S.C. § 499a</u> *et seq.* (the "<u>PACA Statute</u>") and section 503(b)(9) of the Bankruptcy Code, <u>11 U.S.C. § 503(b)(9)</u>.

## I.    Background Facts.

1.    On December 19, 2018 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2.    Prior to the Petition Date, Sysco was a provider of food, food service supplies and other goods to the Debtors.

3.    Also prior to the Petition Date, the Debtors purchased certain fresh and frozen fruits, vegetables and other perishable items of produce from Sysco, which produce Sysco delivered to the Debtors, but for which Sysco was never paid. Pursuant to the provisions of the PACA Statute, all produce delivered to the Debtors by Sysco that specifically meets the requirements set forth in the PACA Statute and the related relevant regulations, and any proceeds derived from the subsequent sale of such produce, are held by the Debtors in trust for the benefit

Page:          3
Debtor:        Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.       18-34808 (SLM)
Caption:       Stipulation and Consent Order Allowing and Providing for Payment of Claims
               Under the Federal Perishable Agricultural Commodities Act and 11 U.S.C. §
               503(b)(9)

---

of Sysco until the produce has been paid for by the Debtors in full.  The PACA Statute trust

property does not constitute property of the Debtors or their Chapter 11 estates.

4.     In addition, within the twenty (20) days prior to the Petition Date, and in the

ordinary course of the Debtors' business, the Debtors purchased, and Sysco delivered to the

Debtors, a number of food items, food service supplies, janitorial supplies and other goods, for

which goods Sysco was never paid.  Pursuant to section 503(b)(9) of the Bankruptcy Code, "the

value of any goods received by the debtor within 20 days before the date of commencement of a

case" are entitled to priority as administrative expenses of the Debtors' estates.

## II.    Stipulation.

The parties having met and conferred, and with the consent of their respective clients,

stipulate and agree as follows:

A.     The Debtors and Sysco agree that Sysco is allowed: (1) claims for the PACA

Statute-eligible produce delivered prior to the Petition Date (each, a "Sysco

PACA Claim"), and (2) claims for goods received by the Debtors within the

twenty (20) days prior to the Petition Date (each, a "Sysco 503(b)(9) Claim") as

follows:

Page:        4
Debtor:      Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.     18-34808 (SLM)
Caption:     Stipulation and Consent Order Allowing and Providing for Payment of Claims Under the Federal Perishable Agricultural Commodities Act and 11 U.S.C. § 503(b)(9)

|  | Sysco Raleigh | Sysco Southeast Florida | Sysco Charlotte | Sysco Virginia |
|---|---|---|---|---|
| Claim Number | 178 | 176 | 177 | 164 |
| Total Claim Amount | $46,585.64 | $86,616.89 | $11,983.84 | $27,139.51 |
| 503(b)(9) | $40,134.17 | N/A | N/A | N/A |
| PACA | $2,779.00 | $2,662.39 | $567.99 | $854.72 |
| The amount of PACA included in 503(b)(9) | $2,545.00 | N/A | N/A | N/A |

B.      The Sysco PACA Claims are allowed in the sums set forth in paragraph II.A above and shall be paid by the Debtors to Sysco in full within ten (10) days after entry of this Stipulation and Consent Order by the Court.

C.      The Sysco 503(b)(9) Claims are allowed in the sums set forth in paragraph II.A above and shall be paid by the Debtors in full at the same time as other allowed section 503(b)(9) claims, as soon as reasonably practicable after the Effective Date (as defined in the Plan) of the *Plan of Reorganization of Frank Theatres Bayonne/South Cove, LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented, the "Plan") [Docket No. 460], except that the amount of the Sysco 503(b)(9) Claim of Sysco Raleigh shall be reduced by the amount of the Sysco PACA Claim of Sysco Raleigh.

Page:        5
Debtor:      Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.     18-34808 (SLM)
Caption:     Stipulation and Consent Order Allowing and Providing for Payment of Claims
             Under the Federal Perishable Agricultural Commodities Act and 11 U.S.C. §
             503(b)(9)

---

D.     Any amounts asserted in the Proofs of Claim referenced in paragraph II.A above

that are not treated as a Sysco PACA Claim or a Sysco 503(b)(9) Claim shall be

deemed to assert a general unsecured claim.

E.     This Stipulation is subject to approval by the Bankruptcy Court.  In the event such

approval is not obtained, the Debtors and Sysco reserve their rights under the Plan

and all such other rights they may have in connection with the Proofs of Claim

referenced in paragraph II.A above, and nothing contained herein shall be deemed

a waiver or release of same.

**III.    Requested Relief.**

The parties request that the Court, after due notice, approve and enter this Stipulation as

an Order of the Court.

Page:        6
Debtor:      Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.     18-34808 (SLM)
Caption:     Stipulation and Consent Order Allowing and Providing for Payment of Claims Under the Federal Perishable Agricultural Commodities Act and 11 U.S.C. § 503(b)(9)

---

SO STIPULATED this 11th day of July, 2019.


ACCEPTED AS TO FORM:

**LOWENSTEIN SANDLER LLP**          **ARNALL GOLDEN GREGORY LLP**


By: */s/ Eric S. Chafetz*_____          By:      */s/ Darryl S. Laddin*_____
                                                         Darryl S. Laddin
Kenneth A. Rosen, Esq.                         171 17th Street NW, Suite 2100
Joseph J. DiPasquale, Esq.                     Atlanta, GA 30363-1031
Eric S. Chafetz, Esq.                          404-873-8500
Michael Papandrea, Esq.                        darryl.laddin@agg.com
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)                     *Attorneys for Sysco*
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
jdipasquale@lowenstein.com
echafetz@lowenstein.com
mpapandrea@lowenstein.com


*Attorneys for the Debtors and*
*Debtors-in-Possession*