Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−34808−SLM
                Chapter: 11
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Theatres Bayonne/South Cove, LLC      Frank Entertainment Group, LLC
   191 Lefante Way      3801 PGA Blvd.
   Bayonne, NJ 07002      Suite 600
      Palm Beach Gardens, FL 33410

Social Security No.:

Employer's Tax I.D. No.:
   26−1383162      46−5153966

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/23/19 at 02:00 PM

to consider and act upon the following:

Status Conference Hearing. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 9/23/2019 at 02:00 PM at SLM − Courtroom 3A, Newark. (LVJ)

Dated: 9/13/19

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court