| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MOSES & SINGER LLP**<br>John V. Baranello (NJ Bar No. 033262009)<br>Mark N. Parry, Esq. (admitted *pro hac vice*)<br>Jessica K. Bonteque, Esq. (admitted *pro hac vice*) | Case No.      18-34808<br><br>Chapter          11 |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, , *et al*.,<br><br>                                Debtors. | Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Hon. Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Shaaron Esmejarda:

    ☐    represent _____ in this matter.

    ☒    am the secretary/paralegal for Mark Parry, Esq., who represents

    Debtors and Debtors-in-Possession in this matter.

    ☐    am the _____ in this case and am representing myself.

2. On November 18, 2019, I sent a copy of the following pleading and/or document that was inadvertently not included within our Second and Final Fee application papers filed on October 15, 2019 to the parties listed in the chart below:

    (i)    Second and Final Fee Application Moses & Singer LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the period from January 18, 2019 through July 31, 2019

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>November 18, 2019</u>                              /s/ Shaaron Esmejarda
                                                            Shaaron Esmejarda

| Name and Address of Party Served | Relationship of Party to the | Mode of Service |
|---|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler, Esq. (BS-1367)<br>Robert J. Feinstein, Esq. (pro hac vice admission pending)<br>780 Third Avenue, 34th Floor New York, New York 10017-2024 | Proposed Counsel to The Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Headquarter Plaza, One Speedwell Avenue<br>Morristown, New Jersey 07962-1981 | Proposed Counsel to The Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steel, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102-5504 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |