## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Liquidating Trust

Bankruptcy Number: 18-34808 (SLM)

Date of Confirmation: 7/29/2019

Reporting Period (month/year): December 2019

Bank: Wells Fargo

Account Number: xxxxx84651

Account Type: Checking

| | | |
|---|---:|---:|
| Beginning Cash Balance: 10/31/2019 | $ - | |
| All receipts received by debtor: | | |
|     Capital Infusion pursuant to the Plan: | $ 750,000.00 | |
|     Proceeds from Litigation (settlement or otherwise): | $ - | |
|     Sale of Debtor's Assets: | $ - | |
|     Other: Miscellaneous | $ 25.00 | |
|     Total of cash received | $ 750,025.00 | |
|     Total of cash available: | | $ 750,025.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
|     Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
|     Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - | |
|     All other disbursements made in the ordinary course:    See Attached | $ 10,990.62 | |
|     Total Disbursements | | $ 10,990.62 |
| Ending Cash Balance | | $ 739,034.38 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/21/2020
Date

Name/Title
LIQUIDATING TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Liquidating Trust

Bank: Wells Fargo

Bankruptcy Number: 18-34808 (SLM)

Account Number: xxxxx84651

Date of Confirmation: 7/29/2019

Account Type: Checking

All other disbursements made in the ordinary course:

Reporting Period (month/year): December 2019

| Date | Description | Payee | Amount |
|---|---|---|---|
| 11/25/2019 | Wire Fee | Wells Fargo | $ 15.00 |
| 11/27/2019 | Real Estate Taxes | Jefferson County Sheriffs' Tax Office | $ 10,975.62 |
| | | Total | $ 10,990.62 |