| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1**<br><br>AKERMAN LLP<br>401 E. Jackson St., Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Facsimile: (813) 218-5407<br>*Counsel Sony Electronics Inc.*<br>Attorney Appearing: Steven R. Wirth, Esq.<br>Email: steven.wirth@akerman.com | **Order Filed on March 13, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| *In re:*<br><br>FRANK THEATERS BAYONNE/SOUTH COVE, LLC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 ~~(SML)~~ (SLM)<br><br>(Jointly Administered) |

### ORDER GRANTING AMENDED MOTION TO ENFORCE STIPULATION AND TO COMPEL SOUTH COVE DEVELOPMENT LLC TO PROVIDE ACCESS TO SONY ELECTRONICS INC. TO RETRIEVE ITS PROPERTY

The relief set forth on the following pages, numbered two (2) through four (4) is

ORDERED.

**DATED: March 13, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

51884231;1

The Court having reviewed the movant's Amended Motion to Enforce Stipulation and to Compel South Cove Development LLC to Provide Access to Sony Electronics Inc. to Retrieve its Property, and any related responses or objections, it is hereby

ORDERED that:

1. The Motion is granted, as set forth herein.

2. The Landlord shall provide Sony access to the premises so that Sony may retrieve the Sony Equipment.

3. This Court reserves jurisdiction to determine and award Sony damages to the extent any Sony Equipment is missing or damaged.

4. This Court reserves jurisdiction to determine and award attorney's fees and costs on behalf of Sony and against the Landlord.