UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Administrative and
Priority Claims Agent*

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1][2] | Case No. 18-34808 (SLM) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATION OF CONSENT REGARDING
## STIPULATION AND CONSENT ORDER RESOLVING
## CLAIM NOS. 188, 197, 198, AND 229 FILED BY IMAX CORPORATION

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

[2] Upon the Effective Date of the Modified Plan, the presently operating Reorganized Debtors are as follows: Frank Entertainment Group, LLC; Frank Management, LLC; Frank Theatres York, LLC; Frank Hospitality York, LLC; Frank Theatres Delray, LLC; Frank Theatres Parkside Town Commons, LLC; Frank Blacksburg, LLC; Frank Theatres Southern Pines, LLC; Frank Theatres, LLC; and Frank Management, LLC.

I, Eric S. Chafetz, hereby certify that with respect to the *Stipulation and Consent Order Resolving Claim Nos. 188, 197, 198, and 229 Filed by IMAX Corporation* (the "Consent Order"), submitted to the Court, the following conditions have been met:

(a)    The terms of the copy of the captioned Consent Order are identical to those set forth in the original Consent Order;

(b)    The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c)    I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case.

(d)    I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e)    I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: April 6, 2020                                              Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**

By: */s/ Eric S. Chafetz*
        Kenneth A. Rosen, Esq.
        Joseph J. DiPasquale, Esq.
        Eric S. Chafetz, Esq.
        Michael Papandrea, Esq.
        John P. Schneider, Esq.
        One Lowenstein Drive
        Roseland, New Jersey 07068
        (973) 597-2500 (Telephone)
        (973) 597-2400 (Facsimile)

        *Counsel to the Administrative and Priority Claims Agent*