| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler (NJ Bar No. BS-1367)<br>Shirley S. Cho (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>*Counsel to the Liquidating Trust* | |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,<br><br>        Debtors. | Case No.: 18-34808<br><br>Chapter: 11<br><br>Hearing Date: April 28, 2020<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

## ADJOURNMENT REQUEST

1.   I, Joseph L. Schwartz, Esq.,

   ☒  am the attorney for: the Liquidating Trust

   ☐  am self represented,

  and request an adjournment of the following hearing for the reason set forth below.

  Matter:  Liquidating Trust's First Omnibus Objection to Claims Seeking to Disallow Certain Late-filed Claims (the "First Omnibus Objection") [Doc. No. 848] Solely with Respect to the Claim of Martin Gold [Claim No. 288] (the "Gold Claim").

  Current Hearing Date:  April 28, 2020 at 11:00 a.m.

| | | |
|---|---|---|
| | <u>Objection Deadline</u>: | Extended to the date that is seven (7) days before the hearing on the First Omnibus Objection Solely With Respect to the Gold Claim. |
| | <u>New Date Requested</u>: | The parties request an approximately 30 day adjournment of the hearing on the First Omnibus Objection Solely With Respect to the Gold Claim, depending on the Court's availability. |

<u>Reason for adjournment request</u>:

In connection with the First Omnibus Objection, the only objection received was an informal objection from Martin Gold related to the Gold Claim. As a result of the informal objection, the parties agreed to adjourn the hearing on the First Omnibus Objection solely with respect to the Gold Claim and have been working since that time to reach a resolution. On March 2, 2020, the Court entered an Order Granting the First Omnibus Objection, which addressed the remaining claims that were the subject of the First Omnibus Objection [Docket No. 901]. With respect to the Gold Claim, the parties are continuing to work towards a resolution and request a further adjournment.

2. <u>Consent to adjournment:</u>

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  April 23, 2020                                       /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 6/2/2020 at 11:00 am.    ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5129935v1