**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Liquidating Trust

Bank: Wells Fargo

Bankruptcy Number: 18-34808 (SLM)

Account Number: xxxxx84651

Date of Confirmation: 7/29/2019

Account Type: Checking

Reporting Period (quarter/year): March 2020

Beginning Cash Balance: January 1, 2020 — $ 739,034.38

All receipts received by debtor:

| | |
|---|---|
| Capital Infusion pursuant to the Plan: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Other: Miscellaneous | $ - |
| Total of cash received | $ - |
| Total of cash available: | $ 739,034.38 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: See Attached | $ 372,452.10 |
| Total Disbursements | $ 372,452.10 |

Ending Cash Balance: March 31, 2020 — $ 366,582.28

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/28/2020
Date

_[signature]_
Name/Title

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Liquidating Trust                    Bank: Wells Fargo

Bankruptcy Number: 18-34808 (SLM)                                   Account Number: xxxxx84651

Date of Confirmation: 7/29/2019                                     Account Type: Checking

All other disbursements made in the ordinary course.

Reporting Period (quarter/year): March 2020

| Date | Description | Payee | Amount |
|---|---|---|---|
| 1/15/2020 | Professional Fees | Advisory Trust Group LLC | $ 20,000.00 |
| 1/29/2020 | Wire Fee | Wells Fargo | $ 30.00 |
| 1/29/2020 | Wire Fee | Wells Fargo | $ 30.00 |
| 1/29/2020 | Professional Fees | Riker Danzig Scherer and Perrelli | $ 74,100.21 |
| 1/29/2020 | Professional Fees | Pachulski Stang Ziehl and Jones | $ 175,601.51 |
| 1/31/2020 | Wire Fee | Wells Fargo | $ 30.00 |
| 1/29/2020 | Professional Fees | Pachulski Stang Ziehl and Jones | $ 72,120.68 |
| 2/5/2020 | Professional Fees | Advisory Trust Group LLC | $ 10,000.00 |
| 2/26/2020 | Wire Fee | Wells Fargo | $ 30.00 |
| 1/29/2020 | Professional Fees | Riker Danzig Scherer and Perrelli | $ 10,509.70 |
| 3/2/2020 | Professional Fees | Advisory Trust Group LLC | $ 10,000.00 |
| | | Total | $ 372,452.10 |