| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler (NJ Bar No. BS-1367)<br>Shirley S. Cho (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>*Counsel to the Liquidating Trust* | |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.,*<br><br>         Debtors. | Case No.: 18-34808<br><br>Chapter: 11<br><br>Hearing Date: May 5, 2020<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

## ADJOURNMENT REQUEST

1.  I, Joseph L. Schwartz, Esq.,

  ☒ am the attorney for: the Liquidating Trust

  ☐ am self represented,

 and request an adjournment of the following hearing for the reason set forth below.

 Matter: Liquidating Trust's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain No Liability Claims (the "Fourth Omnibus Objection") [Doc. No. 927]. This request is being submitted solely with respect to the claim of Edward P. Solomon [Claim No. 162] (the "Solomon Claim").

 Current Hearing Date:    May 5, 2020 at 11:00 a.m.

| | |
|---|---|
| Objection Deadline: | Extended to the date that is seven (7) days before the hearing on the Fourth Omnibus Objection Solely With Respect to the Solomon Claim. |
| New Date Requested: | The parties request an approximately 30 day adjournment of the hearing on the Fourth Omnibus Objection solely with respect to the Solomon Claim, depending on the Court's availability. |
| Reason for adjournment request: | In connection with the Fourth Omnibus Objection, the only unresolved objection is an informal objections related to the Solomon Claim.  As a result, the parties  request an adjournment of the Fourth Omnibus Objection with solely respect to the Solomon Claim to allow the parties additional time to discussion a potential resolution.  At this time, the Liquidating Trust intends to proceed with respect to the remainder of the claims impacted by Fourth Omnibus Objection. |

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  April 28, 2020                    /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 6/2/20 at 11:00 a.m.    ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5130485v2