UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
Joseph L. Schwartz (JS-5525)
Tara J. Schellhorn (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 583-0800

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (NJ Bar No. BS-1367)
Shirley S. Cho (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017

*Counsel to the Liquidating Trust*

**Order Filed on May 8, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In re:

FRANK THEATRES BAYONNE/SOUTH COVE,
LLC, *et al.*,[1]

                                        Debtors.

Chapter 11

Case No. 18-34808 (SLM)

(Jointly Administered)

AMENDED

**ORDER GRANTING LIQUIDATING TRUST'S FIFTH OMNIBUS OBJECTION TO CLAIMS
SEEKING TO DISALLOW AND EXPUNGE CERTAIN SATISFIED CLAIMS**

The relief set forth on the following pages, number two (2) through and including four (4), is

hereby **ORDERED:**
 **DATED: May 8, 2020**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Post-Confirmation Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank All Star Theatres, LLC (0420); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); and Galleria Cinema, LLC (2529).

Page:      2
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18- 34808 (SLM)
Caption:   Order Granting Liquidating Trust's Fifth Omnibus Objection to Claims Seeking to
           Disallow and Expunge Certain Satisfied Claims

Upon the fifth omnibus objection (the "<u>Omnibus Objection</u>")[2] of the Liquidating Trust in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, disallowing and expunging or reducing, as applicable, each of the claims set forth on **<u>Schedule 1</u>** hereto because each such claim has been paid and/or otherwise satisfied, in whole or in part; and the Court having jurisdiction to consider this matter pursuant to <u>28 U.S.C. §§ 157</u> and <u>1334</u>; and venue being proper before the Court pursuant to <u>28 U.S.C. §§ 1408</u> and <u>1409</u>; and consideration of the Omnibus Objection being a core proceeding pursuant to <u>28 U.S.C. § 157(b)</u>; and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Liquidating Trust, the estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.     The Omnibus Objection is GRANTED as set forth herein.

2.     The Satisfied Claims listed on **<u>Schedule 1</u>** to this Order are disallowed and expunged in their entirety or reduced to the "Remaining Claim Amount," as applicable.

3.     The rights of the Liquidating Trust to object in the future to any of the claims that are the subject of the Omnibus Objection on any grounds, and to amend, modify, and/or

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:      3
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18- 34808 (SLM)
Caption:   Order Granting Liquidating Trust's Fifth Omnibus Objection to Claims Seeking to
           Disallow and Expunge Certain Satisfied Claims

supplement the Omnibus Objection, including, without limitation, to object to amended or newly

filed claims is hereby reserved. Without limiting the generality of the foregoing, the Liquidating

Trust specifically reserves the right to amend the Omnibus Objection, file additional papers in

support of the Omnibus Objection, or take any other appropriate actions, including to (a) respond

to any allegation or defense that may be raised in a response filed in accordance with the Omnibus

Objection by or on behalf of any of the claimants or other interested parties; (b) object further to

any Satisfied Claim for which a claimant provides (or attempts to provide) additional

documentation or substantiation; and (c) objection further to any Satisfied Claim based on

additional information that may be discovered upon further review by the Liquidating Trust or

through discovery pursuant to the applicable provisions of the Bankruptcy Rules.

4.      For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall

be deemed or construed to (a) constitute an admission as to the validity or priority of any claim

against the Liquidating Trust, (b) an implication or admission that any particular claim is of a type

specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the

Liquidating Trust's rights to dispute any claim on any grounds.

5.      The Liquidating Trust, its claims and noticing agent (Prime Clerk LLC), and the

Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to

give effect to this Order.

6.      The objection to each claim addressed in the Omnibus Objection and as set forth

on Schedule 1 attached hereto, constitutes a separate contested matter as contemplated by

Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim

Page:        4
Debtors:     Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:    18- 34808 (SLM)
Caption:     Order Granting Liquidating Trust's Fifth Omnibus Objection to Claims Seeking to
             Disallow and Expunge Certain Satisfied Claims

that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal

by any claimants whose claims are subject to this Order shall only apply to the contested matter

that involves such claimant and shall not stay the applicability and/or finality of this Order with

respect to any other contested matters addressed in the Omnibus Objection and this Order.

7.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other

request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the

contents of the Omnibus Objection or otherwise waived.

8.      Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and

conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

5124511v1

## Schedule 1

### FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*

### Paid Claims

| Proof Of Claim No./ Scheduled No. | Name of Claimant | Asserted Amount | Paid Amount | Remaining Claim Amount |
|---|---|---|---|---|
| 31 | Annapurna Pictures<br>c/o Peter J. Gurfein<br>1801 Century Park East, Suite 700<br>Los Angeles, CA 90067 | $134,471.83 | $14,006.19 | $120,465.64 |
| 128 | Entertainment Supply & Technologies<br>3820 Northdale Blvd<br>Suite 308B<br>Tampa, FL 33624 | $51,592.52 | $35,000.00 | $16,592.52 |
| 862387 | SONY PICTURES ENTERTAINMENT<br>PO BOX 840550<br>DALLAS, TX 75284-0550 | $32,689.89 | $8,402.42 | $24,287.47 |

DOCS_NY:40352.2 29184/003

| Proof Of Claim No./ Scheduled No. | Name of Claimant | Asserted Amount | Paid Amount | Remaining Claim Amount |
|---|---|---|---|---|
| 862547 | UNIVERSAL FILM EXCHANGES, LLC<br><br>PO BOX 848270<br><br>DALLAS, TX 75284-8270 | $35,936.52 | $75,936.52 | $0.00 |

5124549v1