| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler (NJ Bar No. BS-1367)<br>Shirley S. Cho (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>*Counsel to the Liquidating Trust* | Order Filed on May 20, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>(Jointly Administered) |

**STIPULATION AND CONSENT ORDER (I) WITHDRAWING
CLAIM NUMBER 73 AND (II) REDUCING CLAIM NUMBER 74**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**

**DATED: May 20, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Post-Confirmation Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank All Star Theatres, LLC (0420); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); and Galleria Cinema, LLC (2529).

Page:     2
Debtors:  Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.: 18- 34808 (SLM)
Caption:  Stipulation and Consent Order (I) Withdrawing Claim Number 73 and (II) Reducing Claim No. 74

---

This matter comes before the Court on the informal objection of Advisory Trust Group LLC, in its capacity as Trustee (the "Liquidating Trustee") of the Frank Theatres Liquidating Trust (the "Liquidating Trust") with respect to the Claims filed by Twentieth Century Fox Film Corp. (the "Claimant") including the following (i) proof of claim number 73 in the amount of $130,894.89 on behalf of Claimant against Debtor Frank Theatres Bayonne/South Cove LLC ("Claim 73"); and (ii) proof of claim number 73 in the amount of $130,894.89 on behalf of Claimant against Debtor Frank Entertainment Group LLC ("Claim 74") (Claim 73 and 74 are collectively referred to as the "Claims"); and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the dispute has been given and that no other or further notice is necessary; and upon the record herein and the agreement of the Liquidating Trustee and the Claimant; and the Court having determined that the relief provided for herein is in the best interests of the Liquidating Trust and its creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

Page:      3
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18- 34808 (SLM)
Caption:   Stipulation and Consent Order (I) Withdrawing Claim Number 73 and (II) Reducing Claim No. 74

---

1. Upon entry of this Stipulation and Consent Order, Claim 74 shall be reduced and allowed as a General Unsecured Claim[2] in the amount of $90,891.23, and the official claims register maintained in this case shall be updated accordingly.

2. Upon entry of this Stipulation and Consent Order, Claim 73 shall be withdrawn and expunged with prejudice and the official claims register maintained in this case shall be updated accordingly.

3. Each person who executes this Stipulation and Consent Order represents that he or she is duly authorized to execute this Stipulation on behalf of the respective Parties hereto and that each such party has full knowledge and has consented to this Stipulation.

4. This Stipulation and Consent Order may be executed in one or more counterparts, any of which may be transmitted by facsimile or electronic transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same document.

5. Each of the parties hereto consents to the jurisdiction of the United States Bankruptcy Court for the District of New Jersey to adjudicate any and all disputes arising under or relating to this Stipulation and Consent Order.

---

[2] Unless otherwise defined, all capitalized terms shall have the meaning ascribed to them in the *Modified First Amended Plan of Reorganization of Frank Theatres Bayonne/South Cove, LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code* as confirmed by an Order of the Court entered on October 29, 2019 (the "**Modified Plan**") [Docket No. 783].

Page: 4
Debtors: Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.: 18- 34808 (SLM)
Caption: Stipulation and Consent Order (I) Withdrawing Claim Number 73 and (II) Reducing Claim No. 74

---

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Stipulation and Consent Order

5. The Parties shall bear their own attorney's fees and costs.

Dated: May __, 2020

Page: 5
Debtors: Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.: 18- 34808 (SLM)
Caption: Stipulation and Consent Order (I) Withdrawing Claim Number 73 and (II) Reducing Claim No. 74

**STIPULATED AND AGREED:**

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

*/s/ DRAFT*
Joseph L. Schwartz (JS-5525)
Tara J. Schellhorn (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 583-0800
Facsimile: (973) 583-1984
Email: jschwartz@riker.com
       tschellhorn@riker.com
-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (NJ Bar No. BS-1367)
Shirley S. Cho (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
E-mail:  bsandler@pszjlaw.com
         scho@pszjlaw.com

*Counsel to the Liquidating Trust*

GREENBERG TRAURIG LLP

*/s/ Alan Brody*
Alan Brody
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333
Email: BrodyA@gtlaw.com

*Counsel for Twentieth Century Fox Film Corp.*