| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>RIKER, DANZIG, SCHERER, HYLAND &<br>PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler (NJ Bar No. BS-1367)<br>Shirley S. Cho (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>*Counsel to the Liquidating Trust* | **Order Filed on June 8, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>(Jointly Administered) |

## STIPULATION AND ORDER REGARDING CROWDER RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through eight (8), is hereby **ORDERED**.

**DATED: June 8, 2020**

*(signature)*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Post-Confirmation Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank All Star Theatres, LLC (0420); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); and Galleria Cinema, LLC (2529).

DOCS_NY:40173.4 29184/003

Page:      2
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18- 34808 (SLM)
Caption:   Stipulation and Consent Order Regarding Crowder Relief From Stay

---

This matter comes before the Court on the informal objection of Advisory Trust Group LLC, in its capacity as Trustee (the "Liquidating Trustee") of the Frank Theatres Liquidating Trust (the "Liquidating Trust") with respect to the Claim filed Brianna Crowder ("Plaintiff"), a plaintiff in the Circuit Court for Montgomery County, Virginia (the "Circuit Court"), case number CL18001677-00 styled *Brianna Crowder, Plaintiff v. Frank Entertainment Group, LLC d/b/a Blacksburg Cinebowl and Grille, Defendant* (the "Lawsuit"); and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the dispute has been given and that no other or further notice is necessary; and upon the record herein and the agreement of the Liquidating Trustee and the Plaintiff; and the Court having determined that the relief provided for herein is in the best interests of the Liquidating Trust and its creditors; and after due deliberation and good and sufficient cause appearing therefor;

## RECITALS

**WHEREAS** on or about August 2, 2018, the Plaintiff filed the Lawsuit against Defendant Frank Entertainment Group, LLC d/b/a/ Blacksburg Cinebowl & Grille ("Defendant"). In the Lawsuit, Plaintiff alleges that see was the subject of an injury as a result of an incident that occurred on June 17, 2017 at the Blacksburg Cinebowl & Grille in Blacksburg, Virginia. *See* Complaint ¶¶ 2-7.

**WHEREAS** on December 19, 2018 (the "Petition Date"), each of the above-captioned debtors and debtors-in-possession (collectively the "Debtors"), filed voluntary petitions for relief

Page:     3
Debtors:  Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.: 18- 34808 (SLM)
Caption:  Stipulation and Consent Order Regarding Crowder Relief From Stay

---

under chapter 11 of the United States Code, 11 U.S.C. § § 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). The chapter 11 cases are pending before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, and are being jointly administered under the lead case, *In re Frank Theatres Bayonne/South Cove, LLC, et al.*, Case No. 18-34808 (SLM) (the "Chapter 11 Cases").

**WHEREAS**, the Debtors continued in possession of their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**WHEREAS**, on July 29, 2019, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 687] (the "Confirmation Order") confirming the Debtors' *First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*.

**WHEREAS**, on October 29, 2019, the Court entered a consent order [Docket No. 783] confirming the *Debtors' Modified First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 783] (the "Modified Plan").

**WHEREAS**, on October 31, 2019, the Effective Date of the Modified Plan occurred. *See Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 792].

**WHEREAS**, prior to the Petition Date, the Plaintiff and the Defendant had agreed to a settlement of the Lawsuit (the "Settlement"), which contemplated, *inter alia*, the payment of $35,000.00 to Plaintiff by Defendant's insurer, Hartford Fire Insurance Company, dismissal of the Lawsuit, and the release by Plaintiff of Defendant and the Insurer.

Page:      4
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18- 34808 (SLM)
Caption:   Stipulation and Consent Order Regarding Crowder Relief From Stay

---

**WHEREAS**, the Liquidating Trust was created pursuant and to effectuate the Modified Plan, *see* Frank Theaters Liquidating Trust Agreement (the "Liquidating Trust Agreement") at 1, and for the purpose of distributing the Liquidating Trust Assets to the Liquidation Trust beneficiaries . . ." Modified Plan at Section V.B.

**WHEREAS,** pursuant to the Liquidating Trust Agreement, the Liquidating Trustee "shall have the power to take the actions granted in [the] Agreement . . . including but not limited to . . . taking any action with respect to appeals, counterclaims, and defenses of or with respect to such Claims and Causes of Action  . . . ." *See* Liquidating Trust Agreement, at Section 3.1.

**WHEREAS,** as a result of the Debtors' bankruptcy filing, the Lawsuit was stayed with regard to the Defendant as well as the other Debtors.

**WHEREAS**, on or about February 27, 2019, Plaintiff filed proof of claim number 94 ("Claim No. 94") against Debtor Frank Entertainment Group, LLC.

WHEREAS, pursuant to the injunction contained in Article IX.F of the Modified Plan (the "Plan Injunction"), the Plaintiff is permanently enjoined from continuing the Lawsuit.

**WHEREAS** the parties agree that Defendant is an indispensable party to the Lawsuit.

**NOW, THEREFORE**, for good cause shown, **IT IS HEREBY ORDERED** as follows:

1.    The automatic stay and the Plan Injunction are modified to the extent necessary to permit Plaintiff to (1) continue the Lawsuit solely for the purpose of effectuating the Settlement and to (2) execute, levy, and collect upon any settlement amount pursuant to the Settlement solely from applicable insurance policies, if any, and not against the Debtors, their estates, the Liquidating Trust or their successors.

Page: 5
Debtors: Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.: 18- 34808 (SLM)
Caption: Stipulation and Consent Order Regarding Crowder Relief From Stay

---

2. Plaintiff agrees and acknowledges that (1) any recovery arising from the Settlement with respect to the Debtors, their estates, or their successors is limited to funds made available from applicable insurance policies, if any, and not from the Debtors, their estates, or their successors, (2), to the extent that an applicable insurance policies, if any, do not satisfy the Settlement, for any reason, neither the Debtors, their estates, the Liquidating Trust, or any of their successors shall satisfy nor be liable for any such unsatisfied portion, which might otherwise be considered a general unsecured claim in these chapter 11 proceedings, and Plaintiff shall not seek to collect on any such unsatisfied portion from the Debtors, their estates, the Liquidating Trust, or any of their successors, and (3) Plaintiff agrees to hold the Debtors and the Liquidating Trust harmless with respect to any claim that may be asserted by any insurance carrier on account of any deductible or self-insured retention that must be satisfied prior to the payment to Plaintiff of any settlement by setting off any recovery by the amount of any such deductible or self-insured retention.

3. Claim No. 94 and any other claims or proofs of claim filed or to be filed by Plaintiff in connection with Lawsuit against the Debtors, their estates, or their successors in these chapter 11 cases, if any, are, by entry of this Stipulation, deemed disallowed and reflected as such on the Bankruptcy Court's official claims register.

4. Nothing in this Stipulation: (i) alters, modifies, or otherwise amends the terms and conditions of, or the coverage provided by, any insurance policies issued at any time to any of the Debtors, their affiliates or predecessors of any of the foregoing or of any agreements related thereto; (ii) alters or modifies the duty, if any, that any applicable insurer or third party administrator has to pay claims covered by any alleged applicable insurance policy; (iii); creates

DOCS_NY:40173.4 29184/003                                    5

Case 18-34808-SLM    Doc 973    Filed 06/08/20    Entered 06/08/20 16:57:45    Desc Main
Document    Page 6 of 8

Page:    6
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:   18- 34808 (SLM)
Caption:    Stipulation and Consent Order Regarding Crowder Relief From Stay

or permits a direct right of action by Plaintiff against any insurers; or (iv) precludes or limits, in any way, the rights of any insurer to contest and/or litigate the existence, primacy and/or scope of available coverage under any allegedly applicable insurance policy.

5.   By entering into this Stipulation, neither party is waiving nor will be deemed to have waived any available claims or defenses, including at law, equity, or otherwise with respect to the Lawsuit, except as otherwise provided in this Stipulation.

6.   Neither the Stipulation nor any negotiations and writings in connection with this Stipulation will, in any way, be construed as or deemed to be evidence of or an admission on behalf of any party regarding any claim or right that such party may have against the other party.

7.   Each of the Parties hereto represents and warrants that it is duly authorized to enter into and be bound by this Stipulation.

8.   This Stipulation may be executed in multiple counter parts, any of which may be transmitted by facsimile or electronic mail, and each of which will be deemed an original, but all of which together will constitute one instruments.

9.   Notwithstanding any applicability of any of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

10.   The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

Page:        7
Debtors:    Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:   18- 34808 (SLM)
Caption:    Stipulation and Consent Order Regarding Crowder Relief From Stay

Dated:   May 28, 2020

**STIPULATED AND AGREED:**

RIKER, DANZIG, SCHERER,
HYLAND & PERRETTI LLP

*/s/ Joseph L. Schwwartz*
Joseph L. Schwartz (JS-5525)
Tara J. Schellhorn (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 583-0800
Facsimile: (973) 583-1984
Email: jschwartz@riker.com
          tschellhorn@riker.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (NJ Bar No. BS-1367)
Shirley S. Cho (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
E-mail:  bsandler@pszjlaw.com
          scho@pszjlaw.com

*Counsel to the Liquidating Trust*

Page:       8
Debtors:    Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:   18- 34808 (SLM)
Caption:    Stipulation and Consent Order Regarding Crowder Relief From Stay

---

SPICER, OLIN & ASSOCIATES PC

*/s/ Kristopher R. Olin*
Kristopher R. Olin, Esq.
504 S. Main Street
Blacksburg, VA 24060
Telephone: (540) 552-0007
Facsimile: (540) 951-5139
E-mail: kolin@spicerlawfirm.com

*Attorneys for Plaintiff Brianna Crowder*