**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Joseph J. DiPasquale, Esq.
Eric S. Chafetz, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Administrative and Priority Claims Agent*

Order Filed on July 29, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1, 2] | Case No. 18-34808 (SLM) |
| Debtors. | Jointly Administered |

## STIPULATION AND CONSENT ORDER RESOLVING CLAIM NO. 93 FILED BY THE CITY OF MOUNT AIRY (NC)

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED.**

**DATED: July 29, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] Prior to the Effective Date of the Modified Plan (as defined herein), the Debtors in these Chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number were as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

[2] Upon the Effective Date of the Modified Plan (as defined herein), the presently operating Reorganized Debtors are as follows: Frank Entertainment Group, LLC; Frank Management, LLC; Frank Theatres York, LLC; Frank Hospitality York, LLC; Frank Theatres Delray, LLC; Frank Theatres Parkside Town Commons, LLC; Frank Blacksburg, LLC; Frank Theatres Southern Pines, LLC; Frank Theatres, LLC; and Frank Management, LLC.

Debtor:    Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18-34808 (SLM)
Caption:   Stipulation and Consent Order Resolving Claim No. 93 Filed by the City of Mount Airy (NC)

THIS MATTER comes before the United States Bankruptcy Court for the District of New Jersey (the "**Court**") upon the objection of Moss Adams LLP (the "**Administrative and Priority Claims Agent**") to proof of claim no. 93 ( "**Claim No. 93**") filed by the City of Mount Airy, North Carolina (the "**City**," and together with the Administrative and Priority Claims Agent, the "**Parties**"); and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the dispute has been given and that no other or further notice is necessary; and upon the record herein and the agreement of the Administrative and Priority Claims Agent and Cotton, the Court having determined that the relief provided for herein is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;[3]

**IT IS HEREBY ORDERED THAT:**

1.   Claim No. 93 filed by the City is hereby reduced and deemed allowed as a Priority Tax Claim against the estate of Frank Theatres Bayonne/South Cove, LLC in the amount of $20,869.69 (the "**Allowed Claim**").

2.   Notwithstanding the treatment of the Allowed Claim in the Debtors' Modified Plan, the Allowed Claim shall be paid within ten (10) business days of this Court's approval and entry of this Stipulation and Consent Order.

3.   The City agrees that it will not file or assert any additional claims (as this term is defined in Bankruptcy Code § 105(5)) against any of the Debtors in these Chapter 11 Cases.

---

[3] Unless otherwise defined, all capitalized terms herein shall have the meaning ascribed to them in the *Modified First Amended Plan of Reorganization of Frank Theatres Bayonne/South Cove, LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code* as confirmed by an Order of the Court entered on October 29, 2019 (the "**Modified Plan**") [Docket No. 783].

Page **3** of **4**
Debtor:    Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:    18-34808 (SLM)
Caption:    Stipulation and Consent Order Resolving Claim No. 93 Filed by the City of Mount Airy (NC)

Excluding the Allowed Claim, any other claim (as this term is defined in Bankruptcy Code § 105(5)) filed or asserted by the City against any of the Debtors in these Chapter 11 Cases is hereby automatically expunged without any further action necessary.

    4.    The Administrative and Priority Claims Agent, the Debtors, the Debtors' claims and noticing agent, Prime Clerk LLC, and the Clerk of this Court are each authorized to take any and all actions that are necessary or appropriate to give effect to this Stipulation and Consent Order, including reducing the amount of Claim No. 93 as set forth in paragraph 1 of this Stipulation and Consent Order.

    5.    The terms set forth in this Stipulation and Consent Order are the entire agreement between the Parties and may only be modified in a writing signed by the Parties.

    6.    THE PARTIES EXPRESSLY WAIVE ANY RIGHT TO A TRIAL BY JURY OF ANY DISPUTE ARISING UNDER, OR RELATING TO, THE SETTLEMENT SET FORTH IN THIS STIPULATION AND CONSENT ORDER.

    7.    Each of the Parties hereto consents to the jurisdiction of the Court to adjudicate any and all disputes arising under or relating to this Stipulation and Consent Order.

    8.    The terms of this Stipulation and Consent Order shall be governed by, and construed and interpreted with, the laws of the State of New Jersey without regard to any conflict of law provisions.

    9.    This Stipulation and Consent Order shall be binding upon the Parties hereto and any of their successors, representatives, and/or assigns.

    10.    This Stipulation and Consent Order may be executed in counterparts and all executed counterparts taken together shall constitute one document.

Debtor:    Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18-34808 (SLM)
Caption:   Stipulation and Consent Order Resolving Claim No. 93 Filed by the City of Mount Airy (NC)

11. This Stipulation and Consent Order has been drafted through a joint effort of the Parties and, therefore, shall not be construed in favor of or against any of the Parties. The terms of this Stipulation and Consent Order shall be deemed to have been jointly negotiated and drafted by the Parties.

12. Notwithstanding the applicability of any of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Stipulation and Consent Order shall be immediately effective and enforceable upon its entry.

13. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Consent Order.

Dated: July ___, 2020

**STIPULATED AND AGREED:**

| **LOWENSTEIN SANDLER LLP** | **CAMPBELL LAW GROUP, PLLC** |
|---|---|
| By: */s/ Eric Chafetz* | By: */s/ Hugh Campbell* |
| Eric S. Chafetz, Esq. | Hugh B. Campbell, III, Esq. |
| One Lowenstein Drive | 235 E. Independence Blvd. |
| Roseland, New Jersey 07068 | P.O. Box 1846 |
| Telephone: (973) 597-2500 | Mount Airy, NC 27030 |
| Facsimile: (973) 597-2400 | Telephone: (336) 719-1700 |
| E-mail: echafetz@lowenstein.com | E-mail: hugh@clgnc.com |
| *Counsel to the Administrative and Priority Claims Agent* | *Counsel to the City of Mount Airy (NC)* |