**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank All Star Theatres, LLC          Bank: M&T Bank

Bankruptcy Number: 18-34822          Account Number: 9877507690

Date of Confirmation: November 1, 2019          Account Type: Checking

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:          $ 268,567.77

All receipts received by the debtor:

Cash Sales:          $ 0

Collection of Accounts Receivable:          $ 211,064.86

Proceeds from Litigation (settlement or otherwise):          $ 0

Sale of Debtor's Assets:          $ 0

Capital Infusion pursuant to the Plan:          $ 0

Total of cash received:          $ 211,064.86

Total of cash available:          $ 479,632.63

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:          $ 0

Disbursements made pursuant to the administrative claims of bankruptcy professionals:          $ 0

All other disbursements made in the ordinary course:          $ 90,532.83

Total Disbursements          $ 90,532.83

Ending Cash Balance          $ 389,099.8

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020          Chris Lang, Administrative Claims Agent
Date          Name/Title

Debtor: Frank All Star Theatres, LLC

Case Number: 18-34822

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank Management, LLC             Bank: N/A

Bankruptcy Number:      18-34818             Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

       Beginning Cash Balance:                    $ 0

All receipts received by the debtor:

       Cash Sales:                              $ 0

       Collection of Accounts Receivable:        $ 0

       Proceeds from Litigation (settlement or otherwise):   $ 0

       Sale of Debtor's Assets:                  $ 0

       Capital Infusion pursuant to the Plan:    $ 0

       Total of cash received:                   $ 0

Total of cash available:                         $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

       Disbursements made under the plan, excluding the administrative
       claims of bankruptcy professionals:      $ 0

       Disbursements made pursuant to the administrative claims of
       bankruptcy professionals:                $ 0

       All other disbursements made in the ordinary course:   $ 0

       Total Disbursements                      $ 0

Ending Cash Balance                              $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                         Name/Title

Debtor: Frank Management, LLC

Case Number:      18-34818

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:  Frank Entertainment Group, LLC          Bank: N/A

Bankruptcy Number:      18-34812          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:          $ 0

All receipts received by the debtor:

Cash Sales:          $ 0

Collection of Accounts Receivable:          $ 0

Proceeds from Litigation (settlement or otherwise):          $ 0

Sale of Debtor's Assets:          $ 0

Capital Infusion pursuant to the Plan:          $ 0

Total of cash received:          $ 0

Total of cash available:          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:          $ 0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:          $ 0

All other disbursements made in the ordinary course:          $ 0

Total Disbursements          $ 0

Ending Cash Balance          $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

9/16/2020          Chris Lang, Administrative Claims Agent
Date          Name/Title

Debtor: Frank Entertainment Group, LLC

Case Number:      18-34812

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

*This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.*

Debtor's Name: Frank Theatres, LLC            Bank: N/A

Bankruptcy Number:        18-34820            Account Number: N/A

Date of Confirmation: November 1, 2019        Account Type: N/A

Reporting Period (month/year): Q2 2020

                Beginning Cash Balance:        $ 0

All receipts received by the debtor:

                Cash Sales:                    $ 0

                Collection of Accounts Receivable:    $ 0

                Proceeds from Litigation (settlement or otherwise):    $ 0

                Sale of Debtor's Assets:       $ 0

                Capital Infusion pursuant to the Plan:    $ 0

                Total of cash received:        $ 0

Total of cash available:                       $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

                Disbursements made under the plan, excluding the administrative
                claims of bankruptcy professionals:    $ 0

                Disbursements made pursuant to the administrative claims of
                bankruptcy professionals:      $ 0

                All other disbursements made in the ordinary course:    $ 0

                Total Disbursements            $ 0

Ending Cash Balance                            $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                         Name/Title

Debtor:    Frank Theatres, LLC

Case Number:    18-34820

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Revolutions at City Place, LLC          Bank: N/A

Bankruptcy Number:    18-34841          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

| | |
|---|---|
| Beginning Cash Balance: | $ 0 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |

Total of cash available:          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 0 |

Ending Cash Balance          $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020          Chris Lang, Administrative Claims Agent
Date          Name/Title

Debtor: Revolutions at City Place, LLC

Case Number:    18-34841

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Montgomeryville, LLC          Bank: N/A

Bankruptcy Number:          18-34826          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

                    Beginning Cash Balance:          $ 0

All receipts received by the debtor:

          Cash Sales:          $ 0

          Collection of Accounts Receivable:          $ 0

          Proceeds from Litigation (settlement or otherwise):          $ 0

          Sale of Debtor's Assets:          $ 0

          Capital Infusion pursuant to the Plan:          $ 0

          Total of cash received:          $ 0

Total of cash available:          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

          Disbursements made under the plan, excluding the administrative
          claims of bankruptcy professionals:          $ 0

          Disbursements made pursuant to the administrative claims of
          bankruptcy professionals:          $ 0

          All other disbursements made in the ordinary course:          $ 0

          Total Disbursements          $ 0

Ending Cash Balance          $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                         Name/Title

Debtor:  Frank Theatres Montgomeryville, LLC

Case Number:          18-34826

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Revolutions of Saucon Valley LLC     Bank: N/A

Bankruptcy Number:     18-34844     Account Number: N/A

Date of Confirmation: November 1, 2019     Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:     $ 0

All receipts received by the debtor:

Cash Sales:     $ 0

Collection of Accounts Receivable:     $ 0

Proceeds from Litigation (settlement or otherwise):     $ 0

Sale of Debtor's Assets:     $ 0

Capital Infusion pursuant to the Plan:     $ 0

Total of cash received:     $ 0

Total of cash available:     $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:     $ 0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:     $ 0

All other disbursements made in the ordinary course:     $ 0

Total Disbursements     $ 0

Ending Cash Balance     $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

9/16/2020          Chris Lang, Administrative Claims Agent
Date                    Name/Title

Debtor: Revolutions of Saucon Valley LLC

Case Number:     18-34844

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Frank Entertainment Rock Hill, LLC_          Bank: _N/A_

Bankruptcy Number: _18-34845_          Account Number: _N/A_

Date of Confirmation: _November 1, 2019_          Account Type: _N/A_

Reporting Period (month/year): _Q2 2020_

Beginning Cash Balance:          $ _0_

All receipts received by the debtor:

Cash Sales:          $ _0_

Collection of Accounts Receivable:          $ _0_

Proceeds from Litigation (settlement or otherwise):          $ _0_

Sale of Debtor's Assets:          $ _0_

Capital Infusion pursuant to the Plan:          $ _0_

Total of cash received:          $ _0_

Total of cash available:          $ _0_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:          $ _0_

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:          $ _0_

All other disbursements made in the ordinary course:          $ _0_

Total Disbursements          $ _0_

Ending Cash Balance          $ _0_

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

_9/16/2020_          _Chris Lang, Administrative Claims Agent_
Date          Name/Title

Debtor: _Frank Entertainment Rock Hill, LLC_

Case Number: _18-34845_

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank Hospitality Saucon Valley LLC    Bank: N/A

Bankruptcy Number:    18-34847    Account Number: N/A

Date of Confirmation: November 1, 2019    Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:    $ 0

All receipts received by the debtor:

Cash Sales:    $ 0

Collection of Accounts Receivable:    $ 0

Proceeds from Litigation (settlement or otherwise):    $ 0

Sale of Debtor's Assets:    $ 0

Capital Infusion pursuant to the Plan:    $ 0

Total of cash received:    $ 0

Total of cash available:    $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:    $ 0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:    $ 0

All other disbursements made in the ordinary course:    $ 0

Total Disbursements    $ 0

Ending Cash Balance    $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

9/16/2020    Chris Lang, Administrative Claims Agent
Date    Name/Title

Debtor: Frank Hospitality Saucon Valley LLC

Case Number:    18-34847

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Galleria Cinema, LLC__          Bank: __N/A__

Bankruptcy Number: ____18-34849____          Account Number: __N/A__

Date of Confirmation: __November 1, 2019__          Account Type: __N/A__

Reporting Period (month/year): __Q2 2020__

|  |  |
|---|---|
| Beginning Cash Balance: | $ __0__ |

All receipts received by the debtor:

|  |  |
|---|---|
| Cash Sales: | $ __0__ |
| Collection of Accounts Receivable: | $ __0__ |
| Proceeds from Litigation (settlement or otherwise): | $ __0__ |
| Sale of Debtor's Assets: | $ __0__ |
| Capital Infusion pursuant to the Plan: | $ __0__ |
| Total of cash received: | $ __0__ |
| Total of cash available: | $ __0__ |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ __0__ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ __0__ |
| All other disbursements made in the ordinary course: | $ __0__ |
| Total Disbursements | $ __0__ |
| Ending Cash Balance | $ __0__ |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__9/16/2020__          __Chris Lang, Administrative Claims Agent__
Date                       Name/Title

Debtor: __Galleria Cinema, LLC__

Case Number: ____18-34849____

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Frank Theatres Delray, LLC_          Bank: _N/A_

Bankruptcy Number: _18-34824_          Account Number: _N/A_

Date of Confirmation: _November 1, 2019_          Account Type: _N/A_

Reporting Period (month/year): _Q2 2020_

|  |  |
|---|---|
| Beginning Cash Balance: | $ _0_ |

All receipts received by the debtor:

|  |  |
|---|---|
| Cash Sales: | $ _0_ |
| Collection of Accounts Receivable: | $ _0_ |
| Proceeds from Litigation (settlement or otherwise): | $ _0_ |
| Sale of Debtor's Assets: | $ _0_ |
| Capital Infusion pursuant to the Plan: | $ _0_ |
| Total of cash received: | $ _0_ |
| Total of cash available: | $ _0_ |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ _0_ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ _0_ |
| All other disbursements made in the ordinary course: | $ _0_ |
| Total Disbursements | $ _0_ |
| Ending Cash Balance | $ _0_ |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_9/16/2020_          _Chris Lang, Administrative Claims Agent_
Date          Name/Title

Debtor: _Frank Theatres Delray, LLC_

Case Number: _18-34824_

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank Theatres Blacksburg, LLC          Bank: N/A

Bankruptcy Number:      18-34823          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:          $ 0

All receipts received by the debtor:

Cash Sales:          $ 0

Collection of Accounts Receivable:          $ 0

Proceeds from Litigation (settlement or otherwise):          $ 0

Sale of Debtor's Assets:          $ 0

Capital Infusion pursuant to the Plan:          $ 0

Total of cash received:          $ 0

Total of cash available:          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:          $ 0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:          $ 0

All other disbursements made in the ordinary course:          $ 0

Total Disbursements          $ 0

Ending Cash Balance          $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

9/16/2020          Chris Lang, Administrative Claims Agent
Date          Name/Title

Debtor: Frank Theatres Blacksburg, LLC

Case Number:      18-34823

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: ___Frank Theatres Southern Pines, LLC___   Bank: __N/A_____

Bankruptcy Number: ___18-34837_____   Account Number: __N/A_____

Date of Confirmation: __November 1, 2019_____   Account Type: __N/A_____

Reporting Period (month/year): __Q2 2020_____

Beginning Cash Balance:   $__0_____

All receipts received by the debtor:

Cash Sales:   $__0_____

Collection of Accounts Receivable:   $__0_____

Proceeds from Litigation (settlement or otherwise):   $__0_____

Sale of Debtor's Assets:   $__0_____

Capital Infusion pursuant to the Plan:   $__0_____

Total of cash received:   $__0_____

Total of cash available:   $__0_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:   $__0_____

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:   $__0_____

All other disbursements made in the ordinary course:   $__0_____

Total Disbursements   $__0_____

Ending Cash Balance   $__0_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

__9/16/2020_____          __Chris Lang, Administrative Claims Agent__
Date                                      Name/Title

Debtor: __Frank Theatres Southern Pines, LLC___

Case Number:   __18-34837_____

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Sanford, LLC          Bank: N/A

Bankruptcy Number:        18-34839                  Account Number: N/A

Date of Confirmation: November 1, 2019              Account Type: N/A

Reporting Period (month/year): Q2 2020

        Beginning Cash Balance:                      $ 0

All receipts received by the debtor:

        Cash Sales:                                  $ 0

        Collection of Accounts Receivable:           $ 0

        Proceeds from Litigation (settlement or otherwise):   $ 0

        Sale of Debtor's Assets:                     $ 0

        Capital Infusion pursuant to the Plan:       $ 0

        Total of cash received:                      $ 0

Total of cash available:                             $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

        Disbursements made under the plan, excluding the administrative
            claims of bankruptcy professionals:      $ 0

        Disbursements made pursuant to the administrative claims of
            bankruptcy professionals:                $ 0

        All other disbursements made in the ordinary course:    $ 0

        Total Disbursements                          $ 0

Ending Cash Balance                                  $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                         Name/Title

Debtor: Frank Theatres Sanford, LLC

            18-34839
Case Number:

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Frank Theatres Shallotte, LLC__     Bank: __N/A__

Bankruptcy Number:     __18-34840__     Account Number: __N/A__

Date of Confirmation: __November 1, 2019__     Account Type: __N/A__

Reporting Period (month/year): __Q2 2020__

|  |  |
|---|---|
| Beginning Cash Balance: | $ __0__ |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ __0__ |
| Collection of Accounts Receivable: | $ __0__ |
| Proceeds from Litigation (settlement or otherwise): | $ __0__ |
| Sale of Debtor's Assets: | $ __0__ |
| Capital Infusion pursuant to the Plan: | $ __0__ |
| Total of cash received: | $ __0__ |

Total of cash available:     $ __0__

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ __0__ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ __0__ |
| All other disbursements made in the ordinary course: | $ __0__ |
| Total Disbursements | $ __0__ |

Ending Cash Balance     $ __0__

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__9/16/2020__          __Chris Lang, Administrative Claims Agent__
Date                            Name/Title

Debtor: __Frank Theatres Shallotte, LLC__

Case Number: __18-34840__

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Frank Theatres York, LLC_      Bank: N/A

Bankruptcy Number: _18-34832_      Account Number: N/A

Date of Confirmation: November 1, 2019      Account Type: N/A

Reporting Period (month/year): Q2 2020

        Beginning Cash Balance:      $ 0

All receipts received by the debtor:

        Cash Sales:      $ 0

        Collection of Accounts Receivable:      $ 0

        Proceeds from Litigation (settlement or otherwise):      $ 0

        Sale of Debtor's Assets:      $ 0

        Capital Infusion pursuant to the Plan:      $ 0

        Total of cash received:      $ 0

Total of cash available:      $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

        Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:      $ 0

        Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:      $ 0

        All other disbursements made in the ordinary course:      $ 0

        Total Disbursements      $ 0

Ending Cash Balance      $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_9/16/2020_      Chris Lang, Administrative Claims Agent
Date      Name/Title

Debtor: _Frank Theatres York, LLC_

Case Number:      _18-34832_

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Towne, LLC          Bank: N/A

Bankruptcy Number: 18-34830          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance: $ 0

All receipts received by the debtor:

Cash Sales: $ 0

Collection of Accounts Receivable: $ 0

Proceeds from Litigation (settlement or otherwise): $ 0

Sale of Debtor's Assets: $ 0

Capital Infusion pursuant to the Plan: $ 0

Total of cash received: $ 0

Total of cash available: $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 0

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 0

All other disbursements made in the ordinary course: $ 0

Total Disbursements $ 0

Ending Cash Balance $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020          Chris Lang, Administrative Claims Agent
Date               Name/Title

Debtor: Frank Theatres Towne, LLC

Case Number: 18-34830

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:  Frank Theatres Rio, LLC                Bank: N/A

Bankruptcy Number:       18-34816                Account Number: N/A

Date of Confirmation: November 1, 2019           Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:                          $ 0

All receipts received by the debtor:

    Cash Sales:                                   $ 0

    Collection of Accounts Receivable:            $ 0

    Proceeds from Litigation (settlement or otherwise):   $ 0

    Sale of Debtor's Assets:                      $ 0

    Capital Infusion pursuant to the Plan:        $ 0

    Total of cash received:                       $ 0

Total of cash available:                          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:           $ 0

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                     $ 0

    All other disbursements made in the ordinary course:   $ 0

    Total Disbursements                           $ 0

Ending Cash Balance                               $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                         Name/Title

Debtor:  Frank Theatres Rio, LLC

Case Number:       18-34816

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank Theatres Mt. Airy, LLC          Bank: N/A

Bankruptcy Number:          18-34833          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:          $ 0

All receipts received by the debtor:

Cash Sales:          $ 0

Collection of Accounts Receivable:          $ 0

Proceeds from Litigation (settlement or otherwise):          $ 0

Sale of Debtor's Assets:          $ 0

Capital Infusion pursuant to the Plan:          $ 0

Total of cash received:          $ 0

Total of cash available:          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:          $ 0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:          $ 0

All other disbursements made in the ordinary course:          $ 0

Total Disbursements          $ 0

Ending Cash Balance          $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                          Name/Title

Debtor: Frank Theatres Mt. Airy, LLC

Case Number:          18-34833

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: _Frank Theatres Kingsport, LLC_      Bank: N/A

Bankruptcy Number: _18-34825_      Account Number: N/A

Date of Confirmation: November 1, 2019      Account Type: N/A

Reporting Period (month/year): Q2 2020

        Beginning Cash Balance:      $ 0

All receipts received by the debtor:

        Cash Sales:      $ 0

        Collection of Accounts Receivable:      $ 0

        Proceeds from Litigation (settlement or otherwise):      $ 0

        Sale of Debtor's Assets:      $ 0

        Capital Infusion pursuant to the Plan:      $ 0

        Total of cash received:      $ 0

Total of cash available:      $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

        Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:      $ 0

        Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:      $ 0

        All other disbursements made in the ordinary course:      $ 0

        Total Disbursements      $ 0

Ending Cash Balance      $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020      Chris Lang, Administrative Claims Agent
Date      Name/Title

Debtor: _Frank Theatres Kingsport, LLC_

Case Number: _18-34825_

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Parkside Town Commons, LLC    Bank: N/A

Bankruptcy Number: 18-34828    Account Number: N/A

Date of Confirmation: November 1, 2019    Account Type: N/A

Reporting Period (month/year): Q2 2020

Beginning Cash Balance:    $ 0

All receipts received by the debtor:

Cash Sales:    $ 0

Collection of Accounts Receivable:    $ 0

Proceeds from Litigation (settlement or otherwise):    $ 0

Sale of Debtor's Assets:    $ 0

Capital Infusion pursuant to the Plan:    $ 0

Total of cash received:    $ 0

Total of cash available:    $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $ 0

Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ 0

All other disbursements made in the ordinary course:    $ 0

Total Disbursements    $ 0

Ending Cash Balance    $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020    Chris Lang, Administrative Claims Agent
Date    Name/Title

Debtor: Frank Theatres Parkside Town Commons, LLC

Case Number: 18-34828

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank Entertainment PSL, LLC          Bank: N/A

Bankruptcy Number:          18-34846          Account Number: N/A

Date of Confirmation: November 1, 2019          Account Type: N/A

Reporting Period (month/year): Q2 2020

          Beginning Cash Balance:          $ 0

All receipts received by the debtor:

          Cash Sales:          $ 0

          Collection of Accounts Receivable:          $ 0

          Proceeds from Litigation (settlement or otherwise):          $ 0

          Sale of Debtor's Assets:          $ 0

          Capital Infusion pursuant to the Plan:          $ 0

          Total of cash received:          $ 0

Total of cash available:          $ 0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

          Disbursements made under the plan, excluding the administrative
          claims of bankruptcy professionals:          $ 0

          Disbursements made pursuant to the administrative claims of
          bankruptcy professionals:          $ 0

          All other disbursements made in the ordinary course:          $ 0

          Total Disbursements          $ 0

Ending Cash Balance          $ 0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/16/2020                    Chris Lang, Administrative Claims Agent
Date                         Name/Title

Debtor: Frank Entertainment PSL, LLC

Case Number:          18-34846