**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Liquidating Trust

Bank: Wells Fargo

Bankruptcy Number: 18-34808 (SLM)

Account Number: xxxxx84651

Date of Confirmation: 7/29/2019

Account Type: Checking

Reporting Period (quarter/year): September 2020

Beginning Cash Balance: July 1, 2020                                     $   99,438.24

All receipts received by debtor:

    Capital Infusion pursuant to the Plan:                        $        -

    Proceeds from Litigation (settlement or otherwise):           $        -

    Sale of Debtor's Assets:                                      $        -

    Other: Miscellaneous                                           $        -

    Total of cash received                                         $        -

    Total of cash available:                                                          $   99,438.24

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $        -

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $        -

    All other disbursements made in the ordinary course:    See Attached    $   30,000.00

    Total Disbursements                                                              $   30,000.00

Ending Cash Balance: September 30, 2020                                                $   69,438.24

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/9/2020
Date

Bradley [signature]    Liquidating Trustee
Name/Title

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank Theatres Liquidating Trust

Bank: Wells Fargo

Bankruptcy Number: 18-34808 (SLM)

Account Number: xxxxx84651

Date of Confirmation: 7/29/2019

Account Type: Checking

All other disbursements made in the ordinary course:

Reporting Period (quarter/year): September 2020

| Date | Description | Payee | Amount |
|---|---|---|---|
| 8/3/2020 | Professional Fees | Advisory Trust Group LLC | $ 10,000.00 |
| 8/25/2020 | Professional Fees | Advisory Trust Group LLC | $ 10,000.00 |
| 9/3/2020 | Professional Fees | Advisory Trust Group LLC | $ 10,000.00 |
| | | Total | $ 30,000.00 |

Note: Pursuant to the Modified First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan"), the Liquidating Trust was established. [See Ex. A to Docket No. 783] On or about the October 31, 2019 Effective Date of the Plan, the Liquidating Trust received the Initial General Unsecured Claims Cash Payment of $750,000 (as such terms are defined under the Plan). In its Monthly Operating Report filed on November 27, 2019, the Debtors included the Initial General Unsecured Claims Cash Payment as a disbursement on the schedule of Effective Date "Disbursement Detail" and remitted the appropriate fees arising under 28 U.S.C. § 1930 to the Office of the United States Trustee. See Docket No. 809 at p. 5. The Liquidating Trust has remitted to the Office of the United States Trustee $5,200 in fees for disbursements made from the Initial General Unsecured Claims Cash Payment and is therefore in a credit position of $5,200.