| | |
|---|---|
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Joseph L. Schwartz (JS-5525) | Bradford J. Sandler (NJ Bar No. BS-1367) |
| Tara J. Schellhorn (TS-8155) | Shirley S. Cho (admitted *pro hac vice*) |
| Headquarters Plaza, One Speedwell Avenue | 780 Third Avenue, 34th Floor |
| Morristown, NJ 07962-1981 | New York, NY 10017 |
| Telephone: (973) 583-0800 | Telephone: (212) 561-7700 |
| Facsimile: (973) 583-1984 | Facsimile: (212) 561-7777 |
| Email: jschwartz@riker.com | E-mail: bsandler@pszjlaw.com |
| tschellhorn@riker.com | scho@pszjlaw.com |

*Counsel to the Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1] | Case No. 18-34808 (SLM) |
| Debtors. | (Jointly Administered) |

**NOTICE OF LIQUIDATING TRUST'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE LIQUIDATING TRUSTEE MAY OBJECT TO GENERAL UNSECURED CLAIMS**

Advisory Trust Group, LLC, in its capacity as Trustee of the Frank Theatres Liquidating Trust (the "Liquidating Trustee") filed a motion for the entry of an order further extending the period within which the Liquidating Trustee may object to general unsecured claims (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

---

[1] The Post-Confirmation Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank All Star Theatres, LLC (0420); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); and Galleria Cinema, LLC (2529).

**If you do not want the Bankruptcy Court (the "Court") to issue an order granting the Motion, or if you want the Court to consider your views on the Motion, then, on or before January 5, 2021, you or your attorney must:**

- File an objection, pursuant to D.N.J. LBR 9013-1(d), with the Clerk of the Court at:

    United States Bankruptcy Court
    50 Walnut Street
    Newark, New Jersey 07102

    If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

- Deliver a copy of your objection to counsel to the Committee at the following address: Riker, Danzig, Scherer, Hyland & Perretti LLP, Attn: Joseph L. Schwartz, Esq. and Tara J. Schellhorn, Esq., One Speedwell Avenue, Morristown, New Jersey 07962-1981 and Pachulski Stang Ziehl & Jones LLP, Attn: Bradford J. Sandler and Robert J. Feinstein, 780 Third Avenue, 34th Floor, New York, NY 10017; (b) counsel to the Debtors, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Kenneth A. Rosen, Esq. and Joseph J. DiPasquale, Esq. and (c) to all parties requesting notice in this case, so as to be received on or before **January 5, 2021**.

- Attend the hearing scheduled to be held on **January 12, 2021 at 11:00 a.m.** before the Honorable Stacey L. Meisel, U.S.B.J., United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief**.**

*[Signature on next page]*

Dated:  December 22, 2020

/s/ *Joseph L. Schwartz*
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz (JS-5525)
Tara J. Schellhorn (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 583-0800
Facsimile: (973) 583-1984
Email: jschwartz@riker.com
          tschellhorn@riker.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (NJ Bar No. BS-1367)
Robert J. Feinstein (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
E-mail:  bsandler@pszjlaw.com
            rfeinstein@pszjlaw.com

*Counsel to the Liquidating Trust*

5238531v1