RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tschellhorn@riker.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (NJ Bar No. BS-1367)
Shirley S. Cho (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
scho@pszjlaw.com

*Counsel to the Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>Jointly Administered<br><br>**CERTIFICATION OF SERVICE** |

1. I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to The Liquidating Trust in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On  December 22, 2020 , I sent a copy of the following pleading and/or document to the parties listed in the chart below:

   (i)  Notice of Liquidating Trust's Motion for Entry of An Order Further Extending The Period Within Which The Liquidating Trust May Object to General Unsecured Claims;

   (ii)  Liquidating Trust's Motion for Entry of An Order Further Extending The Period Within Which The Liquidating Trust May Object to General Unsecured Claims;

   (iii)  Proposed Order Extending the Period Within Which The Liquidating Trust May Object to General Unsecured Claims;

3.  On December 22, 2020, I further caused a copies of the above-referenced pleading to be served via email (where available) or by regular mail on all parties on the attached service list.

4.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 22, 2020                                             /s/ Tara J. Schellhorn
                                                                    Tara J. Schellhorn

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5504 | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| All Parties requesting electronic service | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

5238555v1

3

In re: Frank Theatres Bayonne/South Cove, LLC
Core/2002 Service List
Case No. 18-34808 (SLM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Sony Electronics, Inc. | Akerman LLP | Attn: Steven R. Wirth, Esq. | 401 East Jackson Street, Suite 1700 | | Tampa | FL | 33602 | | | steven.wirth@akerman.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| United States Bankruptcy Judge | Chambers of Honorable Stacey L. Meisel | Attn: United States Bankruptcy Court NJ (Newark) | Martin Luther King, Jr. Federal Building | 50 Walnut Street, 3rd Floor, Courtroom 3D | Newark | NJ | 07102 | | | Chambers_of_SLM@njb.uscourts.gov |
| Chatham County Tax Commissioner | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | Post Office Box 8324 | | Savannah | GA | 31412-8324 | 912-652-7109 | 912-652-7101 | chathamtaxpmt@chathamcounty.org |
| Counsel to Seacoast Capital Partners III, L.P. and certain affiliates | Dorsey & Whitney LLP | Attn: Larry Makel, Eric Lopez Schnabel | 300 Crescent Court | Suite 400 | Dallas | TX | 75201 | 214-981-9916 | 214-981-9901; 646-514-9843 | makel.larry@dorsey.com schnabel.eric@dorsey.com |
| Counsel for Elm Park Capital Management LLC | Foley & Lardner LLP | Attn: Paul J. Labov, Esquire | 90 Park Avenue | | New York | NY | 10016-1314 | 212-682-7474 | 212-687-2329 | plabov@foley.com |
| Counsel to Gondolier Properties, LLC | Gibbons P.C. | Atttn: Mark B. Conlan, Esq. | One Gateway Center | | Newark | NJ | 07102 | 973-596-4500 | 973-596-0545 | mconlan@gibbonslaw.com |
| The Internal Revenue Service | Internal Revenue Service | | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | | |
| Counsel to Dealbrook, LLC, Paramount Portfolio Crossings TIC #1, LLC, Paramount Portfolio Pad TIC #1, LLC, Paramount Portfolio Fulton TIC #1, LLC, and Paramount Portfolio LMS TIC #1, LLC | Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant, Esquire | 910 Harvest Drive | Post Office Box 3037 | Blue Bell | PA | 19422 | 610-260-6000 | 610-684-2020 | wlevant@kaplaw.com |
| Counsel to IMAX Corporation | Kelley Drye & Warren LLP | Attn: James S. Carr, Esq. & Kayci G. Hines, Esq. | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com jcarr@kelleydrye.com khines@kelleydrye.com |
| Counsel to Water Tower Square Associates | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire | 38 N. Haddon Avenue | | Haddonfield | NJ | 08033 | 856-428-1060 | | kurtzman@kurtzmansteady.com |
| Counsel for Frank Entertainment Companies, LLC and Frank Theatres Management, LLC | Law Offices of William H. Pillsbury, PLLC | Attn: William H. Pillsbury | 3959 Welsh Road #333 | | Willow Grove | PA | 19090 | 267-518-3445 | | wpillsbury@whplawoffices.com |
| Counsel Lower Saucon Authority | Lesavoy Butz & Seitz LLC | Attn: Jack M. Seitz, Esquire | 1620 Pond Road | Suite 200 | Allentown | PA | 18104-2255 | 610-530-270 | 610-530-2727 | jseitz@LesavoyButz.com |
| Counsel to the Debtor | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Joseph J. DiPasquale, Eric S. Chafetz, Michael Papandrea | One Lowenstein Drive | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com jdipasquale@lowenstein.com echafetz@lowenstein.com mpapandrea@lowenstein.com |
| Interested Party | Miller & Martin | Attn: Paul M. Alexander | 1180 W Peachtree Street, NW | Suite 2100 | Atlanta | GA | 30309 | 404-962-6449 | 404-962-6312 | Paul.Alexander@millermartin.com |
| Counsel to Benefit Street Partners and certain affiliates | Moore & VanAllen | Attn: Alan Pope | 100 North Tryon Street | Suite 4700 | Charlotte | NC | 28202-4003 | | 704-378-2014 | alanpope@mvalaw.com |
| Counsel to Conflicts | Moses & Singer LLP | Attn: Richard Corbi, John Baranello, Mark N. Parry, Jessica K. Bonteque | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | 212-554-7804; 212-554-7800 | 917-206-4338; 212-554-7700 | Rcorbi@Mosessinger.Com Mparry@Mosessinger.Com Jbonteque@Mosessinger.Com Jbaranello@Mosessinger.Com |
| Counsel for Elm Park Capital Management LLC | Neligan LLP | Attn: Patrick J. Neligan, Jr., Esquire & John D. Gaither, Esquire | 325 N. St. Paul Street | Suite 3600 | Dallas | TX | 75201 | 214-840-5300 | 214-840-5301 | pneligan@neliganlaw.com jgaither@neliganlaw.com |
| Counsel to Elm Park Capital Management, LLC and certain affiliates | Neligan LLP | Attn: Patrick J. Neligan, Jr., John D. Gaither | Republic Center | 325 N. St. Paul, Suite 3600 | Dallas | TX | 75201 | | | pneligan@neliganlaw.com |
| Attorney General of the State of New Jersey | New Jersey Attorneys General Office | Richard J. Hughes Justice Complex | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 112 | Trenton | NJ | 08625-0112 | | | |

In re: Frank Theatres Bayonne/South Cove, LLC
Core/2002 Service List
Case No. 18-34808 (SLM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| New Jersey Division of Taxation | New Jersey Division of Taxation | Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street - 9th Floor | Trenton | NJ | 08695 | | | |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | Peter Rodino Federal Building | 970 Broad Street, Suite 700 | Newark | NJ | 07102 | | | Eamonn.OHagan@usdoj.gov |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Fran Steele | One Newark Center | Suite 2100 | Newark | NJ | 07102 | 973-645-3014 | 973-645-5993 | Fran.B.Steele@usdoj.gov |
| Counsel to Blacksburg APF Partners, LLC | Sills Cummis & Gross P.C. | Attn: George R. Hirsch, Esq. | One Riverfront Plaza | | Newark | NJ | 07102 | 973-643-7000 | 973-643-6500 | ghirsch@sillscummis.com |
| Counsel to Warner Bros. Entertainment Inc. | Warner Bros. Entertainment Inc. | Attn: Constance Minnett | 4000 Warner Blvd. | | Burbank | CA | 91522 | 818-954-6007 | | Constance.minnett@warnerbros.com |