Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–34808–SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank Theatres Bayonne/South Cove, LLC
191 Lefante Way
Bayonne, NJ 07002

Frank Entertainment Group, LLC
3801 PGA Blvd.
Suite 600
Palm Beach Gardens, FL 33410

Social Security No.:

Employer's Tax I.D. No.:
26–1383162

46–5153966

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 29, 2021, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 1076 – 1069
STIPULATION AND CONSENT ORDER RESOLVING PROOF OF CLAIM NO. 52 FILED BY BRUCE S. FRANK AND PROOF OF CLAIM NO. 61 FILED BY SUPERPLAY DEVELOPMENT GROUP, LLC (Related Doc # 1069). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/29/2021. (ntp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 29, 2021
JAN: ntp

Jeanne Naughton
Clerk