| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler (NJ Bar No. BS-1367)<br>Shirley S. Cho (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>*Counsel to the Liquidating Trust* | |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,<br><br>       Debtors. | Case No.: 18-34808<br><br>Chapter: 11<br><br>Hearing Date: February 16, 2021<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

## ADJOURNMENT REQUEST

1.  I, Joseph L. Schwartz, Esq.,

  ☒  am the attorney for: the Liquidating Trust

  ☐  am self represented,

 and request an adjournment of the following hearing for the reason set forth below.

 Matter:  Liquidating Trust's Seventh Omnibus Objection to Claims Seeking to Disallow and Expunge Certain (I) No Liability Claims, (II) Satisfied Claims and (III) Duplicative Claims (the "Seventh Omnibus Objection") [Doc. No. 1064] Solely with Respect to the Claim of Kingsport Mall, LLC [Claim No. 70] (the "Kingsport Claim").

 Current Hearing Date:    February 16, 2021 at 11:00 a.m.

        Objection Deadline:        Extended for the Kingsport Claim to the date that is seven (7) days before the hearing.

        New Date Requested:        The parties request an approximately 30 day adjournment of the hearing.

        Reason for adjournment request:

In connection with the Seventh Omnibus Objection, the only remaining objection received was an informal objection with respect to the Kingsport Claim. As a result of the informal objection, the parties agreed to adjourn the hearing on the Seventh Omnibus Objection solely with respect to the Kingsport Claim in order to allows the parties additional time to work towards a resolution.

2.    Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  February 12, 2020                           /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date:  3/16/2021 at 11:00 AM  ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5251794v1