Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34808−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Frank Theatres Bayonne/South Cove, LLC     Frank Entertainment Group, LLC
   191 Lefante Way     3801 PGA Blvd.
   Bayonne, NJ 07002     Suite 600
        Palm Beach Gardens, FL 33410

Social Security No.:

Employer's Tax I.D. No.:
   26−1383162     46−5153966

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on February 16, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1089 − 1065
ORDER GRANTING LIQUIDATING TRUSTS EIGHTH OMNIBUS OBJECTION TO CERTAIN AMENDED AND SUPERSEDED CLAIMS (Related Doc # 1065). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/16/2021. (ntp)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 16, 2021
JAN: ntp

                                                              Jeanne Naughton
                                                              Clerk