|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Joseph J. DiPasquale, Esq.<br>Eric S. Chafetz, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>*Counsel to the Administrative*<br>*and Priority Claims Agent* | **Order Filed on May 4, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>FRANK THEATRES BAYONNE/SOUTH COVE, LLC, *et al.*,[1],[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-34808 (SLM)<br><br>Jointly Administered |

### ORDER APPROVING THE JOINT MOTION OF THE ADMINISTRATIVE AND PRIORITY CLAIMS AGENT AND LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE DESTRUCTION AND ABANDONMENT OF RECORDS; (II) ENTERING A FINAL DECREE CLOSING THESE CHAPTER 11 CASES; AND (III) TERMINATING THE RESPONSIBILITIES OF THE CLAIMS AGENT

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: May 4, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] Prior to the Effective Date (defined herein) of the *Modified First Amended Plan of Reorganization of Frank Theatres Bayonne/South Cove, LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Modified Plan**"), the Debtors in these Chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number were as follows: Frank Theatres Bayonne/South Cove, LLC (3162); Frank Entertainment Group, LLC (3966); Frank Management LLC (0186); Frank Theatres, LLC (5542); Frank All Star Theatres, LLC (0420); Frank Theatres Blacksburg LLC (2964); Frank Theatres Delray, LLC (7655); Frank Theatres Kingsport LLC (5083); Frank Theatres Montgomeryville, LLC (0692); Frank Theatres Parkside Town Commons LLC (9724); Frank Theatres Rio, LLC (1591); Frank Theatres Towne, LLC (1528); Frank Theatres York, LLC (7779); Frank Theatres Mt. Airy, LLC (7429); Frank Theatres Southern Pines, LLC (2508); Frank Theatres Sanford, LLC (7475); Frank Theatres Shallotte, LLC (7548); Revolutions at City Place LLC (6048); Revolutions of Saucon Valley LLC (1135); Frank Entertainment Rock Hill LLC (0753); Frank Entertainment PSL, LLC (7033); Frank Hospitality Saucon Valley LLC (8570); Frank Hospitality York LLC (6617); and Galleria Cinema, LLC (2529).

[2] Upon the Effective Date of the Modified Plan, the presently operating Reorganized Debtors (as defined in the Modified Plan) are as follows: Frank Entertainment Group, LLC; Frank Management, LLC; Frank Theatres York, LLC; Frank Hospitality York, LLC; Frank Theatres Delray, LLC; Frank Theatres Parkside Town Commons, LLC; Frank Blacksburg, LLC; Frank Theatres Southern Pines, LLC; Frank Theatres, LLC; and Frank Management, LLC.

Page:      2
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18-34808 (SLM)
Caption:   Order (I) Authorizing the Destruction and Abandonment or Records; (II) Entering a Final Decree Closing the Chapter 11 Cases; and (III) Terminating the Responsibilities of the Claims Agent

---

Upon consideration of the motion (the "Motion") seeking entry of an order (this "Order"): (i) authorizing the Winddown Agents[1] to abandon and destroy the Records; (ii) entering a final decree closing the Chapter 11 Cases; and (iii) terminating the responsibilities of Prime Clerk, the claims agent; upon consideration of the Motion and all pleadings related thereto; it appearing that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; the Court having considered the Motion and any responses to the Motion; it appearing that the relief requested in the Motion is appropriate; and upon the record herein, and after due deliberation, and good and sufficient cause appearing therefor; it is

**HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Winddown Agents are authorized, but not required to, immediately abandon and destroy all of the Records any time after six (6) months from the completion and winding up the affairs of the Administrative and Priority Claims Escrow or Liquidating Trust, as applicable, and as further set forth in the Modified Plan, Trust Agreement, Supplemental Application, as applicable.

3. The Winddown Agents are authorized to expend such funds as may be reasonably

---

[1] Capitalized terms used herein and not otherwise defined shall have those meanings ascribed to them in the Motion.

Page:    3
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.:  18-34808 (SLM)
Caption:   Order (I) Authorizing the Destruction and Abandonment or Records; (II) Entering a Final Decree Closing the Chapter 11 Cases; and (III) Terminating the Responsibilities of the Claims Agent

_____

necessary to carry out such destruction of the Records in the manner that the Winddown Agents, in their respective business judgment, deem appropriate.

4.    Upon the closing of the sale of the West Virginia Property and final distributions being made to holders of General Unsecured Claims, consistent with the terms of the Modified Plan and Confirmation Order, the Liquidating Trustee and the Liquidating Trust shall be discharged of its obligations under the Plan and the Liquidating Trust Agreement and the Liquidating Trust shall be deemed dissolved; *provided, however*, that the Liquidating Trust may continue for purposes of liquidating and winding down the affairs of the Trust as set forth in the Liquidating Trust Agreement.

5.    The final decree in the Chapter 11 Cases is hereby entered and the Chapter 11 Cases are hereby closed without further order of this Court.

6.    Prime Clerk shall: (I) within thirty (30) days of the entry of this Order, forward to the Clerk of the Court: (a) an updated claims register, (b) a CD or USB flash drive of all imaged claims, and (c) an excel spreadsheet containing all claims information, along with an updated 2002 list and updated creditor mailing list, which shall contain the names and addresses of all creditors; (II) the claims register, 2002 list, and creditor mailing list shall be provided in both paper and on disc, and in both alphabetical and numerical order; (III) the creditor mailing list disk and the 2002 list disk should be in .txt format; and (IV) Prime Clerk shall box and transport all original claims to the Philadelphia Federal Records Center, 14700 Townsend Road, Philadelphia, Pennsylvania 19154.

7.    Upon its so doing, Prime Clerk may terminate its database and website related to the

Page:     4
Debtors:   Frank Theatres Bayonne/South Cove, LLC, *et al.*
Case No.: 18-34808 (SLM)
Caption:  Order (I) Authorizing the Destruction and Abandonment or Records; (II) Entering a Final Decree Closing the Chapter 11 Cases; and (III) Terminating the Responsibilities of the Claims Agent

_____

Chapter 11 Cases, and shall be released from its responsibilities as claims agent in the Chapter 11 Cases.

8.   All orders previously entered in the Chapter 11 Cases are final orders and shall survive the closing of the Chapter 11 Cases.

9.   All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-34808-SLM

Frank Theatres Bayonne/South Cove, LLC                                                    Chapter 11

Galleria Cinema, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 8
Date Rcvd: May 04, 2021      Form ID: pdf903      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank All Star Theatres, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410-2756 |
| db | + | Frank Entertainment Group, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410-2756 |
| db | + | Frank Entertainment PSL, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410-2756 |
| db | + | Frank Entertainment Rock Hill LLC, 2225 Dave Lyle Blvd, Rock Hill, SC 29730-4973 |
| db | + | Frank Hospitality Saucon Valley LLC, 3717 Route 378, Bethlehem, PA 18015-5436 |
| db | + | Frank Hospitality York LLC, 2067 Springwood Road, York, PA 17403-4836 |
| db | #+ | Frank Management LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410-2756 |
| db | + | Frank Theatres Bayonne/South Cove, LLC, 191 Lefante Way, Bayonne, NJ 07002-5022 |
| db | + | Frank Theatres Blacksburg LLC, 1614 South Main Street, Blacksburg, VA 24060-5824 |
| db | + | Frank Theatres Delray, LLC, 14775 Lyons Road, Delray Beach, FL 33446-9003 |
| db | + | Frank Theatres Kingsport LLC, 3801 PGA Blvd, Sutie 600, Palm Beach Gardens, FL 33410-2758 |
| db | + | Frank Theatres Montgomeryville, LLC, 750 Montgomery Glen Drive, Lansdale, PA 19446-6406 |
| db | | Frank Theatres Mt. Airy, LLC, 605 Bluemont Road, Mt. Airy, NC 27030 |
| db | + | Frank Theatres Parkside Town Commons LLC, 1140 Parkside Main Street, Cary, NC 27519-6950 |
| db | + | Frank Theatres Rio, LLC, 3801 Routh 9 South, Suite 1, Rio Grande, NJ 08242-1915 |
| db | + | Frank Theatres Sanford, LLC, 1351 Douglas Drive, Sanford, NC 27330-3453 |
| db | | Frank Theatres Shallotte, LLC, 5200 Bridgers Road, Shallotte, NC 28470 |
| db | + | Frank Theatres Southern Pines, LLC, 104 Brucewood Road, Southern Pines, NC 28387-5143 |
| db | + | Frank Theatres Towne, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410-2756 |
| db | + | Frank Theatres York, LLC, 2067 Springwood Road, York, PA 17403-4836 |
| db | + | Frank Theatres, LLC, 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL 33410-2756 |
| db | + | Galleria Cinema, LLC, 2111 Tamiami Trail, Venice, FL 34293-5011 |
| db | + | Revolutions at City Place LLC, 477 S. Rosemary Avenue, West Palm Beach, FL 33401-5758 |
| db | + | Revolutions of Saucon Valley LLC, 3717 Route 378, Bethlehem, PA 18015-5436 |
| aty | + | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | on behalf of Creditor Martin Gold torreso78@gmail.com r45676@notify.bestcase.com |
| Daniel Y Gielchinsky | on behalf of Creditor Edward Solomon dan@dyglaw.com |
| Dean C. Waldt | on behalf of Creditor STORE Capital Acquisitions LLC waldtd@ballardspahr.com, morganv@ballardspahr.com |
| Eric S. Chafetz | on behalf of Debtor Frank Management LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank Theatres Shallotte LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank Theatres Parkside Town Commons LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank Theatres Montgomeryville LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Other Prof. Prime Clerk LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank Theatres York LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Galleria Cinema LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank All Star Theatres LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Other Prof. Administrative and Priority Claims Agent echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Revolutions of Saucon Valley LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank Entertainment Rock Hill LLC echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Debtor Frank Theatres Bayonne/South Cove LLC echafetz@lowenstein.com |
| Ericka Fredricks Johnson | on behalf of Creditor Cotton Commercial USA Inc. ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| George R. Hirsch | on behalf of Creditor Blacksburg APF Partners LLC ghirsch@sillscummis.com, MCO@sillscummis.com |
| Jack M. Seitz | on behalf of Creditor Lower Saucon Authority jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| James S. Carr | on behalf of Creditor IMAX Corporation KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Jeffrey Kurtzman | on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres York LLC jbonteque@mosessinger.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 8 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 25 |

| | |
|---|---|
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Hospitality York LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Shallotte  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Blacksburg LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Parkside Town Commons LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Towne  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Rio  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Management LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Entertainment PSL  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Sanford  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Entertainment Rock Hill LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Montgomeryville  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank All Star Theatres  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Delray  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Mt. Airy  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Hospitality Saucon Valley LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Galleria Cinema  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Entertainment Group  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Bayonne/South Cove  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Southern Pines  LLC jbonteque@mosessinger.com |
| Jessica Renee Kenney Bonteque | on behalf of Debtor Frank Theatres Kingsport LLC jbonteque@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Hospitality York LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Attorney Moses & Singer LLP jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Southern Pines  LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Blacksburg LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Entertainment Group  LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Towne  LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Bayonne/South Cove  LLC jbaranello@mosessinger.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 8 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 25 |

| | |
|---|---|
| John Baranello | on behalf of Debtor Frank Theatres Montgomeryville LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Galleria Cinema LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Kingsport LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Rio LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Delray LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Management LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres York LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank All Star Theatres LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Sanford LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Hospitality Saucon Valley LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Shallotte LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Entertainment PSL LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Mt. Airy LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Entertainment Rock Hill LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres Parkside Town Commons LLC jbaranello@mosessinger.com |
| John Baranello | on behalf of Debtor Frank Theatres LLC jbaranello@mosessinger.com |
| John D. Gaither | on behalf of Creditor Elm Park Capital Management LLC jgaither@neliganlaw.com |
| Joseph J. DiPasquale | on behalf of Other Prof. Moss Adams LLP jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Debtor Frank Theatres Bayonne/South Cove LLC jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Other Prof. Prime Clerk LLC jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Consultant Paragon Management LLC jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Attorney Lowenstein Sandler LLP jdipasquale@lowenstein.com |
| Joseph L. Schwartz | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Trustee Liquidating Trust jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Attorney Riker Danzig Scherer Hyland & Perretti LLP jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Committee Official Committee of Unsecured Creditors jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Attorney Dundon Advisers LLC jschwartz@riker.com |
| Joseph M. Garemore | on behalf of Creditor KRG/Atlantic Delray Beach LLC jgaremore@brownconnery.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 8 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 25 |

| | |
|---|---|
| Joseph M. Garemore | on behalf of Creditor KRG Parkside II LLC jgaremore@brownconnery.com |
| Kate R. Buck | on behalf of Creditor American Electric Power Atlantic City Electric Company, PECO Energy Company, Florida Power & Light Company and Metropolitan Edison Company kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor 30 West Pershing LLC kbuck@mccarter.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Mt. Airy LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Rio LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Revolutions of Saucon Valley LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Hospitality Saucon Valley LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Revolutions at Saucon Valley LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Management LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank All Star Theatres LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Entertainment Group LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Revolutions at City Place LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Towne LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Entertainment PSL LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Entertainment Rock Hill LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Parkside Town Commons LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres York LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Montgomeryville LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Bayonne/South Cove LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Southern Pines LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Galleria Cinema LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Shallotte LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Kingsport LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Sanford LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Hospitality York LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Delray LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | |

| | |
|---|---|
| | on behalf of Other Prof. Prime Clerk LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Shallottee LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Kingsport LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Frank Theatres Blacksburg LLC krosen@lowenstein.com dclaussen@lowenstein.com |
| Mark B Conlan | on behalf of Creditor Gondolier Properties LLC mconlan@gibbonslaw.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Bayonne/South Cove LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Towne LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Southern Pines LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Management LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres York LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Shallotte LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank All Star Theatres LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Hospitality Saucon Valley LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Delray LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Parkside Town Commons LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Galleria Cinema LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Mt. Airy LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Rio LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Entertainment Rock Hill LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Entertainment Group LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Hospitality York LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Sanford LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Montgomeryville LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Blacksburg LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Entertainment PSL LLC mparry@mosessinger.com |
| Mark N Parry | on behalf of Debtor Frank Theatres Kingsport LLC mparry@mosessinger.com |
| Michael Papandrea | on behalf of Debtor Frank Theatres Bayonne/South Cove LLC mpapandrea@lowenstein.com, dclaussen@lowenstein.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 8 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 25 |

Patrick J. Neligan, Jr
    on behalf of Creditor Elm Park Capital Management LLC pneligan@neliganlaw.com

Paul John Labov
    on behalf of Creditor Elm Park Capital Management LLC plabov@pszjlaw.com KAiello@foxrothschild.com;JDiStanislao@foxrothschild.com

Rachel Gillen Atkin
    on behalf of Trustee Liquidating Trust rgillen@riker.com

Richard Corbi
    on behalf of Debtor Frank Entertainment Group  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Montgomeryville  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Hospitality York LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Bayonne/South Cove  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank All Star Theatres  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Parkside Town Commons LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Blacksburg LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Shallotte  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Entertainment PSL  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Kingsport LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Delray  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Hospitality Saucon Valley LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Entertainment Rock Hill LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres York  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Galleria Cinema  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Southern Pines  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Mt. Airy  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Management LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Sanford  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Rio  LLC rcorbi@corbilaw.com

Richard Corbi
    on behalf of Debtor Frank Theatres Towne  LLC rcorbi@corbilaw.com

Steven R. Wirth
    on behalf of Creditor Sony Electronics  Inc. steven.wirth@akerman.com, caren.collier@akerman.com;Jennifer.meehan@akerman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 8 of 8 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 25 |

Wayne M Smith
    on behalf of Creditor WARNER BROTHERS DISTRIBUTING  INC. wayne.smith@warnerbros.com, wayne.smith@warnerbros.com

William H. Pillsbury
    on behalf of Creditor Frank Investments  Inc. (FL) wpillsbury@whplawoffices.com

William H. Pillsbury
    on behalf of Creditor Frank Investments  Inc. (NJ) wpillsbury@whplawoffices.com

William H. Pillsbury
    on behalf of Interested Party Frank Theatres Management  LLC wpillsbury@whplawoffices.com

William H. Pillsbury
    on behalf of Interested Party Frank Entertainment Companies  LLC wpillsbury@whplawoffices.com

William J. Levant
    on behalf of Creditor Paramount Portfolio Crossings TIC#1  LLC efile.wjl@kaplaw.com

William J. Levant
    on behalf of Creditor Paramount Portfolio LMS TIC #1  LLC efile.wjl@kaplaw.com

William J. Levant
    on behalf of Creditor Paramount Portfolio Fulton TIC #1  LLC efile.wjl@kaplaw.com

William J. Levant
    on behalf of Creditor Paramount Portfolio Pad TIC #1  LLC efile.wjl@kaplaw.com

William J. Levant
    on behalf of Creditor Dealbrook  LLC efile.wjl@kaplaw.com

TOTAL: 170